# EXHIBITS 30.10 & 30.20

## OCTOBER 13, 2022 & OCTOBER 27, 2022

AFFIDAVIT DEMAND FOR LAWFUL
AUTHORITY/JURISDICTION, NOTICE TO PRODUCE &
FEE SCHEDULE, NOTICE ALL CHARGES VOID

NOTICE OF DEFAULT

30.10 ADA JED HUDSON

30.20 ADA JED HUDSON

# EXHIBIT 30.10



# USPS Tracking®

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.90 |

Flat Rate
Syracuse, NY 13202
Flat Rate
Expected Delivery Date
  Sat 10/15/2022
Tracking #:
  9505 5108 4513 2286 5130 27
Insurance                                    $0.00
  Up to $100.00 included

*Jed Hudson*

| Total | | | $9.90 |

Grand Total:                                 $9.90

**Qs >**

**ve ✕**

| Credit Card Remit | | | $9.90 |

Card Name: VISA
Account #: XXXXXXXXXXXX7514
Approval #: 012049
Transaction #: 224
AID: A0000000980840          Chip
AL: US DEBIT
PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message

**Tracking Number:**

## 95055108451322865I3027

**Copy          Add to Informed Delivery**
**(https://informeddelivery.usps.com/)**

Feedback

## Latest Update

Your item was delivered to an individual at the address at 10:22 am on October 14, 2022 in SYRACUSE, NY 13202.

**Delivered**

# AFFIDAVIT OF TRUTH

## DEMAND FOR LAWFUL AUTHORITY
## AND JURISDICTION FOR YOUR ACTIONS

## NOTICE: TO PRODUCE & FEE SCHEDULE

## NOTICE: ALL CHARGES VOID

STATE OF NEW YORK                    )

COUNTY OF ONONDAGA         )

Onondaga County District Attorney's Office
Attn: Jed Hudson
505 S. State St. 4th Floor
Syracuse, NY 13202

Dear Jed,

I, the undersigned, Richard-Louis: Sposato, a man, a Natural-Born, Free adult Citizen of the Republic state of New York, thus of America (EXHIBIT 1), beneficiary, Trustor and Secured-party to the Cestui que Trust RICHARD L SPOSATO, with this Affidavit of Truth and Rebuttal of Presumption, "squarely challenge" your JURISDICTION and LAWFUL AUTHORITY with regard to me and these unlawful charges supposedly pertaining to me.

CLAIMS OF FACT:

1. That, I, Richard-Louis: Sposato, swear to my best belief, that I have a right to travel in my used automobile, not being used for commercial purposes.
2. That, I have sworn affidavits, along with Default notices in place with the County Sheriff, NYS Troopers, Village of Solvay former Police Chief, as well as with the Onondaga County District Attorney William Fitzpatrick, lawfully confirming I'm a lawful traveler, without the need of a drivers license, inspection, nor insurance. (EXHIBIT 2)
3. That, due to me being a lawful traveler and not within the jurisdiction of any police officer, nor me committing a crime, or suspected of a crime with probable cause, I've

1

been falsely arrested, and ALL the supposed traffic violations deemed VOID, ab initio, by law, due to lack of standing and violation of my due process.

4. That, jurisdiction has been challenged, thus this case **cannot** move forward until the prosecution (you) put on the record, proof of standing/jurisdiction, with regards to me.

5. That, with regards to Megan Cavaliere, the supposed Order of Protection, as well as the supposed violations regarding Contempt of Court and/or violations related to the Order of Protection, I also have unrebutted, sworn affidavits with Megan and Kara LaSorsa (EXHIBIT 3), stating the incident didn't occur to the rise of obstruction, nor trespass, thus these charges are once again **all** VOID, ab initio, for lack of standing/jurisdiction with regards to me.

6. That, the state Plaintiff is a corporation, where the supposed Defendant is a man, thus this case cannot proceed, as a corporation has no standing with a man.

7. That, this case must be dismissed, by law, due to lack of standing with regards to me.

8. That, any furtherance of this case by you, Jed Hudson, will be regarded as crimes you're committing against me, including, but not limited to, malicious prosecution, Conspiracy, Extortion, along with an assault against my Rights and/or due process.

9. That, this gives notice of my FEE SCHEDULE. (EXHIBIT 4)

**It is Demanded of YOU, Jed Hudson, to produce the following:**

1. Documentation of the delegation of lawful authority or judicial determination, that provides you, or the State of New York, STATE OF NEW YORK and/or The People of the State of New York, a corporation, with lawful authority with regards to me, a man, Common Law, natural-born free adult Citizen, while conducting my peaceful, daily activities.

2. Documentation of the lawful authority a police officer has to stop, arrest, detain and assault me in my lawful travels as a man, seize my private property and/or regulate or control my personal life, liberty, and property, or to keep records on me and/or my lawful activities as a peaceful, harmless Citizen, absent commission of a crime, or suspected of committing a crime, with probable cause.

3. Documentation of your Oath of Office, as required by law.

4. The applicable statute and code that imposes any obligation requiring me to perform.

5. The implementing regulation that would give such code force of law.

6. Copies of any documentation of contract, agreement, or other lawful obligation on my part that would authorize a police officer to seize myself, and/or my property.

Should you claim contract/law jurisdiction, I do hereby demand to know what contract, including, but not limited to, title, date, witness(es) thereto, and all parties thereto I have knowingly and willfully entered into to provide any such alleged jurisdiction.

**Failure for the above named to respond to this DEMAND**, within (10) ten days receipt of this Notice, having the opportunity to rebut the stated claims of fact herein, by acquiescence, will allow for the above claims of facts to be, as stated.

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

October 12, 2022

Respectfully yours,

Richard-Louis: Sposato, Suis Juris
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
315-412-1776

Signed: _____
Printed Name: Gregory C. Virginia
Date: 10/12/22
My Commission Expires: 3/19/2023

GREGORY C VIRGINIA
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01VI6162774
COMM. EXP. Mar. 19, 2023

# EXHIBIT 1

# NOTICE - AFFIDAVIT of Status

To Service List Below, with Two Witnesses of Mailing and This:

I, Richard L. Sposato, do Lawfully Affirm as follows this date: _9_ / _16_ /2020

1. I, am a NATURAL-BORN, FREE adult Citizen* of the Republic State of New York by birth, thus of America, and an inhabitant of the Republic State of New York; thankfully endowed by our Creator with Inalienable Rights enumerated in America's founding organic documents, which I have never with knowingly intelligent acts waived; and I freely choose to obey all American Law and pay all Lawful taxes in jurisdictions applicable to me for the common good. I stand in Proper Person with Assistance, Special. The foregoing, including my STATUS and Unalienable Rights, are not negotiable. My Status, in accord, is stated for all in 1:2:3, 2:1:5, 3:2:1, and 4:2:1 of the U.S. Constitution, and <u>PUBLIC LAW 94 – 583</u> – OCT. 21ST, 1976. <u>90 STAT 285</u>

   "§ 1604. Immunity of a foreign state from jurisdiction.

2. Recent diligent studies have convinced me of the above and that as such I am not "subject to" the territorially-limited "exclusive Legislation" and its foreign jurisdiction mandated for Washington, D.C., etc., in our U.S. Constitution's Article 1:8:17-18, including its "internal" government organizations therein or by contract adhesioned thereto across America. And neither are millions of other such Citizens, unless they have provided "WAIVERS of Constitutional Rights" by "knowingly intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences"; as ruled by the 1970 Supreme Court (Brady v. U.S., 397 U.S. 742 at 748). I have given no such "waivers".

3. These studies also prove that a shrewd and criminal Constructive Fraud has been perpetrated upon America by government under counterfeit "color of law", through apparent entrapments of "certain ACTIVITIES (monopoly occupations) and PRIVILEGES" (other benefits) allowed by Statutory Acts or otherwise. By never-repealed American Law, such sources of past and present Criminal Element in (and behind) Government should be brought to Justice in a Constitutional Court for aiding and abetting this Fraud as willing Accomplices. It is for such Court with a 12-member Jury of Peers to decide who is and is not Guilty among personnel of government, media, schools, lawyers, accountants, clergy and other purveyors of misinformation and propaganda in this and related regards.

4. Due to such shrewd entrapments, over the years I have unwittingly signed many of the related documents or contracts, some even under the "perjury" jurat as was supposedly required. With American Law on this Citizen's side, I hereby REVOKE all such signatures and render them null and void except for those that I choose to have measured as being under "TDC" (threat, duress and/or coercion) and/or "without prejudice" (per UCC 1-308), past and now. This is also my Lawful Notice that all such signatures of mine in the future, with such governmental or otherwise-adhesioned sources, are to be considered as under "TDC" and/or "without prejudice", whether appearing therewith or

otherwise, including banks, licenses, etc. So be it, respectfully demanding that my Constitutional "Privileges and Immunities" (Article 4:2) are apart from 1:8:17-18's Washington, D.C., and shall not by Law be violated ever.

5.  With this accurate knowledge, I Lawfully "squarely challenge" the fraudulent, usurping octopus of JURISDICTION/AUTHORITY (cited in Item #2 above) which does not apply to me (ref: Hagan v. Lavine [1974], 415 U.S. 528 at 533), with "the supreme Law of the Land" (our Constitution's 6:2) again on this Citizen's side. It is therefore now mandatory for any personnel of Article 1:8:17-18's so-called "IRS", for example, to first prove its "jurisdiction" if any over me before any further procedures can take place in my regard [Title 5, U.S. Code, 556(d)1; or else its personnel and accomplices willfully violating this can and shall be personally charged as citizens under Title 18 U.S. Criminal Codes 241, 242, 1001 and /or otherwise.

6.  With all of the above in mind, it appears that this private Citizen is by Law as "Foreign" and "Non-Resident Alien" to the Article 1:8:17-18's Washington, D.C., as to another country and thus shall feel free to use its forms when and as useful .

FURTHER THE AFFIANT SAITH NOT,

on this Date of _9/16/2020_  _____ / Sui Juris

TWO WITNESSES OF MY SIGNATURE:

_____      Charles Hester

_____      Kimberly George

On this _16th_ day of _September_ 20 _20_, before me, the undersigned, a Notary Public in and for New York (state), personally appeared the above-signed, living soul, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has executed the same.

Signed: _____

Printed Name:_____

Date:_____

My Commission Expires:_____

AMY B. HIRSH
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Onondaga County
No. 01H16003191
Commission Expires Feb. 23, 20 _22_

cc:

1. Governor Andrew Cuomo, NYS State Capitol Building, Albany NY 12224

2. Secretary of State Rossana Rosado, One Commerce Plaza, 99 Washington Ave Albany, NY 12231

3. State Comptroller Thomas P. DiNapoli, 110 State Street, Albany, NY 12236

4. State Senator, Dist. 53 Rachel May, 333 E. Washington St. Suite 805, Syracuse, NY 13202

5. State Assembly, Dist 127 Al Stirpe, 7293 Buckley Rd. Suite 201, N. Syracuse, NY 13212

6. State Assembly, Dist. 128 Pamela J. Hunter, 711 E. Genesee St. 2nd Floor, Syracuse, NY 13210

7. State Assembly, Dist. 129 William B. Magnarelli, 333 E. Washington St. Room 840 Syracuse, NY 13202

8. NYS Attorney General, Letitia James, The Capitol, Albany, NY 12224-0341

9. NYS Income Tax Director, Andrew D. Morris, Harriman Campus Rd., Albany, NY 12226

10. NYS Dept. of Economic Development, Howard Zemsky, 625 Broadway, Albany, NY 12245

11. NYS Health Commissioner, Dr. Howard A. Zucker, Corning Tower, Empire State Plaza Albany, NY 12237

12. NYS Police Superintendent, Keith Corlett, 1220 Washington Ave. Bldg. 22 Albany, NY 12226-2252

13. NYS Commissioner of Motor Vehicles, Mark J.F. Schroeder

13. Onondaga County Sheriff, Eugene Conway, 407 S. State St. Syracuse, NY 13202

14. Onondaga County Executive, Ryan McMahon, John H. Mulroy Civic Center, 14th Floor Syracuse, NY 13202

15. Onondaga County Board Of Elections, Commissioners Dustin M Czarny & Michele L Sardo, 1000 Erie Blvd. West, Syracuse, NY 13204

16. Onondaga District Attorney, William Fitzpatrick, 505 S. State St., Syracuse, NY 13202

17. Mayor, Ben Walsh, 203 City Hall, 233 E. Washington St., Syracuse, NY 13202-1473

18. Police Chief, Kenton T. Buckner, 511 S. State St., Syracuse, NY 13202

19. Department of Law City of Syracuse, Kristen E. Smith, 233 E. Washington St., 300 City Hall, Syracuse, NY 13202

20. U.S. President Donald J. Trump, White House, 1600 Penna. Ave., Washington, D.C. 20500

21. U.S. Vice President Mike Pence, White House, 1600 Penna. Ave., Washington, D.C. 20500

22. U.S. Senator, Vacant, U.S. Senate, Washington, D.C. 20510

23. U.S. Congressman, John Katko 24th Dist., U.S. Hse. of Represntve., Washington, D.C. 20515

24. U.S. Attorney General, William Barr, U.S. Trustee of the Public Trust,10th Street and Constitution Avenue, Washington, D.C. 20530

25. U.S. Sec'y of Treasury, Steve Munchin, 1500 Penna. Ave., N.W., Washington, D.C. 20543

26. U.S. Supreme Court Chief Justice, John G. Roberts, 1 First St., N.E., Washington, D.C. 20543

27. U.S. FBI Dir., Christopher A. Wray, J. E. Hoover Bldg., 9th & Penn. Ave. N.W., Wash., D.C. 20535

28. U.S. Sec'y of Commerce., Wilbur Ross, 14th St. at Const. Ave. & E St. N.W., Wash. D.C. 20203

29. U.S. Social Security Director, Andew Saul's, P. O. Box 57, Baltimore, Maryland 21293

30. U.S. IRS Commissioner, Charles Rettig, 1111 Constitution Ave. N.W., Washington, D.C. 20224

31. U.S. Tax Court Chief Chancellor, Maurice B. Foley, 400 2nd St. N.W., Washington, D.C. 20217

Four USPS PS Form 3811 Domestic Return Receipt cards.

**Top-left card:**

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SUPERVISOR TOWN OF SALINA
Eileen Gunnip
201 School Rd
Liverpool, NY 13088

9590 9402 5793 0034 5688 93

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5570

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  W Contos  C. Date of Delivery 9-28-20
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

**Top-right card:**

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US IRS Commissioner
Charles Rettig
1111 Constitution Ave. N.W.
Washington, DC 20224

9590 9402 5793 0034 5687 94

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5365

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  Received by the
Commissioner Correspondence
C. Date of Delivery
OCT 29 2020
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

**Bottom-left card:**

SENDER: *COMPLETE THIS SECTION*

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPT. OF LAW, City of Syracuse
Kristen E. Smith
233 E. Washington St. 300 City Hall
Syracuse, NY 13202

9590 9402 5793 0034 5691 04

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5419

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery 7/8/20
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

**Bottom-right card:**

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Town of Salina Code Enforcement
Ed Cusato
201 School Rd
Liverpool, NY 13088

9590 9402 5793 0034 5689 09

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5587

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  W Contos  C. Date of Delivery 9-28-20
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

**Card 1 (top left)**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Solvay Police Chief
Allen Wood
1100 Woods Rd
Solvay, NY 13209

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5687 87

2. Article Number *(Transfer from service label)*
7019 1640 0001 8291 4986

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
GREG EMPTHAGUE   9/28/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Card 2 (top right)**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Onondaga County Executive
Ryan McMahon
John H. Mulroy Civic Ctr 14th floor

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5690 43

2. Article Number *(Transfer from service label)*
7019 1640 0001 8291 5433

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  CV19   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
NV  9/28/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Card 3 (bottom left)**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Onondaga County District Attorney
William Fitzpatrick
505 S. State St
Syracuse, NY 13202

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5690 67

2. Article Number *(Transfer from service label)*
7019 1640 0001 8291 5600

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
9/28/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery
*(over $500)*

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Card 4 (bottom right)**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayor Village of Solvay
Derek Baichi
1100 Woods Rd
Solvay, NY 13209

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5693 40

2. Article Number *(Transfer from service label)*
7019 1640 0001 8291 4993

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
GREG BURM AGOSTE   9/28/2

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Card 1 (top left)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Syracuse Police Chief
Kenton T. Buckner
711 S. State St.
Syracuse, NY 13202

9590 9402 5793 0034 5690 98

2. Article Number (Transfer from service label)

7019 1640 0001 8291 5426

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X M. Harting
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M. Harting
C. Date of Delivery

[stamp: MADISON SQUARE STA. SYRACUSE NY 13210 SEP 28 2020 USPS]

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## Card 2 (top right)

SENDER: COMPLETE THIS SECTION

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NYS Attorney General
Letitia James
The Capitol
Albany, NY 12224-0341

9590 9402 5793 0034 5689 47

2.  7019 1640 0001 8291 5532

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

[stamp: RECEIVED SEP 29 2020 NYS DEPT OF LAW ADMINISTRATIVE SERVICES]

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## Card 3 (bottom left)

SENDER: COMPLETE THIS SECTION

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayor Ben Walsh
203 City Hall
233 E. Washington St.
Syracuse, NY 13202-1473

9590 9402 5793 0034 5690 74

2. Article Number (Transfer from service label)

7019 1640 0001 8291 5617

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## Card 4 (bottom right)

SENDER: COMPLETE THIS SECTION

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Comptroller
Thomas P. Napoli
110 State St.
Albany, NY 12236

9590 9402 5793 0034 5689 30

2. Article Number (Transfer from service label)

7019 1640 0001 8291 5549

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

[stamp: NYS OSC SEP 28 2020 REC'D-249]

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## Card 1 (top left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Michelle Palmer_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ONONDAGA Cty BOARD OF ELECTIONS
Commissioner Michele L. SARDO
1000 ERIE BLVD WEST
SYRACUSE, NY 13204

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5690 50

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5594

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

## Card 2 (top right)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
9/28/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ONONDAGA County Sheriff
EUGENE CONWAY
407 S. STATE ST.
SYRACUSE, NY 13202

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5690 29

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5457

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

## Card 3 (bottom left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
9/29/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

GOVERNOR ANDREW CUOMO
NYS STATE CAPITOL Building
Albany, NY 12224

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5690 81

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5624

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

## Card 4 (bottom right)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Michelle Palmer_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ONONDAGA County Board of Elections
Commissioner Dustin M. Czarny
1000 ERIE Blvd WEST
SYRACUSE, NY 13204

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5793 0034 5690 36

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5440

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

**Top-left receipt:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
KB 2006 / C-19    9/28/2

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:
State Senator, Dist 53
Rachel May
33 E. Washington St. Suite 805
Syracuse, NY 13202

9590 9402 5793 0034 5689 23

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5556

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Top-right receipt:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
KB 2006 / C-19    9/28/2

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:
State Assembly, Dist. 129
William B. Magnarelli
333 E. Washington St. Rm 840
Syracuse, NY 13202

9590 9402 5793 0034 5689 78

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5501

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Bottom-left receipt:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:
NYS Health Commissioner
Dr. Howard A. Zucker
Corning Tower
Empire State Plaza
Albany, NY 12237

NYS DOH OMG M&S

SEP 28 2020

NAME:
LOCATION:

9590 9402 5793 0034 5690 05

Article Number (Transfer from service label)
7019 1640 0001 8291 5471

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _(signature)_
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
TH 1206 C-19    9/28/20

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:
State Assembly, Dist. 127
Al Stirpe
7293 Buckley Rd Suite 201
N. Syracuse, NY 13212

9590 9402 5793 0034 5689 54

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5525

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
(over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## Card 1 (top left)

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Article Addressed to:

Secretary of State Rossana Rosado
One Commerce Plaza
99 Washington Ave.
Albany NY 12231

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5793 0034 5689 16

Domestic Return Receipt

## Card 2 (top right)

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

485

Article Addressed to:

President Donald J. Trump
White House
1600 Pennsylvania Ave
Washington, D.C. 20500

RECEIVED
OCT 09 REC'D
MSOD MAIL OPERATION

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5793 0034 5688 86

7019 1640 0001 8291 5631

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Card 3 (bottom left)

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Article Addressed to:

NYS Income Tax Director
Andrew D. Morris
Harriman Campus Rd
Albany, NY 12226

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

REC'D NY TAX DEPT
ALBANY NY 12227
SEP 29 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5793 0034 5689 85

7019 1640 0001 8291 5495

Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Card 4 (bottom right)

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
9/30/2

Article Addressed to:

NYS Dept. of Economic Development
Howard Zemsky
625 Broadway
Albany, NY 12245

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5793 0034 5689 92

7019 1640 0001 8291 5488

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Card 1 (top-left)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

US CONGRESSMAN, 24TH DISTRICT
JOHN KATKO
US HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

║║║║║║║║║║║║║║║║║║║║║║║║║
9590 9402 5793 0034 5688 62

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5655

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## Card 2 (top-right)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   JOYKEN    C. Date of Delivery  10/1/20

1. Article Addressed to:

US FBI DIRECTOR
CHRISTOPHER A. WRAY
J.E. HOOVER Bldg.
9TH, PENN AVE. N.W.
WASHINGTON, DC 20535

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

║║║║║║║║║║║║║║║║║║║║║║║║║
9590 9402 5793 0034 5688 24

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5679

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## Card 3 (bottom-left)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

US TAX COURT CHIEF CHANCELLOR
MAURICE B. FOLEY
400 2ND ST. N.W.
WASHINGTON, DC 20217

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

(vertical handwriting: U.S. TAX COURT RECEIVED 2020 JUL 30 AM 11:03 DEPUTY CLERK)

║║║║║║║║║║║║║║║║║║║║║║║║║
9590 9402 4133 8092 5720 26

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 2280 0001 7155 6295

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## Card 4 (bottom-right)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

US SECRETARY OF TREASURY
STEVE MNUCHIN
1500 PENNSYLVANIA AVE. N.W.
WASHINGTON, DC 20543

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
DEC 15 2020

║║║║║║║║║║║║║║║║║║║║║║║║║
9590 9402 5793 0034 5688 48

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

FRP 300

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5402

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VP MIKE PENCE
WHITE HOUSE
600 PENNSYLVANIA AVE
WASHINGTON, DC 20500

9590 9402 5793 0034 5688 79

2. Article Number (Transfer from service label)

7019 1640 0001 8291 5648

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED

OCT 1 3 REC'D

MSOD MAIL OPERATION

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY GENERAL
WILLIAM BARR US ministers of Public
10TH st. + Constitution Ave.
WASHINGTON, DC 20530

9590 9402 5793 0034 5688 55

2. Article Number (Transfer from service label)

7019 1640 0001 8291 5662

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

OCT 1 - 2020

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Social Security Administration
Andrew Saul's
PO Box GA 6401 Security Blvd
Baltimore, Md 21235-6401

9590 9402 5793 0034 5688 00

2. Article Number (Transfer from service label)

7019 1640 0001 8291 5372

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Tracking #:
9590 9402 5793 0034 5688 24

Total $6.95

First-Class Mail® 1 $0.55
Letter
    Washington, DC 20203
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
    Tue 09/29/2020
    Certified Mail® $3.55
        Tracking #:
        70191640000182915389
    Return Receipt $2.85
        Tracking #:
        9590 9402 5793 0034 5688 17
Total $6.95

First-Class Mail® 1 $0.55
Letter
    Washington, DC 20217
    Weight: 0 lb 0.90 oz
    Estimated Delivery Date
    Tue 09/29/2020
    Certified Mail® $3.55
        Tracking #:
        70192280000171556295
    Return Receipt $2.85
        Tracking #:
        9590 9402 4133 8092 5720 26
Total $6.95

First-Class Mail® 1 $0.55
Letter
    Washington, DC 20224
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
    Tue 09/29/2020
    Certified Mail® $3.55
        Tracking #:
        70191640000182915365
    Return Receipt $2.85
        Tracking #:
        9590 9402 5793 0034 5687 94
Total $6.95

Grand Total: $187.65

Credit Card Remitted $187.65
    Card Name: VISA
    Account #: XXXXXXXXXXXXX7203
    Approval #: 067083
    Transaction #: 243
    AID: A0000000980840    Chip
    AL: US DEBIT
    PIN: Not Required

************************************
    Due to limited transportation
    availability as a result of
    nationwide COVID-19 impacts
    package delivery times may be

7019 1640 0001 8291 5365

U.S. POSTAL SERVICE
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Certified Mail Fee $3.55    0417
Extra Services & Fees (check box, add fee as appropriate)
  □ Return Receipt (hardcopy) $
  □ Return Receipt (electronic) $
  □ Certified Mail Restricted Delivery $
  □ Adult Signature Required $
  □ Adult Signature Restricted Delivery $
Postage $0.55
Total Postage and Fees $6.95
Sent To US IRS Commissioner @ Charles Rettig
Street and Apt. No., or PO Box No. 1111 Constitution Ave. N.W.
City, State, ZIP+4 Washington, DC 20224

PS Form 3811, July 2015 PSN 7530-02-000-9053
9590 9402 5793 0034 5687 94

COMPLETE THIS SECTION ON DELIVERY
A. Signature
  X                             □ Agent
                                □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Commissioner Chairperson
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

OCT 29 2020

3. Service Type
  □ Adult Signature
  □ Adult Signature Restricted Delivery
  □ Certified Mail®
  □ Certified Mail Restricted Delivery
  □ Collect on Delivery
  □ Collect on Delivery Restricted Delivery
  □ Insured Mail
  □ Insured Mail Restricted Delivery
  □ Priority Mail Express®
  □ Registered Mail™
  □ Registered Mail Restricted Delivery
  □ Return Receipt for Merchandise
  □ Signature Confirmation™
  □ Signature Confirmation Restricted Delivery

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
   US IRS Commissioner
   Charles Rettig
   1111 Constitution Ave. N.W.
   Washington, DC 20224

2. Article Number (Transfer from service label)
   7019 1640 0001 8291 5365

09/25/2020

Postmark
Here

## UNITED STATES POSTAL SERVICE.

MATTYDALE
1900 BREWERTON RD
SYRACUSE, NY 13211-9211
(800)275-8777

09/25/2020                          04:25 PM

-------------------------------------------
Product              Qty   Unit    Price
                           Price
-------------------------------------------
First-Class Mail®     1            $0.55
Letter
    Liverpool, NY  13088
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
    Mon 09/28/2020
Certified Mail®                    $3.55
    Tracking #:
    70191640000182915587
Return Receipt                     $2.85
    Tracking #:
    9590 9402 5793 0034 5689 09
Total                              $6.95

-------------------------------------------
Grand Total:                       $6.95

-------------------------------------------
Credit Card Remitted               $6.95
    Card Name: VISA
    Account #: XXXXXXXXXXX7203
    Approval #: 077084
    Transaction #: 259
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Not Required
-------------------------------------------

*******************************************
    Due to limited transportation
    availability as a result of
    nationwide COVID-19 impacts
    package delivery times may be
    extended. Priority Mail Express®
    service will not change.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Town of Salina Code Enforcement
Ed Cusato
201 School Rd
Liverpool, NY 13088

9590 9402 5793 0034 5689 09

2. Article Number (Transfer from service label)
7019 1640 0001 8291 5587

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  □ Agent
                                   □ Addressee
B. Received by (Printed Name)    C. Date of Delivery
W.S. Contes                         9.28.20
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Return Receipt for
  Merchandise
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

# EXHIBIT 2

# AFFIDAVIT OF TRUTH

# DEMAND FOR LAWFUL AUTHORITY AND JURISDICTION

# NOTICE OF LAWFUL TRAVELER

STATE OF NEW YORK)

COUNTY OF ONONDAGA        )

NYS Police Superintendent Kevin P. Bruen,

I, Me, My, or Myself, also known as Richard L. Sposato, a sovereign, living soul, a man living upon the land, a judicial power Citizen by right of blood, without the corporation called STATE OF NEW YORK, with this Affidavit of Truth, do hereby Demand Lawful Authority and Jurisdiction concerning all police officers employed within the jurisdiction of New York State and/or all NYS Police Troopers, as it applies to me traveling on the passageways, roads and/or highways of New York State, the State of New York or any other commonly referred to name of this state or STATE, in my automobile and provide Notice of Lawful Traveler, by Declaration, as follows;

The undersigned, Richard L. Sposato, a man, with this Affidavit of Truth and Rebuttal of Presumption, I "squarely challenge" the JURISDICTION AND LAWFUL AUTHORITY of any NYS Police Trooper, to stop, detain and arrest People, individuals, men, women, persons, Me or Myself traveling upon public passageways, roads and/or highways, for sitting behind the wheel, steering, while moving or not, in, or using an owned, or rental version of a passenger, personal or limited use automobile, while holding, using and/or being licensed with a NYS class D drivers license in their name, or not holding, being unlicensed and/or without said, NYS class D drivers license, under the guise of said People, individuals or persons "operating" a "motor vehicle".

1. I, Richard L. Sposato, swear to my best belief, that the State of New York or STATE OF NEW YORK, or what is referred to be New York State, is a territory, possession and/or a corporation of the United States or UNITED STATES, falling under the jurisdiction of

1

the Federal government and/or the DISTRICT OF COLUMBIA, found and declared in Section 516 of the NY Vehicle and Traffic Law.

2. The Federal definition of a Motor Vehicle, which the State of New York and/or the STATE OF NEW YORK falls within the jurisdiction thereof, as stated in 18 USC Chapter 2 Sec 31 Sub Section 6, reads as follows: MOTOR VEHICLE-the term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for "commercial" purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

3. The definition of a "motor vehicle" is clearly defined as being used for commercial purposes. Everyday automobiles being used for personal use, going to and from work or to the grocery store, or out for a night on the town are NOT being used over the public passageways and/or highways in a commercial capacity, i.e. for monetary gain. These said automobiles are being used as a contrivance, for everyday, non commercial travel on stated ways.

4. NYS VEHICLE AND TRAFFIC LAW - VAT 501 Drivers licenses and learners permits states...The commissioner shall issue classified drivers licenses as provided in this article. Any such license shall be valid only for the operation of the type of vehicles specified for each class of license but shall not be valid for the operation of any type of vehicle for which an endorsement is required by this section or regulations promulgated hereunder unless the license contains such endorsement and shall be subject to any restrictions contained thereon.

5. Drivers license classifications, endorsements and restrictions and exceptions. License classifications are as follows.

6. (i) Class A. Such license shall be valid to operate any "motor vehicle" or any combination of vehicles except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

7. (ii) Class B. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" or any such vehicle, other than a tractor, towing a vehicle having a GVWR of not more than ten thousand pounds except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

8. (iii) Class C. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" with a GVWR of not more than twenty-six thousand pounds and any such vehicle towing another vehicle with a GVWR of not more than ten thousand pounds

except it shall not be valid to operate a tractor or a motorcycle other than a class B or C limited use motorcycle.

9.   (iv) Class D. Such license shall be valid to operate any "passenger" or "limited use" "automobile" or any truck with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, or any such vehicle towing another vehicle with a GVWR of more than ten thousand pounds provided such combination of vehicles has a GCWR of not more than twenty-six thousand pounds, or any personal use vehicle with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, except it shall not be valid to operate a tractor, a motorcycle other than a class B or C limited use motorcycle, a vehicle used to transport passengers for hire or for which a hazardous materials endorsement is required, or a vehicle defined as a bus in subdivision one of section five hundred nine-a of this title.

10.  (v) Class E. Such license shall be valid to operate only vehicles which may be operated with a class D license, except that in addition it shall be valid to operate any such motor vehicle, other than a vehicle defined as a bus in subdivision one of section five hundred nine-a of this chapter, used to transport up to fourteen passengers for hire and other than an altered motor vehicle commonly referred to as a "stretch limousine" having a seating capacity of nine or more passengers including the driver.

11.  As noted above, a class A, B, C or E license, each stipulate in their wording to include authorization of operating a "motor vehicle", which defines or leads to the presumption that these classes of licenses pertain to the use of a vehicle for "commercial" purposes, as defined in 18 USC Chapter 2 Sec 31 Sub Section 6 Federal code.

12.  On the contrary, a class D license, makes no mention of the words and/or term "motor vehicle", only referencing the operation in some form or another of an "automobile". This gives way to the presumption an individual possessing this class of license is NOT allowed, authorized, nor permitted to use their contrivance or automobile for "hire" and/or "commercial" purposes.

13.  The vast majority of individuals are classed with a D license, because they do not use their automobile for commercial purposes in their everyday progression of life, liberty, in their pursuit of happiness.

14.  Having stated all of the above, one must conclude the "automobile" you're sitting in behind the wheel, steering along the passageways during your normal everyday travels, not being used for commercial purposes, is NOT to be considered a "motor vehicle", as

defined in Federal code, with the State of New York being under and/or within the jurisdiction thereof.

15. To finalize the clarity of the everyday automobile people ride in behind the wheel, not to be defined as a "motor vehicle", I posed the question online to the New York State DMV on July 3, 2020, asking, "Is an individual with a class D license permitted to operate a "motor vehicle". The DMV response on July 27, 2020 was, "Yes. As long as they are companied by a licensed driver." Exhibit A.

16. Because people possessing a class D license are not required to be companied by a licensed driver, to travel in their everyday automobile, this further confirms the above conclusion, that the automobile people are traveling in the course of their everyday life, not being used for commercial purposes, is in fact and definitively, NOT a "motor vehicle" as outlined and/or used in NYS VAT LAW TITLE VII Rules of the Road.

17. Therefore, because an individual or person possessing a class D license, not using their automobile for commercial purposes, is not operating a "motor vehicle" as outlined in NYS VAT LAW Rules of the Road, a police officer cannot lawfully stop/arrest you while traveling in your automobile under the presumption of operating a "motor vehicle", without witness to the appearance of a crime being or had been committed, nor lawfully charge you with a violation of the NYS VAT LAW Rules of the Road for said offenses referencing the operation of a "motor vehicle", nor can one be summonsed into court for said unlawful charges, nor convicted for violating a statute referencing the operation of a "motor vehicle" as outlined in the aforementioned NYS VAT codes, as anything that transpires after an unlawful stop/arrest is not just VOID, but necessarily VOID, ab initio.

18. Furthermore, Federal Department of Transportation, Title 49 CFR Subsection 390.5 states Definition of Driver: any person who operates any commercial motor vehicle.

19. Thus, if a person or individual is not operating a commercial motor vehicle, which all "motor vehicle(s)" are used for commercial purposes, as referenced above, that person and/or individual is not considered a "driver" and as such, is not required to obtain a "drivers license" while exercising their Right to Travel lawfully upon the public passageways, roads and/or highways.

20. This means any arrest and citation given to the aforementioned individual and/or person possessing a class D license, or person not being licensed at all, referencing the operation of a "motor vehicle" when they are in fact riding along the passageways during their everyday travels in their "automobile", is unlawful, deprivation of rights under the color of law as stated in 18 U.S. Code subsection 242, thus any prosecution malicious and any.

conviction for NYS VAT LAW violations pertaining to the operation of a "motor vehicle" null and necessarily void ab initio, like they never even happened.

Having concluded not to be operating a "motor vehicle", nor being a "driver" in need of a drivers license, I put you and your entire department of NYS Police Troopers on Notice that having a "drivers license" is NOT needed to travel upon the public highways, in which case, I will be exercising my right to lawfully travel without a NYS Drivers license in my personal property, an automobile, that I rightfully own via acquisition, with such automobile described by the IRS in Title 49 U.S. code Subsection 13102 (11) as Household Goods, thus not needing title, nor registration.

Failure to respond, within (30) thirty days receipt of this Affidavit/Notice, having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the facts to be as stated above.

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

April 7, 2021

Respectfully yours,

*Richard L. Sposato* (signature)

Richard L. Sposato, Suis Juris
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: *David J. Dragicevich* (signature)
Printed Name: DAVID J. DRAGICEVICH
Date: 04/07/2021
My Commission Expires: 10/26/2024

DAVID J DRAGICEVICH
NOTARY PUBLIC STATE OF NEW YORK
OSWEGO COUNTY
LIC. #01DR6410495
COMM. EXP. 10/26/2024

5

# Exhibit A

** Do not reply to this email. You will not receive a response. **



NEW YORK STATE | Department of Motor Vehicles

Thank you for using the DMV's Ask a Question service. Here is a summary of your question and our response. If you feel we did not answer your question to your satisfaction or you need more information, please respond to us using the "Update your question" link below.

Subject

**Is an individual with a class D license permitted to operate a motor vehicle..?**

Response By Email (Max A.) (07/27/2020 01:48 PM)

Dear Richard,

Thank you for contacting New York State Department of Motor Vehicle.
Yes. As long as they are companied by a licensed driver.

Please let us know if you need any additional information.
Thank you for your enquiry and we look forward to assisting you in the future.

Max A.

New York State DMV

Customer By Service Web                    (07/03/2020 02:26 PM)

Is an individual with a class D license permitted to operate a motor vehicle..?

Update your submission



**UNITED STATES POSTAL SERVICE.**

MATTYDALE
1900 BREWERTON RD
SYRACUSE, NY 13211-9211
(800)275-8777

04/07/2021                          03:13 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Certified Mail® | | | $3.60 |
| Tracking #: | | | |
| 70191640000182918588 | | | |
| Receipt | | | $2.85 |
| Tracking #: | | | |
| 9590 9402 5793 0034 5653 04 | | | |
| Total | | | $7.20 |
| | | | |
| First-Class Mail® | 1 | | $0.75 |
| Letter | | | |
| Albany, NY 12226 | | | |
| Weight: 0 lb 1.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 04/10/2021 | | | |
| Certified Mail® | | | $3.60 |
| Tracking #: | | | |
| 70191640000182920741 | | | |
| Return Receipt | | | $2.85 |
| Tracking #: | | | |
| 9590 9402 5793 0034 5652 81 | | | |
| Total | | | $7.20 |
| | | | |
| Grand Total: | | | $36.00 |

*(handwritten:)* NYS Police Superintendent
Kevin P. Bruen

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*(handwritten:)*
NYS Police Superintendent
Kevin P. Bruen
1220 Washington Ave, Bldg 22
Albany, NY 12226

9590 9402 5793 0034 5652 81

2. Article Number (Transfer from service label)
7019 1640 0001 8292 0741

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X O. Cool          ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
O. Cool                         4/9/21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# AFFIDAVIT OF TRUTH

# DEMAND FOR LAWFUL AUTHORITY AND JURISDICTION

# NOTICE OF LAWFUL TRAVELER

STATE OF NEW YORK)

COUNTY OF ONONDAGA      )

NYS Police Deputy Superintendent Colonel Steven A. Negrilli,

I, Me, My, or Myself, also known as Richard L. Sposato, a sovereign, living soul, a man living upon the land, a judicial power Citizen by right of blood, without the corporation called STATE OF NEW YORK, with this Affidavit of Truth, do hereby Demand Lawful Authority and Jurisdiction concerning all police officers employed within the jurisdiction of New York State and/or all NYS Police Troopers, as it applies to me traveling on the passageways, roads and/or highways of New York State, the State of New York or any other commonly referred to name of this state or STATE, in my automobile and provide Notice of Lawful Traveler, by Declaration, as follows;

The undersigned, Richard L. Sposato, a man, with this Affidavit of Truth and Rebuttal of Presumption, I "squarely challenge" the JURISDICTION AND LAWFUL AUTHORITY of any NYS Police Trooper, to stop, detain and arrest People, individuals, men, women, persons, Me or Myself traveling upon public passageways, roads and/or highways, for sitting behind the wheel, steering, while moving or not, in, or using an owned, or rental version of a passenger, personal or limited use automobile, while holding, using and/or being licensed with a NYS class D drivers license in their name, or not holding, being unlicensed and/or without said, NYS class D drivers license, under the guise of said People, individuals or persons "operating" a "motor vehicle".

1. I, Richard L. Sposato, swear to my best belief, that the State of New York or STATE OF NEW YORK, or what is referred to be New York State, is a territory, possession and/or a corporation of the United States or UNITED STATES, falling under the jurisdiction of

1

the Federal government and/or the DISTRICT OF COLUMBIA, found and declared in Section 516 of the NY Vehicle and Traffic Law.

2. The Federal definition of a Motor Vehicle, which the State of New York and/or the STATE OF NEW YORK falls within the jurisdiction thereof, as stated in 18 USC Chapter 2 Sec 31 Sub Section 6, reads as follows: MOTOR VEHICLE-the term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for "commercial" purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

3. The definition of a "motor vehicle" is clearly defined as being used for commercial purposes. Everyday automobiles being used for personal use, going to and from work or to the grocery store, or out for a night on the town are NOT being used over the public passageways and/or highways in a commercial capacity, i.e. for monetary gain. These said automobiles are being used as a contrivance, for everyday, non commercial travel on stated ways.

4. NYS VEHICLE AND TRAFFIC LAW - VAT 501 Drivers licenses and learners permits states...The commissioner shall issue classified drivers licenses as provided in this article. Any such license shall be valid only for the operation of the type of vehicles specified for each class of license but shall not be valid for the operation of any type of vehicle for which an endorsement is required by this section or regulations promulgated hereunder unless the license contains such endorsement and shall be subject to any restrictions contained thereon.

5. Drivers license classifications, endorsements and restrictions and exceptions. License classifications are as follows.

6. (i) Class A. Such license shall be valid to operate any "motor vehicle" or any combination of vehicles except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

7. (ii) Class B. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" or any such vehicle, other than a tractor, towing a vehicle having a GVWR of not more than ten thousand pounds except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

8. (iii) Class C. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" with a GVWR of not more than twenty-six thousand pounds and any such vehicle towing another vehicle with a GVWR of not more than ten thousand pounds

except it shall not be valid to operate a tractor or a motorcycle other than a class B or C limited use motorcycle.

9.  (iv) Class D. Such license shall be valid to operate any "passenger" or "limited use" "automobile" or any truck with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, or any such vehicle towing another vehicle with a GVWR of more than ten thousand pounds provided such combination of vehicles has a GCWR of not more than twenty-six thousand pounds, or any personal use vehicle with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, except it shall not be valid to operate a tractor, a motorcycle other than a class B or C limited use motorcycle, a vehicle used to transport passengers for hire or for which a hazardous materials endorsement is required, or a vehicle defined as a bus in subdivision one of section five hundred nine-a of this title.

10. (v) Class E. Such license shall be valid to operate only vehicles which may be operated with a class D license, except that in addition it shall be valid to operate any such motor vehicle, other than a vehicle defined as a bus in subdivision one of section five hundred nine-a of this chapter, used to transport up to fourteen passengers for hire and other than an altered motor vehicle commonly referred to as a "stretch limousine" having a seating capacity of nine or more passengers including the driver.

11. As noted above, a class A, B, C or E license, each stipulate in their wording to include authorization of operating a "motor vehicle", which defines or leads to the presumption that these classes of licenses pertain to the use of a vehicle for "commercial" purposes, as defined in 18 USC Chapter 2 Sec 31 Sub Section 6 Federal code.

12. On the contrary, a class D license, makes no mention of the words and/or term "motor vehicle", only referencing the operation in some form or another of an "automobile". This gives way to the presumption an individual possessing this class of license is NOT allowed, authorized, nor permitted to use their contrivance or automobile for "hire" and/or "commercial" purposes.

13. The vast majority of individuals are classed with a D license, because they do not use their automobile for commercial purposes in their everyday progression of life, liberty, in their pursuit of happiness.

14. Having stated all of the above, one must conclude the "automobile" you're sitting in behind the wheel, steering along the passageways during your normal everyday travels, not being used for commercial purposes, is NOT to be considered a "motor vehicle", as

defined in Federal code, with the State of New York being under and/or within the jurisdiction thereof.

15. To finalize the clarity of the everyday automobile people ride in behind the wheel, not to be defined as a "motor vehicle", I posed the question online to the New York State DMV on July 3, 2020, asking, "Is an individual with a class D license permitted to operate a "motor vehicle". The DMV response on July 27, 2020 was, "Yes. As long as they are companied by a licensed driver." Exhibit A

16. Because people possessing a class D license are not required to be companied by a licensed driver, to travel in their everyday automobile, this further confirms the above conclusion, that the automobile people are traveling in the course of their everyday life, not being used for commercial purposes, is in fact and definitively, NOT a "motor vehicle" as outlined and/or used in NYS VAT LAW TITLE VII Rules of the Road.

17. Therefore, because an individual or person possessing a class D license, not using their automobile for commercial purposes, is not operating a "motor vehicle" as outlined in NYS VAT LAW Rules of the Road, a police officer cannot lawfully stop/arrest you while traveling in your automobile under the presumption of operating a "motor vehicle", without witness to the appearance of a crime being or had been committed, nor lawfully charge you with a violation of the NYS VAT LAW Rules of the Road for said offenses referencing the operation of a "motor vehicle", nor can one be summonsed into court for said unlawful charges, nor convicted for violating a statute referencing the operation of a "motor vehicle" as outlined in the aforementioned NYS VAT codes, as anything that transpires after an unlawful stop/arrest is not just VOID, but necessarily VOID, ab initio.

18. Furthermore, Federal Department of Transportation, Title 49 CFR Subsection 390.5 states Definition of Driver: any person who operates any commercial motor vehicle.

19. Thus, if a person or individual is not operating a commercial motor vehicle, which all "motor vehicle(s)" are used for commercial purposes, as referenced above, that person and/or individual is not considered a "driver" and as such, is not required to obtain a "drivers license" while exercising their Right to Travel lawfully upon the public passageways, roads and/or highways.

20. This means any arrest and citation given to the aforementioned individual and/or person possessing a class D license, or person not being licensed at all, referencing the operation of a "motor vehicle" when they are in fact riding along the passageways during their everyday travels in their "automobile", is unlawful, deprivation of rights under the color of law as stated in 18 U.S. Code subsection 242, thus any prosecution malicious and any

conviction for NYS VAT LAW violations pertaining to the operation of a "motor vehicle" null and necessarily void ab initio, like they never even happened.

Having concluded not to be operating a "motor vehicle", nor being a "driver" in need of a drivers license, I put you and your entire department of NYS Police Troopers on Notice that having a "drivers license" is NOT needed to travel upon the public highways, in which case, I will be exercising my right to lawfully travel without a NYS Drivers license in my personal property, an automobile, that I rightfully own via acquisition, with such automobile described by the IRS in Title 49 U.S. code Subsection 13102 (11) as Household Goods, thus not needing title, nor registration.

Failure to respond, within (30) thirty days receipt of this Affidavit/Notice, having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the facts to be as stated above.

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

April 7, 2021

Respectfully yours,

Richard L. Sposato, Suis Juris
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: _David J. Dragicevich_
Printed Name: _DAVID J. DRAGICEVICH_
Date: _04/07/2021_
My Commission Expires: _10/26/2024_

DAVID J DRAGICEVICH
NOTARY PUBLIC STATE OF NEW YORK
OSWEGO COUNTY
LIC. #01DR6410495
COMM. EXP. 10/26/2024

5

# Exhibit A

\*\* Do not reply to this email. You will not receive a response. \*\*



**NEW YORK STATE** | Department of Motor Vehicles

Thank you for using the DMV's Ask a Question service. Here is a summary of your question and our response. If you feel we did not answer your question to your satisfaction or you need more information, please respond to us using the "Update your question" link below.

Subject

**Is an individual with a class D license permitted to operate a motor vehicle..?**

Response By Email (Max A.) (07/27/2020 01:48 PM)

Dear Richard,

Thank you for contacting New York State Department of Motor Vehicle.
Yes. As long as they are companied by a licensed driver.

Please let us know if you need any additional information.
Thank you for your enquiry and we look forward to assisting you in the future.

Max A.

New York State DMV

Customer By Service Web (07/03/2020 02:26 PM)

Is an individual with a class D license permitted to operate a motor vehicle..?

Update your submission

# USPS Tracking®

## Track Another Package +

NYS Police
Deputy Superintendent Steven Negrilli

**Tracking Number:** 70191640000182920734

Remove ✕

Your item was delivered at 8:47 am on April 9, 2021 in ALBANY, NY 12226.

## ✓ Delivered

April 9, 2021 at 8:47 am
ALBANY, NY 12226

Feedback

## Get Updates ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **Product Information** | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## Product Tracking & Reporting

 UNITED STATES
POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | May 06, 2021 |
|------|--------|---------|--------------|--------------------|-----------|------------------------|--------------|

USPS Tracking Intranet

### Delivery Signature and Address

⚠ Price Change 1/26/2020:
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Tracking Number: 7019 1640 0001 8292 0734

This item was delivered on 04/09/2021 at 08:47:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search ⌄     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.1.0.70

# AFFIDAVIT OF TRUTH

# DEMAND FOR LAWFUL AUTHORITY AND JURISDICTION

# NOTICE OF LAWFUL TRAVELER

STATE OF NEW YORK)

COUNTY OF ONONDAGA      )

NYSSA President Jeffrey Murphy,

I, Me, My, or Myself, also known as Richard L. Sposato, a sovereign, living soul, a man living upon the land, a judicial power Citizen by right of blood, without the corporation called STATE OF NEW YORK, with this Affidavit of Truth, do hereby Demand Lawful Authority and Jurisdiction concerning all police officers employed within the jurisdiction of New York State and/or all Deputies of the New York State Sheriff's Association, as it applies to me traveling on the passageways, roads and/or highways of New York State, the State of New York or any other commonly referred to name of this state or STATE, in my automobile and provide Notice of Lawful Traveler, by Declaration, as follows;

The undersigned, Richard L. Sposato, a man, with this Affidavit of Truth and Rebuttal of Presumption, I "squarely challenge" the JURISDICTION AND LAWFUL AUTHORITY of any Onondaga County employed Police, Sheriff and/or Deputy of the Onondaga County Sheriff's Office, or any other County Sheriff employed and/or operating within the jurisdiction of New York State, to stop, detain and arrest People, individuals, men, women, persons, Me or Myself traveling upon public passageways, roads and/or highways, for sitting behind the wheel, steering, while moving or not, in, or using an owned, or rental version of a passenger, personal or limited use automobile, while holding, using and/or being licensed with a NYS class D drivers license in their name, or not holding, being unlicensed and/or without said, NYS class D drivers license, under the guise of said People, individuals or persons "operating" a "motor vehicle".

1.  I, Richard L. Sposato, swear to my best belief, that the State of New York or STATE OF NEW YORK, is a territory, possession and/or a corporation of the United States or

1

UNITED STATES, falling under the jurisdiction of the Federal government and/or the DISTRICT OF COLUMBIA, found and declared in Section 516 of the NY Vehicle and Traffic Law.

2. The Federal definition of a Motor Vehicle, which the State of New York and/or the STATE OF NEW YORK falls within the jurisdiction thereof, as stated in 18 USC Chapter 2 Sec 31 Sub Section 6, reads as follows: MOTOR VEHICLE-the term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for "commercial" purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

3. The definition of a "motor vehicle" is clearly defined as being used for commercial purposes. Everyday automobiles being used for personal use, going to and from work or to the grocery store, or out for a night on the town are NOT being used over the public passageways and/or highways in a commercial capacity, i.e. for monetary gain. These said automobiles are being used as a contrivance, for everyday, non commercial travel on stated ways.

4. NYS VEHICLE AND TRAFFIC LAW - VAT 501 Drivers licenses and learners permits states...The commissioner shall issue classified drivers licenses as provided in this article. Any such license shall be valid only for the operation of the type of vehicles specified for each class of license but shall not be valid for the operation of any type of vehicle for which an endorsement is required by this section or regulations promulgated hereunder unless the license contains such endorsement and shall be subject to any restrictions contained thereon.

5. Drivers license classifications, endorsements and restrictions and exceptions. License classifications are as follows.

6. (i) Class A. Such license shall be valid to operate any "motor vehicle" or any combination of vehicles except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

7. (ii) Class B. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" or any such vehicle, other than a tractor, towing a vehicle having a GVWR of not more than ten thousand pounds except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

8. (iii) Class C. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" with a GVWR of not more than twenty-six thousand pounds and any such

2

vehicle towing another vehicle with a GVWR of not more than ten thousand pounds except it shall not be valid to operate a tractor or a motorcycle other than a class B or C limited use motorcycle.

9. (iv) Class D. Such license shall be valid to operate any "passenger" or "limited use" "automobile" or any truck with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, or any such vehicle towing another vehicle with a GVWR of more than ten thousand pounds provided such combination of vehicles has a GCWR of not more than twenty-six thousand pounds, or any personal use vehicle with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, except it shall not be valid to operate a tractor, a motorcycle other than a class B or C limited use motorcycle, a vehicle used to transport passengers for hire or for which a hazardous materials endorsement is required, or a vehicle defined as a bus in subdivision one of section five hundred nine-a of this title.

10. (v) Class E. Such license shall be valid to operate only vehicles which may be operated with a class D license, except that in addition it shall be valid to operate any such motor vehicle, other than a vehicle defined as a bus in subdivision one of section five hundred nine-a of this chapter, used to transport up to fourteen passengers for hire and other than an altered motor vehicle commonly referred to as a "stretch limousine" having a seating capacity of nine or more passengers including the driver.

11. As noted above, a class A, B, C or E license, each stipulate in their wording to include authorization of operating a "motor vehicle", which defines or leads to the presumption that these classes of licenses pertain to the use of a vehicle for "commercial" purposes, as defined in 18 USC Chapter 2 Sec 31 Sub Section 6 Federal code.

12. On the contrary, a class D license, makes no mention of the words and/or term "motor vehicle", only referencing the operation in some form or another of an "automobile". This gives way to the presumption an individual possessing this class of license is NOT allowed, authorized, nor permitted to use their contrivance or automobile for "hire" and/or "commercial" purposes.

13. The vast majority of individuals are classed with a D license, because they do not use their automobile for commercial purposes in their everyday progression of life, liberty, in their pursuit of happiness.

14. Having stated all of the above, one must conclude the "automobile" you're sitting in behind the wheel, steering along the passageways during your normal everyday travels, not being used for commercial purposes, is NOT to be considered a "motor vehicle", as

defined in Federal code, with the State of New York being under and/or within the jurisdiction thereof.

15. To finalize the clarity of the everyday automobile people ride in behind the wheel, not to be defined as a "motor vehicle", I posed the question online to the New York State DMV on July 3, 2020, asking, "Is an individual with a class D license permitted to operate a "motor vehicle". The DMV response on July 27, 2020 was, "Yes: As long as they are companied by a licensed driver." Exhibit A

16. Because people possessing a class D license are not required to be companied by a licensed driver, to travel in their everyday automobile, this further confirms the above conclusion, that the automobile people are traveling in the course of their everyday life, not being used for commercial purposes, is in fact and definitively, NOT a "motor vehicle" as outlined and/or used in NYS VAT LAW TITLE VII Rules of the Road.

17. Therefore, because an individual or person possessing a class D license, not using their automobile for commercial purposes, is not operating a "motor vehicle" as outlined in NYS VAT LAW Rules of the Road, a police officer cannot lawfully stop/arrest you while traveling in your automobile under the presumption of operating a "motor vehicle", without witness to the appearance of a crime being or had been committed, nor lawfully charge you with a violation of the NYS VAT LAW Rules of the Road for said offenses referencing the operation of a "motor vehicle", nor can one be summonsed into court for said unlawful charges, nor convicted for violating a statute referencing the operation of a "motor vehicle" as outlined in the aforementioned NYS VAT codes, as anything that transpires after an unlawful stop/arrest is not just VOID, but necessarily VOID, ab initio.

18. Furthermore, Federal Department of Transportation, Title 49 CFR Subsection 390.5 states Definition of Driver: any person who operates any commercial motor vehicle.

19. Thus, if a person or individual is not operating a commercial motor vehicle, which all "motor vehicle(s)" are used for commercial purposes, as referenced above, that person and/or individual is not considered a "driver" and as such, is not required to obtain a "drivers license" while exercising their Right to Travel lawfully upon the public passageways, roads and/or highways.

20. This means any arrest and citation given to the aforementioned individual and/or person possessing a class D license, or person not being licensed at all, referencing the operation of a "motor vehicle" when they are in fact riding along the passageways during their everyday travels in their "automobile", is unlawful, deprivation of rights under the color of law as stated in 18 U.S. Code subsection 242, thus any prosecution malicious and any

conviction for NYS VAT LAW violations pertaining to the operation of a "motor vehicle" null and necessarily void ab initio, like they never even happened.

Having concluded not to be operating a "motor vehicle", nor being a "driver" in need of a drivers license, I put you and your entire department of Onondaga County Sheriff Deputies, on Notice that having a "drivers license" is NOT needed to travel upon the public highways, in which case, I will be exercising my right to lawfully travel without a NYS Drivers license in my personal property, an automobile, that I rightfully own via acquisition, with such automobile described by the IRS in Title 49 U.S. code Subsection 13102 (11) as Household Goods, thus not needing title, nor registration.

Failure to respond, within (30) thirty days receipt of this Affidavit/Notice having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the facts to be as stated above.

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

April 7, 2021

Respectfully yours,

Richard L. Sposato, Suis Juris
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: _David J. Dragicevich_
Printed Name: _DAVID J. DRAGICEVICH_
Date: _04/07/2021_
My Commission Expires: _10/24/2024_

DAVID J DRAGICEVICH
NOTARY PUBLIC STATE OF NEW YORK
OSWEGO COUNTY
LIC. #01DR6410495
COMM. EXP. 10/26/2024

5

# Exhibit A

** Do not reply to this email. You will not receive a response. **



Thank you for using the DMV's Ask a Question service. Here is a summary of your question and our response. If you feel we did not answer your question to your satisfaction or you need more information, please respond to us using the "Update your question" link below.

Subject

**Is an individual with a class D license permitted to operate a motor vehicle..?**

Response By Email (Max A.) (07/27/2020 01:48 PM)

Dear Richard,

Thank you for contacting New York State Department of Motor Vehicle.
Yes. As long as they are companied by a licensed driver.

Please let us know if you need any additional information.
Thank you for your enquiry and we look forward to assisting you in the future.

Max A.

New York State DMV

Customer By Service Web (07/03/2020 02:26 PM)

Is an individual with a class D license permitted to operate a motor vehicle..?


Update your submission

**UNITED STATES POSTAL SERVICE.**

MATTYDALE
1900 BREWERTON RD
SYRACUSE, NY 13211-9211
(800)275-8777

04/07/2021                    03:13 PM
--------------------------------------------
Product            Qty    Unit      Price
                          Price
--------------------------------------------
First-Class Mail®   1               $0.75
Letter
    Albany, NY  12226
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Sat 04/10/2021
    Certified Mail®                 $3.60
        Tracking #:
            70191640000182920734
    Return Receipt                  $2.85
        Tracking #:
            9590 9402 5793 0034 5653 73
Total                               $7.20

First-Class Mail®   1               $0.75
Letter
    Syracuse, NY  13209
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Sat 04/10/2021
    Certified Mail®                 $3.60
        Tracking #:
            70191640000182918526
    Return Receipt                  $2.85
        Tracking #:
            9590 9402 3547 7305 1447 31
Total                               $7.20

First-Class Mail®   1               $0.75
Letter
    Albany, NY  12207
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Sat 04/10/2021
    Certified Mail®                 $3.60
        Tracking #:
            70191640000182920727
    Return Receipt                  $2.85
        Tracking #:
            9590 9402 5793 0034 5653 11
Total                               $7.20

First-Class Mail®   1               $0.75
Letter
    Syracuse, NY  13202
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Sat 04/10/2021
    Certified Mail®                 $3.60
        Tracking #:
            70191640000182918588
    Return Receipt                  $2.85
        Tracking #:
            9590 9402 5793 0034 5653 04
Total                               $7.20

First-Class Mail®   1               $0.75
Letter
    Albany, NY  12226
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Sat 04/10/2021
    Certified Mail®                 $3.60
        Tracking #:
            70191640000182920741
    Return Receipt                  $2.85
        Tracking #:

*Affidavit For Lawful Authority*

*NYSSA Sheriff's President Jeffrey Murphy*

*NYS Police Superintendent Kevin P. Bruen*

# AFFIDAVIT OF TRUTH

# DEMAND FOR LAWFUL AUTHORITY AND JURISDICTION

# NOTICE OF LAWFUL TRAVELER

STATE OF NEW YORK)

COUNTY OF ONONDAGA        )

Onondaga County Sheriff Eugene Conway,

I, Me, My, or Myself, also known as Richard L. Sposato, a sovereign, living soul, a man living upon the land, a judicial power Citizen by right of blood, without the corporation called STATE OF NEW YORK, with this Affidavit of Truth, do hereby Demand Lawful Authority and Jurisdiction concerning all police officers employed within the jurisdiction of New York State and/or all Deputies of the Onondaga County Sheriff's Office, as it applies to me traveling on the passageways, roads and/or highways of New York State, the State of New York or any other commonly referred to name of this state or STATE, in my automobile and provide Notice of Lawful Traveler, by Declaration, as follows;

The undersigned, Richard L. Sposato, a man, with this Affidavit of Truth and Rebuttal of Presumption, I "squarely challenge" the JURISDICTION AND LAWFUL AUTHORITY of any Onondaga County employed Police, Sheriff and/or Deputy of the Onondaga County Sheriff's Office, or any other County Sheriff employed and/or operating within the jurisdiction of New York State, to stop, detain and arrest People, individuals, men, women, persons, Me or Myself traveling upon public passageways, roads and/or highways, for sitting behind the wheel, steering, while moving or not, in, or using an owned, or rental version of a passenger, personal or limited use automobile, while holding, using and/or being licensed with a NYS class D drivers license in their name, or not holding, being unlicensed and/or without said, NYS class D drivers license, under the guise of said People, individuals or persons "operating" a "motor vehicle".

1. I, Richard L. Sposato, swear to my best belief, that the State of New York or STATE OF NEW YORK, is a territory, possession and/or a corporation of the United States or

1

UNITED STATES, falling under the jurisdiction of the Federal government and/or the DISTRICT OF COLUMBIA, found and declared in Section 516 of the NY Vehicle and Traffic Law.

2. The Federal definition of a Motor Vehicle, which the State of New York and/or the STATE OF NEW YORK falls within the jurisdiction thereof, as stated in 18 USC Chapter 2 Sec 31 Sub Section 6, reads as follows: MOTOR VEHICLE-the term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for "commercial" purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

3. The definition of a "motor vehicle" is clearly defined as being used for commercial purposes. Everyday automobiles being used for personal use, going to and from work or to the grocery store, or out for a night on the town are NOT being used over the public passageways and/or highways in a commercial capacity, i.e. for monetary gain. These said automobiles are being used as a contrivance, for everyday, non commercial travel on stated ways.

4. NYS VEHICLE AND TRAFFIC LAW - VAT 501 Drivers licenses and learners permits states...The commissioner shall issue classified drivers licenses as provided in this article. Any such license shall be valid only for the operation of the type of vehicles specified for each class of license but shall not be valid for the operation of any type of vehicle for which an endorsement is required by this section or regulations promulgated hereunder unless the license contains such endorsement and shall be subject to any restrictions contained thereon.

5. Drivers license classifications, endorsements and restrictions and exceptions. License classifications are as follows.

6. (i) Class A. Such license shall be valid to operate any "motor vehicle" or any combination of vehicles except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

7. (ii) Class B. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" or any such vehicle, other than a tractor, towing a vehicle having a GVWR of not more than ten thousand pounds except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

8. (iii) Class C. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" with a GVWR of not more than twenty-six thousand pounds and any such

2

vehicle towing another vehicle with a GVWR of not more than ten thousand pounds except it shall not be valid to operate a tractor or a motorcycle other than a class B or C limited use motorcycle.

9.  (iv) Class D. Such license shall be valid to operate any "passenger" or "limited use" "automobile" or any truck with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, or any such vehicle towing another vehicle with a GVWR of more than ten thousand pounds provided such combination of vehicles has a GCWR of not more than twenty-six thousand pounds, or any personal use vehicle with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, except it shall not be valid to operate a tractor, a motorcycle other than a class B or C limited use motorcycle, a vehicle used to transport passengers for hire or for which a hazardous materials endorsement is required, or a vehicle defined as a bus in subdivision one of section five hundred nine-a of this title.

10. (v) Class E. Such license shall be valid to operate only vehicles which may be operated with a class D license, except that in addition it shall be valid to operate any such motor vehicle, other than a vehicle defined as a bus in subdivision one of section five hundred nine-a of this chapter, used to transport up to fourteen passengers for hire and other than an altered motor vehicle commonly referred to as a "stretch limousine" having a seating capacity of nine or more passengers including the driver.

11. As noted above, a class A, B, C or E license, each stipulate in their wording to include authorization of operating a "motor vehicle", which defines or leads to the presumption that these classes of licenses pertain to the use of a vehicle for "commercial" purposes, as defined in 18 USC Chapter 2 Sec 31 Sub Section 6 Federal code.

12. On the contrary, a class D license, makes no mention of the words and/or term "motor vehicle", only referencing the operation in some form or another of an "automobile". This gives way to the presumption an individual possessing this class of license is NOT allowed, authorized, nor permitted to use their contrivance or automobile for "hire" and/or "commercial" purposes.

13. The vast majority of individuals are classed with a D license, because they do not use their automobile for commercial purposes in their everyday progression of life, liberty, in their pursuit of happiness.

14. Having stated all of the above, one must conclude the "automobile" you're sitting in behind the wheel, steering along the passageways during your normal everyday travels, not being used for commercial purposes, is NOT to be considered a "motor vehicle", as

defined in Federal code, with the State of New York being under and/or within the jurisdiction thereof.

15. To finalize the clarity of the everyday automobile people ride in behind the wheel, not to be defined as a "motor vehicle", I posed the question online to the New York State DMV on July 3, 2020, asking, "Is an individual with a class D license permitted to operate a "motor vehicle". The DMV response on July 27, 2020 was, "Yes. As long as they are companied by a licensed driver." Exhibit A

16. Because people possessing a class D license are not required to be companied by a licensed driver, to travel in their everyday automobile, this further confirms the above conclusion, that the automobile people are traveling in the course of their everyday life, not being used for commercial purposes, is in fact and definitively, NOT a "motor vehicle" as outlined and/or used in NYS VAT LAW TITLE VII Rules of the Road.

17. Therefore, because an individual or person possessing a class D license, not using their automobile for commercial purposes, is not operating a "motor vehicle" as outlined in NYS VAT LAW Rules of the Road, a police officer cannot lawfully stop/arrest you while traveling in your automobile under the presumption of operating a "motor vehicle", without witness to the appearance of a crime being or had been committed, nor lawfully charge you with a violation of the NYS VAT LAW Rules of the Road for said offenses referencing the operation of a "motor vehicle", nor can one be summonsed into court for said unlawful charges, nor convicted for violating a statute referencing the operation of a "motor vehicle" as outlined in the aforementioned NYS VAT codes, as anything that transpires after an unlawful stop/arrest is not just VOID, but necessarily VOID, ab initio.

18. Furthermore, Federal Department of Transportation, Title 49 CFR Subsection 390.5 states Definition of Driver: any person who operates any commercial motor vehicle.

19. Thus, if a person or individual is not operating a commercial motor vehicle, which all "motor vehicle(s)" are used for commercial purposes, as referenced above, that person and/or individual is not considered a "driver" and as such, is not required to obtain a "drivers license" while exercising their Right to Travel lawfully upon the public passageways, roads and/or highways.

20. This means any arrest and citation given to the aforementioned individual and/or person possessing a class D license, or person not being licensed at all, referencing the operation of a "motor vehicle" when they are in fact riding along the passageways during their everyday travels in their "automobile", is unlawful, deprivation of rights under the color of law as stated in 18 U.S. Code subsection 242, thus any prosecution malicious and any

conviction for NYS VAT LAW violations pertaining to the operation of a "motor vehicle" null and necessarily void ab initio, like they never even happened.

Having concluded not to be operating a "motor vehicle", nor being a "driver" in need of a drivers license, I put you and your entire department of Onondaga County Sheriff Deputies, on Notice that having a "drivers license" is NOT needed to travel upon the public highways, in which case, I will be exercising my right to lawfully travel without a NYS Drivers license in my personal property, an automobile, that I rightfully own via acquisition, with such automobile described by the IRS in Title 49 U.S. code Subsection 13102 (11) as Household Goods, thus not needing title, nor registration.

Failure to respond, within (30) thirty days receipt of this Affidavit/Notice having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the facts to be as stated above.

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

April 7, 2021

Respectfully yours,

Richard L. Sposato, Suis Juris
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: *David J. Dragicevich*
Printed Name: DAVID J. DRAGICEVICH
Date: 04/07/2021
My Commission Expires: 10/26/2024

DAVID J DRAGICEVICH
NOTARY PUBLIC STATE OF NEW YORK
OSWEGO COUNTY
LIC. #01DR6410495
COMM. EXP. 10/26/2024

5

# Exhibit A

** Do not reply to this email. You will not receive a response. **



NEW YORK STATE | Department of Motor Vehicles

Thank you for using the DMV's Ask a Question service. Here is a summary of your question and our response. If you feel we did not answer your question to your satisfaction or you need more information, please respond to us using the "Update your question" link below.

Subject

**Is an individual with a class D license permitted to operate a motor vehicle..?**

Response By Email (Max A.) (07/27/2020 01:48 PM)

Dear Richard,

Thank you for contacting New York State Department of Motor Vehicle.
Yes. As long as they are companied by a licensed driver.

Please let us know if you need any additional information.
Thank you for your enquiry and we look forward to assisting you in the future.

Max A.

New York State DMV

Customer By Service Web (07/03/2020 02:26 PM)

Is an individual with a class D license permitted to operate a motor vehicle..?

Update your submission



**SENDER: COMPLETE THIS SECTION**

☐ Complete items 1, 2, and 3.
☐ Print your name and address on the reverse
  so that we can return the card to you.
☐ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

ONONDAGA County Sheriff
EUGENE CONWAY
407 S. STATE St.
Syracuse, NY 13202

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9402 5793 0034 5653 04

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ll Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7019 1640 0001 8291 8588

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**POSTAL SERVICE**

MATTYDALE
1900 BREWERTON RD
SYRACUSE, NY 13211-9211
(800)275-8777

06/02/2021                          05:01 PM

----------------------------------------
Product            Qty   Unit    Price
                         Price
----------------------------------------

First-Class Mail®    1            $0.55
Letter
   Syracuse, NY 13209              *Solvay Police Chief*
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date        *Allen Wood*
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922752
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0544 21
Total                             $7.00

First-Class Mail®    1            $0.75
Letter
   Syracuse, NY 13212
   Weight: 0 lb 1.10 oz
   Estimated Delivery Date
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70210350000120260395
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0545 06
Total                             $7.20

First-Class Mail®    1            $0.75
Letter
   Syracuse, NY 13212
   Weight: 0 lb 1.10 oz
   Estimated Delivery Date
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922820
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0545 51
Total                             $7.20

First-Class Mail®    1            $0.55
Letter
   Syracuse, NY 13210
   Weight: 0 lb 0.80 oz
   Estimated Delivery Date
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922813
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0544 83
Total                             $7.00

First-Class Mail®    1            $0.55
Letter
   Syracuse, NY 13210
   Weight: 0 lb 0.80 oz
   Estimated Delivery Date
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922806
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0544 76
Total                             $7.00

First-Class Mail®    1            $0.55
Letter
   Syracuse, NY 13202

----------------------------------------

       9590 9402 6438 0346 0544 76
Total                             $7.00

First-Class Mail®    1            $0.55
Letter
   Syracuse, NY 13202              *Local Sheriff*
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date        *Eugene Conway*
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922790
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0544 69
Total                             $7.00

First-Class Mail®    1            $0.55
Letter
   Albany, NY 12226                *NYS Police*
   Weight: 0 lb 0.60 oz           *Deputy Superintendent*
   Estimated Delivery Date        *Steven A. Nigrelli*
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922769
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0544 38
Total                             $7.00

First-Class Mail®    1            $0.55
Letter
   Albany, NY 12226                *NYS Police*
   Weight: 0 lb 0.60 oz           *Kevin P. Bruen*
   Estimated Delivery Date        *Superintendent*
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922776
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0544 52
Total                             $7.00

First-Class Mail®    1            $0.55
Letter
   Albany, NY 12207                *NYSTA President*
   Weight: 0 lb 0.60 oz           *Jeffrey Murphy*
   Estimated Delivery Date
       Sat 06/05/2021
   Certified Mail®                $3.60
       Tracking #:
       70191640000182922783
   Return Receipt                 $2.85
       Tracking #:
       9590 9402 6438 0346 0544 45
Total                             $7.00

----------------------------------------
Grand Total :                    $63.40

Credit Card Remitted             $63.40
   Card Name: VISA
   Account #: XXXXXXXXXXXX6675
   Approval #: 021123
   Transaction #: 214
   AID: A0000000980840          Chip
   AL: US DEBIT
   PIN: Not Required
----------------------------------------

# USPS Tracking®

## Track Another Package +

*Solvay Police Chief Allen Wood*

**Tracking Number:** 70191640000182918526                    Remove ✕

Your item was delivered to an individual at the address at 5:47 pm on April 8, 2021 in SYRACUSE, NY 13219.

## ✔ Delivered, Left with Individual

April 8, 2021 at 5:47 pm
SYRACUSE, NY 13219

Feedback

## Get Updates ∨

---

Text & Email Updates                                                    ∨

---

Tracking History                                                        ∨

---

Product Information                                                     ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# Product Tracking & Reporting

 **UNITED STATES POSTAL SERVICE**₁

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | May 06, 2021 |

## USPS Tracking Intranet

### Delivery Signature and Address

⚠️ **Price Change 1/26/2020:**
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Tracking Number: 7019 1640 0001 8291 8528

This item was delivered on 04/08/2021 at 17:47:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.1.0.70

# AFFIDAVIT OF TRUTH

# DEMAND FOR LAWFUL AUTHORITY AND JURISDICTION

# NOTICE OF LAWFUL TRAVELER

STATE OF NEW YORK)

COUNTY OF ONONDAGA     )

Solvay Police Chief Allen Wood,

I, Me, My, or Myself, also known as Richard L. Sposato, a sovereign, living soul, a man living upon the land, a judicial power Citizen by right of blood, without the corporation called STATE OF NEW YORK, with this Affidavit of Truth, do hereby Demand Lawful Authority and Jurisdiction concerning all police officers employed within the jurisdiction of New York State and/or all local Solvay Police Officers and/or Deputies, as it applies to me traveling on the passageways, roads and/or highways of New York State, the State of New York or any other commonly referred to name of this state or STATE, as well as all roads in the Village of Solvay, in my automobile and provide Notice of Lawful Traveler, by Declaration, as follows;

The undersigned, Richard L. Sposato, a man, with this Affidavit of Truth and Rebuttal of Presumption, I "squarely challenge" the JURISDICTION AND LAWFUL AUTHORITY of any Village of Solvay Police and/or Deputy, or any other police officer employed and/or operating within the jurisdiction of what is known as New York State, to stop, detain and arrest People, individuals, men, women, persons, Me or Myself traveling upon public passageways, roads and/or highways, for sitting behind the wheel, steering, while moving or not, in, or using an owned, or rental version of a passenger, personal or limited use automobile, while holding, using and/or being licensed with a NYS class D drivers license in their name, or not holding, being unlicensed and/or without said, NYS class D drivers license, under the guise of said People, individuals or persons "operating" a "motor vehicle".

1. I, Richard L. Sposato, swear to my best belief, that the State of New York or STATE OF NEW YORK, or what is referred to be New York State, is a territory, possession and/or a

1

corporation of the United States or UNITED STATES, falling under the jurisdiction of the Federal government and/or the DISTRICT OF COLUMBIA, found and declared in Section 516 of the NY Vehicle and Traffic Law.

2. The Federal definition of a Motor Vehicle, which the State of New York and/or the STATE OF NEW YORK falls within the jurisdiction thereof, as stated in 18 USC Chapter 2 Sec 31 Sub Section 6, reads as follows: MOTOR VEHICLE-the term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for "commercial" purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

3. The definition of a "motor vehicle" is clearly defined as being used for commercial purposes. Everyday automobiles being used for personal use, going to and from work or to the grocery store, or out for a night on the town are NOT being used over the public passageways and/or highways in a commercial capacity, i.e. for monetary gain. These said automobiles are being used as a contrivance, for everyday, non commercial travel on stated ways.

4. NYS VEHICLE AND TRAFFIC LAW - VAT 501 Drivers licenses and learners permits states...The commissioner shall issue classified drivers licenses as provided in this article. Any such license shall be valid only for the operation of the type of vehicles specified for each class of license but shall not be valid for the operation of any type of vehicle for which an endorsement is required by this section or regulations promulgated hereunder unless the license contains such endorsement and shall be subject to any restrictions contained thereon.

5. Drivers license classifications, endorsements and restrictions and exceptions. License classifications are as follows.

6. (i) Class A. Such license shall be valid to operate any "motor vehicle" or any combination of vehicles except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

7. (ii) Class B. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" or any such vehicle, other than a tractor, towing a vehicle having a GVWR of not more than ten thousand pounds except it shall not be valid to operate a motorcycle other than a class B or C limited use motorcycle.

8. (iii) Class C. Such license shall be valid to operate any vehicle or combination of vehicles which may be operated with a class E license and shall be valid to operate any "motor vehicle" with a GVWR of not more than twenty-six thousand pounds and any such

vehicle towing another vehicle with a GVWR of not more than ten thousand pounds except it shall not be valid to operate a tractor or a motorcycle other than a class B or C limited use motorcycle.

9. (iv) Class D. Such license shall be valid to operate any "passenger" or "limited use" "automobile" or any truck with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, or any such vehicle towing another vehicle with a GVWR of more than ten thousand pounds provided such combination of vehicles has a GCWR of not more than twenty-six thousand pounds, or any personal use vehicle with a GVWR of not more than twenty-six thousand pounds or any such vehicle towing a vehicle with a GVWR of not more than ten thousand pounds, except it shall not be valid to operate a tractor, a motorcycle other than a class B or C limited use motorcycle, a vehicle used to transport passengers for hire or for which a hazardous materials endorsement is required, or a vehicle defined as a bus in subdivision one of section five hundred nine-a of this title.

10. (v) Class E. Such license shall be valid to operate only vehicles which may be operated with a class D license, except that in addition it shall be valid to operate any such motor vehicle, other than a vehicle defined as a bus in subdivision one of section five hundred nine-a of this chapter, used to transport up to fourteen passengers for hire and other than an altered motor vehicle commonly referred to as a "stretch limousine" having a seating capacity of nine or more passengers including the driver.

11. As noted above, a class A, B, C or E license, each stipulate in their wording to include authorization of operating a "motor vehicle", which defines or leads to the presumption that these classes of licenses pertain to the use of a vehicle for "commercial" purposes, as defined in 18 USC Chapter 2 Sec 31 Sub Section 6 Federal code.

12. On the contrary, a class D license, makes no mention of the words and/or term "motor vehicle", only referencing the operation in some form or another of an "automobile". This gives way to the presumption an individual possessing this class of license is NOT allowed, authorized, nor permitted to use their contrivance or automobile for "hire" and/or "commercial" purposes.

13. The vast majority of individuals are classed with a D license, because they do not use their automobile for commercial purposes in their everyday progression of life, liberty, in their pursuit of happiness.

14. Having stated all of the above, one must conclude the "automobile" you're sitting in behind the wheel, steering along the passageways during your normal everyday travels, not being used for commercial purposes, is NOT to be considered a "motor vehicle", as

defined in Federal code, with the State of New York being under and/or within the jurisdiction thereof.

15. To finalize the clarity of the everyday automobile people ride in behind the wheel, not to be defined as a "motor vehicle", I posed the question online to the New York State DMV on July 3, 2020, asking, "Is an individual with a class D license permitted to operate a "motor vehicle". The DMV response on July 27, 2020 was, "Yes. As long as they are companied by a licensed driver." Exhibit A

16. Because people possessing a class D license are not required to be companied by a licensed driver, to travel in their everyday automobile, this further confirms the above conclusion, that the automobile people are traveling in the course of their everyday life, not being used for commercial purposes, is in fact and definitively, NOT a "motor vehicle" as outlined and/or used in NYS VAT LAW TITLE VII Rules of the Road.

17. Therefore, because an individual or person possessing a class D license, not using their automobile for commercial purposes, is not operating a "motor vehicle" as outlined in NYS VAT LAW Rules of the Road, a police officer cannot lawfully stop/arrest you while traveling in your automobile under the presumption of operating a "motor vehicle", without witness to the appearance of a crime being or had been committed, nor lawfully charge you with a violation of the NYS VAT LAW Rules of the Road for said offenses referencing the operation of a "motor vehicle", nor can one be summonsed into court for said unlawful charges, nor convicted for violating a statute referencing the operation of a "motor vehicle" as outlined in the aforementioned NYS VAT codes, as anything that transpires after an unlawful stop/arrest is not just VOID, but necessarily VOID, ab initio.

18. Furthermore, Federal Department of Transportation, Title 49 CFR Subsection 390.5 states Definition of Driver: any person who operates any commercial motor vehicle.

19. Thus, if a person or individual is not operating a commercial motor vehicle, which all "motor vehicle(s)" are used for commercial purposes, as referenced above, that person and/or individual is not considered a "driver" and as such, is not required to obtain a "drivers license" while exercising their Right to Travel lawfully upon the public passageways, roads and/or highways.

20. This means any arrest and citation given to the aforementioned individual and/or person possessing a class D license, or person not being licensed at all, referencing the operation of a "motor vehicle" when they are in fact riding along the passageways during their everyday travels in their "automobile", is unlawful, deprivation of rights under the color of law as stated in 18 U.S. Code subsection 242, thus any prosecution malicious and any

conviction for NYS VAT LAW violations pertaining to the operation of a "motor vehicle" null and necessarily void ab initio, like they never even happened.

Having concluded not to be operating a "motor vehicle", nor being a "driver" in need of a drivers license; I put you and the entire Solvay Police department and its Deputies, on Notice that having a "drivers license" is NOT needed to travel upon the public highways, in which case, I will be exercising my right to lawfully travel without a NYS Drivers license in my personal property, an automobile, that I rightfully own via acquisition, with such automobile described by the IRS in Title 49 U.S. code Subsection 13102 (11) as Household Goods, thus not needing title, nor registration.

Failure to respond, within (30) thirty days receipt of this Affidavit/Notice, having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the facts to be as stated above.

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

April 7, 2021

Respectfully yours,

Richard L. Sposato, Suis Juris
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: *David J. Dragicevich*
Printed Name: DAVID J. DRAGICEVICH
Date: ~~to~~  04/07/2021
My Commission Expires: 10/26/2021

DAVID J DRAGICEVICH
NOTARY PUBLIC STATE OF NEW YORK
OSWEGO COUNTY
LIC. #01DR6410495
COMM. EXP. 10/26/2024

5

# Exhibit A

** Do not reply to this email. You will not receive a response. **



NEW
YORK
STATE Department of
Motor Vehicles

Thank you for using the DMV's Ask a Question service. Here is a summary of your question and our response. If you feel we did not answer your question to your satisfaction or you need more information, please respond to us using the "Update your question" link below.

**Subject**

**Is an individual with a class D license permitted to operate a motor vehicle..?**

**Response By Email (Max A.) (07/27/2020 01:48 PM)**

Dear Richard,

Thank you for contacting New York State Department of Motor Vehicle.
Yes. As long as they are companied by a licensed driver.

Please let us know if you need any additional information.
Thank you for your enquiry and we look forward to assisting you in the future.

Max A.

New York State DMV

Is an individual with a class D license permitted to operate a motor vehicle..?

Update your submission

# USPS Tracking®

**Track Another Package +**

Remove ✕

Tracking Number: 70191640001182918526

*Solvay Police Chief Allen Wood*

Your item was delivered to an individual at the address at 5:47 pm on April 8, 2021 in SYRACUSE, NY 13219.

⊘ **Delivered, Left with Individual**

April 8, 2021 at 5:47 pm
SYRACUSE, NY 13219

Get Updates ⌄

**Text & Email Updates**

Feedback

✕

›

---

**UNITED STATES POSTAL SERVICE.**

MATTYDALE
1900 BREWERTON RD
SYRACUSE, NY 13211-9211
(800)275-8777

04/07/2021                                   03:13 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.75 |
| Albany, NY 12226 | | | |
| Weight: 0 lb 1.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 04/10/2021 | | | |
| Certified Mail® | | | $3.60 |
| Tracking #: | | | |
| 70191640000182920794 | | | |
| Return Receipt | | | $2.85 |
| Tracking #: | | | |
| 9590 9402 5793 0034 5653 73 | | | |
| **Total** | | | **$7.20** |
| First-Class Mail® Letter | 1 | | $0.75 |
| Syracuse, NY 13209 | | | |
| Weight: 0 lb 1.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 04/10/2021 | | | |
| Certified Mail® | | | $3.60 |
| Tracking #: | | | |
| 70191640000182918526 | | | |
| Return Receipt | | | $2.85 |
| Tracking #: | | | |
| 9590 9402 3547 7305 1447 31 | | | |
| **Total** | | | **$7.20** |
| First-Class Mail® Letter | 1 | | $0.75 |
| Albany, NY 12207 | | | |
| Weight: 0 lb 1.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 04/10/2021 | | | |
| Certified Mail® | | | $3.60 |
| Tracking #: | | | |
| 70191640000182920727 | | | |
| Return Receipt | | | $2.85 |
| Tracking #: | | | |
| 9590 9402 5793 0034 5653 11 | | | |
| **Total** | | | **$7.20** |
| First-Class Mail® Letter | 1 | | $0.75 |
| Syracuse, NY 13202 | | | |
| Weight: 0 lb 1.40 oz | | | |
| Estimated Delivery Date | | | |

*Solvay Chief Wood*



# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | May 06, 2021 |

## USPS Tracking Intranet
## Delivery Signature and Address

 **Price Change 1/26/2020:**
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Tracking Number: 7019 1640 0001 8291 8526

This Item was delivered on 04/08/2021 at 17:47:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.1.0.70

# NOTICE OF DEFAULT

STATE OF NEW YORK     )

COUNTY OF ONONDAGA   )

Solvay Police Chief Allen Wood,

I, Richard Sposato, having properly presented to you, certified mailed to you postmarked April 7, 2021 an Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, in good faith and accordance with Lawful due process, you had an opportunity to respond within 30 days as legally accepted, reasonable time, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within a reasonable, accepted legal time of 30 days, constitutes a waiver of your opportunity to rebut and to contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented in my Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, certified mailed to you postmarked April 7, 2021.

I, Richard Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.

DATED: 6/2/2021

Respectfully yours,

*[signature]*

Richard Sposato, Sui juris
315-412-1776
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: *[signature]*
Printed Name: _____
Date: _____
My Commission Expires: _____

CAROL A. TECHMAN
Notary Public, State of New York
No: 01TE6065425
Qualified in Cayuga County
My Commission Expires Oct. 15, 2021

6-2-2021

# NOTICE OF DEFAULT

STATE OF NEW YORK     )

COUNTY OF ONONDAGA  )

NYS Police Superintendent Kevin P. Bruen,

I, Richard Sposato, having properly presented to you, certified mailed to you postmarked April 7, 2021 an Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, in good faith and accordance with Lawful due process, you had an opportunity to respond within 30 days as legally accepted, reasonable time, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within a reasonable, accepted legal time of 30 days, constitutes a waiver of your opportunity to rebut and to contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented in my Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, certified mailed to you postmarked April 7, 2021.

I, Richard Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.


DATED: 6/2/2021


Respectfully yours,

Richard Sposato, Sui juris
315-412-1776
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT


Signed: _____

Printed Name: _____

CAROL A. TECHMAN
Notary Public, State of New York
No: 01TE6065425
Qualified in Cayuga County
My Commission Expires Oct. 15, 20__

Date: _____

My Commission Expires: _____

6-2-2021

# NOTICE OF DEFAULT

STATE OF NEW YORK    )

COUNTY OF ONONDAGA  )

NYS Police Deputy Superintendent Colonel Steven A. Negrilli,

I, Richard Sposato, having properly presented to you, certified mailed to you postmarked April 7, 2021 an Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, in good faith and accordance with Lawful due process, you had an opportunity to respond within 30 days as legally accepted, reasonable time, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within a reasonable, accepted legal time of 30 days, constitutes a waiver of your opportunity to rebut and to contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented in my Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, certified mailed to you postmarked April 7, 2021.

I, Richard Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.

DATED: 6/2/2021

Respectfully yours,

*[signature]*

Richard Sposato, Sui juris
315-412-1776
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: *[signature]*
Printed Name: _____
Date: _____
My Commission Expires: _____

CAROL A. TECHMAN
Notary Public, State of New York
No: 01TE6065425
Qualified in Cayuga County
My Commission Expires Oct. 15, 20 21

6-2-2021

# NOTICE OF DEFAULT

STATE OF NEW YORK      )

COUNTY OF ONONDAGA  )

Onondaga County Sheriff Eugene Conway,

I, Richard Sposato, having properly presented to you, certified mailed to you postmarked April 7, 2021 an Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, in good faith and accordance with Lawful due process, you had an opportunity to respond within 30 days as legally accepted, reasonable time, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within a reasonable, accepted legal time of 30 days, constitutes a waiver of your opportunity to rebut and to contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented in my Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, certified mailed to you postmarked April 7, 2021.

I, Richard Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.

DATED: 6/2/2021

Respectfully yours,

*Richard Sposato*

Richard Sposato, Sui juris
315-412-1776
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT

Signed: _Carol A. Techman_

Printed Name: _____

CAROL A. TECHMAN
Notary Public, State of New York
No: 01TE6065425
Qualified in Cayuga County
My Commission Expires Oct. 15, 20__

Date: _____

My Commission Expires: 21

6-2-2021

# NOTICE OF DEFAULT

STATE OF NEW YORK      )

COUNTY OF ONONDAGA  )

NYSSA President Jeffrey Murphy,

I, Richard Sposato, having properly presented to you, certified mailed to you postmarked April 7, 2021 an Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, in good faith and accordance with Lawful due process, you had an opportunity to respond within 30 days as legally accepted, reasonable time, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within a reasonable, accepted legal time of 30 days, constitutes a waiver of your opportunity to rebut and to contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented in my Affidavit of Truth - Demand For Lawful Authority and Jurisdiction, Notice of Lawful Traveler, certified mailed to you postmarked April 7, 2021.

I, Richard Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.


DATED: 6/2/2021


Respectfully yours,

_Richard Sposato_

Richard Sposato, Sui juris
315-412-1776
With a postal address of;
Non-Domestic Mail
C/O 510 N. Orchard Rd.
Solvay, New York
ZIP CODE EXEMPT


Signed: _Carol A. Techman_

Printed Name: _____

Date: _____

My Commission Expires: _____

CAROL A. TECHMAN
Notary Public, State of New York
No: 01TE6068425
Qualified in Cayuga County
My Commission Expires Oct. 15, 20 21

6-2-2021

**POSTAL SERVICE.**

```
            MATTYDALE
         1900 BREWERTON RD
       SYRACUSE, NY 13211-9211
           (800)275-8777

06/02/2021                    05:01 PM
----------------------------------------
Product           Qty    Unit    Price
                         Price
----------------------------------------

First-Class Mail®   1             $0.55
Letter
  Syracuse, NY 13209
  Weight: 0 lb 0.60 oz       *Solvay Police Chief*
  Estimated Delivery Date    *Allen Wood*
     Sat 06/05/2021
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922752
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0544 21
Total                             $7.00

First-Class Mail®   1             $0.75
Letter
  Syracuse, NY 13212
  Weight: 0 lb 1.10 oz
  Estimated Delivery Date
     Sat 06/05/2021
  Certified Mail®                 $3.60
     Tracking #:
       70210350000120260395
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0545 06
Total                             $7.20

First-Class Mail®   1             $0.75
Letter
  Syracuse, NY 13212
  Weight: 0 lb 1.10 oz
  Estimated Delivery Date
     Sat 06/05/2021
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922820
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0545 51
Total                             $7.20

First-Class Mail®   1             $0.55
Letter
  Syracuse, NY 13210
  Weight: 0 lb 0.80 oz
  Estimated Delivery Date
     Sat 06/05/2021
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922813
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0544 83
Total                             $7.00

First-Class Mail®   1             $0.55
Letter
  Syracuse, NY 13210
  Weight: 0 lb 0.80 oz
  Estimated Delivery Date
     Sat 06/05/2021
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922806
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0544 76
Total                             $7.00

First-Class Mail®   1             $0.55
Letter
```

*Default Notice*

```
       9590 9402 6438 0346 0544 76
Total                             $7.00

First-Class Mail®   1             $0.55
Letter
  Syracuse, NY 13202
  Weight: 0 lb 0.60 oz       *Local Sheriff*
  Estimated Delivery Date    *Eugene Conway*
     Sat 06/05/2021
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922790
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0544 69
Total                             $7.00

First-Class Mail®   1             $0.55
Letter
  Albany, NY 12226
  Weight: 0 lb 0.60 oz       *NYS Police*
  Estimated Delivery Date    *Deputy Superintendent*
     Sat 06/05/2021          *Steven A. Nigrelli*
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922769
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0544 38
Total                             $7.00

First-Class Mail®   1             $0.55
Letter
  Albany, NY 12226
  Weight: 0 lb 0.60 oz       *NYS Police*
  Estimated Delivery Date    *Kevin P. Bruen*
     Sat 06/05/2021          *Superintendent*
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922776
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0544 52
Total                             $7.00

First-Class Mail®   1             $0.55
Letter
  Albany, NY 12207
  Weight: 0 lb 0.60 oz       *NYSTA President*
  Estimated Delivery Date    *Jeffrey Murphy*
     Sat 06/05/2021
  Certified Mail®                 $3.60
     Tracking #:
       70191640000182922783
  Return Receipt                  $2.85
     Tracking #:
       9590 9402 6438 0346 0544 45
Total                             $7.00

----------------------------------------
Grand Total:                     $63.40
----------------------------------------
Credit Card Remitted             $63.40
  Card Name: VISA
  Account #: XXXXXXXXXXXX6675
  Approval #: 021123
  Transaction #: 214
  AID: A0000000980840          Chip
  AL: US DEBIT
  PIN: Not Required
----------------------------------------
```

## Receipt 1 (top left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NYS Police Superintendent
KEVIN P. BRUEN
1220 Washington Ave, Bldg 22
Albany, NY 12226

9590 9402 6438 0346 0544 52

2. Article Number (Transfer from service label)
7019 1640 0001 8292 2776

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X O. Cordi ☑ Agent ☐ Addressee

B. Received by (Printed Name)
O. Cordi
C. Date of Delivery 6-11-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

## Receipt 2 (middle left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Solvay Police Chief
Allen Wood
507 Charles Ave
Solvay, NY 13209

9590 9402 6438 0346 0544 21

2. Article Number (Transfer from service label)
7019 1640 0001 8292 2752

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ba 074G a ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

## Receipt 3 (bottom left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NYS Police Deputy Superintendent
Colonel Steven A. Nigrelli
1220 Washington Ave, Bldg 22
Albany, NY 12226

9590 9402 6438 0346 0544 38

2. Article Number (Transfer from service label)
7019 1640 0001 8292 2769

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Susan E. Dord
C. Date of Delivery 6/9/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

## Receipt 4 (top right, rotated)

1. Article Addressed to:

NYSTA President
Jeffrey Murphy
27 E. 1st St.
Albany, NY 13207

9590 9402 6438 0346 0544 45

2. Article Number (Transfer from service label)
7019 1640 0001 8292 2783

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

ALBANY
JUN -4
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

## Receipt 5 (bottom right, rotated)

1. Article Addressed to:

Onondaga County Sheriff
Eugene Conway
407 S State St.
Syracuse, NY 13202

9590 9402 6438 0346 0544 69

2. Article Number (Transfer from service label)
7019 1640 0001 8292 2790

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery 6/3/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT 3

# NOTICE: AFFIDAVIT OF FACT

STATE OF NEW YORK    )

COUNTY OF ONONDAGA )

VILLAGE OF SOLVAY    )

Megan Cavaliere,

      I, the undersigned, Richard L. Sposato, a Natural-Born, Free adult Citizen of the Republic state of New York, thus of America, a man, endowed by our Creator with inalienable rights, with this Affidavit of Fact "squarely rebut" your accusation and state the following facts happened, as follows:

1.   On Wednesday morning, September 22, 2021, approximately 11:15 am, I walked into the hallway of the Solvay Village Court Clerk's office at 1100 Woods Rd., to get clarification of a letter I received supposedly to appear in court that evening. I stood in the hallway for approximately 10 minutes waiting for a person to arrive at the office to take care of me. I notified the driver of my ride that I was still waiting to be taken care of. A gentleman came through the hallway and said the lady will be right with you. The lady finally arrived, who is believed to be Megan Cavaliere. As she approached the window separating the hallway where I was standing and her office, I slipped the document I received in the mail under the window for her to see and asked her if I had court this evening, which she replied, "yes, you're on the docket for court tonight". I further asked her who sent out the letter, as it arrived unsigned. She slipped the document under the window back to me and

proceeded to say the court sent it out, which I replied "the court can't send anything out, as the court is a corporation", as she walked to the back of the room to sit at her desk. I asked her again who sent the letter and she replied "I don't know, I'm not the only person in the office". Because Megan walked back to her desk in the back of the room and didn't get a suffice answer to my legitimate question, I stated to her there was only two people in the office, so who sent it out, you or the other person..? She refused to fulfill her duty, answering my question of who was responsible for this action, proceeded to walk back up to the window, pulling the blinds down on the window to ignore me, then going back to her desk. I immediately tried to get an answer out of her, to no avail and after about 20 seconds of no reply, I decided to leave at approximately 11:30. At no point during our conversation did the lady, presumed to be Megan Cavaliere, ask me to leave, as I left freely on my own accord after a total of about 3-5 minutes max of communication, getting no satisfactory response to my question.

One of the duties of the office of the court clerk are to take care of administration requests by the People, who have business to attend to with regards to the court. As such, I was not obstructing the administration of such duties, I was actually asking Ms. Cavaliere to perform her duties as an administrator of the court and/or a Village of Solvay employee, in which case, she failed to perform her duty to take care of customers in a timely and courteous fashion.

There's no sign on the building stating this is PRIVATE PROPERTY and/or NO TRESPASSING. As one of the People, the court clerk's office is a place where the People may lawfully appear to take care of necessary legal matters. At no time was I told to leave the premises, this being private property and I was not allowed to be there by law.

2

I did not obstruct Ms Cavaliere from conducting her duty as an employee, nor was I trespassing.

**Failure for the above named, Megan Cavaliere, to respond to this NOTICE,** within (21) twenty one days receipt of this Notice, having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the above facts to be as stated.

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

September 29, 2021

Respectfully yours,

*Richard L Sposat*

Richard L Sposato, Suis Juris
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
315-412-1776

Signed: *Bradley Whipple*
Printed Name: *Bradley Whipple*
Date: *09/29/2021*
My Commission Expires: *01/22/2023*

BRADLEY WHIPPLE
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01WH6386008
COMM. EXP. 01/22/ *2023*

3



**UNITED STATES POSTAL SERVICE.**

MATTYDALE
1900 BREWERTON RD
SYRACUSE, NY 13211-9211
(800)275-8777

09/29/2021                              04:35 PM
------------------------------------------------
Product              Qty      Unit         Price
                              Price

First-Class Mail®     1                     $0.58
 Letter
  Syracuse, NY 13209
  Weight: 0 lb 0.80 oz
  Estimated Delivery Date
    Sat 10/02/2021
  Certified Mail®       *Megan Cavaliere*   $3.75
    Tracking #:
      70210350000120279182
  Return Receipt                            $3.05
    Tracking #:
      9590 9402 6639 1060 2966 44
  Total                                     $7.38

First-Class Mail®     1                     $0.58
 Letter
  Syracuse, NY 13209
  Weight: 0 lb 0.80 oz
  Estimated Delivery Date
    Sat 10/02/2021
  Certified Mail®     *Kara LaSiesta*       $3.75
    Tracking #:
      70210350000120279267
  Return Receipt                            $3.05
    Tracking #:
      9590 9402 6639 1060 2966 68
  Total                                     $7.38

First-Class Mail®     1                     $0.58
 Letter
  Syracuse, NY 13209
  Weight: 0 lb 0.90 oz
  Estimated Delivery Date
    Sat 10/02/2021
  Certified Mail®     *Officer D Brecan*    $3.75
    Tracking #:
      70210350000120279175
  Return Receipt                            $3.05
    Tracking #:
      9590 9402 6639 1060 2966 37
  Total                                     $7.38

------------------------------------------------
Grand Total:                               $22.14
------------------------------------------------
Credit Card Remitted                       $22.14
    Card Name: VISA
    Account #: XXXXXXXXXXXX7514
    Approval #: 003080
    Transaction #: 061

# NOTICE OF DEFAULT

STATE OF NEW YORK )

COUNTY OF ONONDAGA )

VILLAGE OF SOLVAY )

Megan Cavaliere,

I, Richard L. Sposato, having properly presented to you, a certified mailed legal document, sent USPS certified mail postmarked September 29, 2021, Return Receipt #7021 0350 0001 2027 9182, delivered on September 30, 2021, a NOTICE: Affidavit of Truth, in good faith and accordance with Lawful due process, you had an opportunity to respond within (10) ten days as legally accepted, reasonable time, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within a reasonable, accepted legal time of (10) ten days, constitutes a waiver of your opportunity to rebut and to contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented in said above Affidavit of Truth, certified delivered to you postmarked September 30, 2021.

I, Richard Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.


DATED: 5/2/2022

Respectfully yours,

*Richard L Sposato*

Richard L. Sposato, sui juris
c/o 510 N. Orchard Rd.
Solvay, New York [13209]


Signed: *Rebecca Smith*

Printed Name: Rebecca Smith

Date: 5·2·22

My Commission Expires: 4·20·24

REBECCA M SMITH
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA COUNTY
LIC. #01SM6406834
COMM. EXP. 04/20/24



**Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®.

Certified Mail Fee $3.75    0411    7
Extra Services & Fees (check box, add fee as appropriate)    $0.00
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)    $0.00    Postmark Here
☐ Certified Mail Restricted Delivery    $0.00
☐ Adult Signature Required    $0.00
Postage    $0.58
Total Postage and Fees    $4.33

*Default Notice*
*05/02/2022*
305

Sent To *Megan Cavaliere*
Street and Apt. No., or PO Box No. *USPS*
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047

Tracking #:
70211970000055959994

| | |
|---|---|
| Total | $4.33 |
| First-Class Mail® | 1 | $0.58 |
| Letter | | |
| Syracuse, NY 13209 | | |
| Weight: 0 lb 0.60 oz | | |
| Estimated Delivery Date | | |
| Wed 05/04/2022 | | |
| Certified Mail® | | $3.75 |
| Tracking #: | | |
| 70211970000055959994 | | |
| Return Receipt | | $3.05 |
| Tracking #: | | |
| 9590 9402 6967 1225 8719 76 | | |

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Village of Solvay*
*Megan Cavaliere*
*1100 Woods Rd*
*Solvay, NY 13209*

9590 9402 6967 1225 8719 76

2. Article Number (Transfer from service label)

7021 1970 0000 5595 9994

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X *Megan*    ☐ Agent
    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
*Schneider*
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type    ☐ Priority Mail Express®
☐ Adult Signature    ☐ Registered Mail™
☐ Adult Signature Restricted Delivery    ☐ Registered Mail Restricted Delivery
☐ Certified Mail®    ☐ Signature Confirmation™
☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

2

# NOTICE: AFFIDAVIT OF FACT

## REBUTTAL OF PRESUMPTIONS IN COMPLAINT

## ALL CHARGES NECESSARILY VOID

## CASE #21-489986

STATE OF NEW YORK )

COUNTY OF ONONDAGA )

VILLAGE OF SOLVAY )

Village Justice Kara A. LaSorsa,

  I, the undersigned, Richard L. Sposato, a Natural-Born, Free adult Citizen of the Republic state of New York, thus of America, a man, endowed by our Creator with inalienable rights, with this Affidavit of Fact - Rebuttal of Complaint, case #21-489986, "squarely rebut" the accusations, presumptions and determinations, of Solvay Police officer D.Czerow, as follows:

1. **Allegation for Obstruction of Governmental Administration 2nd - NYPL 195.05:** on Wednesday morning, September 22, 2021, approximately 11:15 am, I walked into the hallway of the Solvay Village Court Clerk's office at 1100 Woods Rd., to get clarification of a letter I received supposedly to appear in court that evening. I stood in the hallway for approximately 10 minutes waiting for a person to arrive at the office to take care of me. I notified the driver of my ride that I was still waiting to be taken care of. A gentleman came through the hallway and said the lady will be right with you. The lady finally arrived, who is believed to be Megan Cavaliere. As she approached the window separating the hallway where I was standing and her office, I asked her if I had court this evening, which she replied, "yes, you're on the docket for court tonight". I further asked her who sent out the letter, as it arrived unsigned. She proceeded to say the court sent it out, which I

1

replied "the court can't send anything out, as the court is a corporation", as she walked to the back of the room to sit at her desk. I asked her again who sent the letter and she replied "I don't know, I'm not the only person in the office". I stated to her there was only two people in the office, her and Barbara Lenweaver, so who sent it out..? She refused to answer my legitimate question of who was responsible for this action and proceeded to pull the blinds down on the window, going back to her desk. I immediately tried to get an answer out of her, to no avail and after about 20 seconds of no reply, I decided to leave at approximately 11:30. At no point during our conversation did the lady, presumed to be Megan Cavaliere, ask me to leave and I left freely on my own accord after a total of about 3-5 minutes max of communication, getting no satisfactory response to my question.

One of the duties of the office of the court clerk are to take care of administration requests by the People, who have business to attend to with regards to the court. As such, I was not obstructing the administration of such duties, I was actually asking Ms. Cavaliere to perform her duties as an administrator of the court and/or a Village of Solvay employee, in which case, she failed to perform her duty to take care of customers in a timely and courteous fashion.

I vehemently deny the accusation I obstructed governmental administration in the second degree, PL 195.05.

2. **Allegation for Trespass - NYPL 140.05:** on Wednesday morning, September 22, 2021, approximately 11:15 am, I approached the open to the public building of the Village of Solvay, entering the office of the Solvay Court clerk to take care of some business. There's no sign on the building stating this is PRIVATE PROPERTY and/or NO TRESPASSING. As one of the People, the court clerk's office is a place where the People may lawfully appear to take care of necessary legal matters. At no time was I told to leave the premises, this being private property and I was not allowed to be there by law.

Having said that, as one of the People, I'm lawfully able to use the office of the clerk as necessary and vehemently deny the accusation I committed Trespass, PL 140.05.

2

3. As per my Affidavit of Status, previously filed with this court on July 21, 2021, I am not an employee of, nor a party to the corporate STATE OF NEW YORK by contract or otherwise, thus I, Richard L Sposato, do not fall within the jurisdiction of NEW YORK STATE codes and statutes, as they do not apply to me.

**NOTICE all charges are necessarily VOID, ab initio**, must be dismissed by law, due to want of jurisdiction and/or failure to state a cause of action for which relief may be granted.

**Failure for the above named, Kara J Lasorsa, to respond to this NOTICE**, within (21) twenty one days receipt of this Notice, having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the facts to be as stated above

I certify that the foregoing to the best of my ability is true, correct, complete and not misleading.

September 29, 2021

Respectfully yours,

*Richard L Sposato*

Richard L. Sposato, Suis Juris
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
315-412-1776

Signed: *Bradley Whipple*
Printed Name: *Bradley Whipple*
Date: 09 29 2021
My Commission Expires: 01 22 2023

BRADLEY WHIPPLE
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01WH6386008
COMM. EXP. 01/22/ 2023

3

MATTYDALE
1900 BREMERTON RD
SYRACUSE, NY 13211-9211
(800)275-8777

09/29/2021                              04:35 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.53 |

Syracuse, NY 13209
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Sat 10/02/2021
Certified Mail®                                  $3.75
    Tracking #:
    70210350000120279182
Return Receipt                                   $3.05
    Tracking #:
    9590 9402 6639 1060 2966 44
Total                                            $7.38

| First-Class Mail® Letter | 1 | | $0.58 |
|---|---|---|---|

Syracuse, NY 13209
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Sat 10/02/2021
Certified Mail®                                  $3.75
    Tracking #:
    70210350000120279267
Return Receipt                                   $3.05
    Tracking #:
    9590 9402 6639 1060 2966 68
Total                                            $7.38

| First-Class Mail® Letter | 1 | | $0.58 |
|---|---|---|---|

Syracuse, NY 13209
Weight: 0 lb 0.90 oz
Estimated Delivery Date
Sat 10/02/2021
Certified Mail®                                  $3.75
    Tracking #:
    70210350000120279175
Return Receipt                                   $3.05
    Tracking #:
    9590 9402 6639 1060 2966 37
Total                                            $7.38

Grand Total:                                    $22.14

Credit Card Remitted                            $22.14
    Card Name: VISA
    Account #: XXXXXXXXXXXX7514
    Approval #: 003080

7021 0350 0001 2027 9182

---

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEGAN CAVALIERE
1100 Woods Rd
Solvay, NY 13209

9590 9402 6639 1060 2966 44

2. Article Number (Transfer from service label)
7021 0350 0001 2027 9182

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ 9/30/21    □ Agent
                              □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KARA A LABORSA
1100 Woods Rd
Solvay, NY 13209

9590 9402 6639 1060 2966 68

2. Article Number (Transfer from service label)
7021 0350 0001 2027 9267

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ 9/30/21    □ Agent
                              □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

# NOTICE OF DEFAULT

Village Justice Kara A. LaSorsa,

I, Richard L. Sposato, having properly presented to you, a certified mailed legal document, sent USPS certified mail postmarked September 29, 2021, delivered on September 30, 2021, a NOTICE: Affidavit of Truth, in good faith and accordance with Lawful due process, you had an opportunity to respond within (10) ten days as legally accepted, reasonable time, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within a reasonable, accepted legal time of (10) ten days, constitutes a waiver of your opportunity to rebut and to contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented in said above Affidavit of Truth, certified delivered to you postmarked September 30, 2021.

I, Richard Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.

DATED: 11/5/2021

Respectfully yours,

Richard L. Sposato, sui juris
510 N. Orchard Rd.
Solvay, New York 13209

Signed: _Bradley Whipple_
Printed Name: _Bradley Whipple_
Date: _11/05/2021_
My Commission Expires: _01/22/2023_

BRADLEY WHIPPLE
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01WH6386008
COMM. EXP. 01/22/ 2023

1

## PS Form 3811 (Return Receipt Card)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kara A. LaSorsa
1100 Woods Rd
Solvay, NY 13209

9590 9402 6899 1104 7376 52

2. Article Number (Transfer from service label)

7021 0750 0000 4507 0448

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
11/8/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

## U.S. Postal Service CERTIFIED MAIL RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Syracuse NY 13209   0402

OFFICIAL USE

Certified Mail Fee   $3.75   $2.05

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)   $_____
- ☐ Return Receipt (electronic)   $0.00
- ☐ Certified Mail Restricted Delivery   $0.00
- ☐ Adult Signature Required   $0.00
- ☐ Adult Signature Restricted Delivery   $_____

Postmark Here

Postage   $0.58

Total Postage and Fees   $7.38

Sent To   Kara A. LaSorsa

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015   See Reverse for Instructions

7021 0750 0000 4507 0448

## Payment Receipt

```
              7021095000004507448
Return Receipt                        $3.05
Tracking #:
    9590 9402 6899 1104 7376 52
Total                                 $7.38
------------------------------------------
Grand Total:                          $7.38
------------------------------------------
Credit Card Remitted                  $7.38
    Card Name: VISA
    Account #: XXXXXXXXXXXX7514
    Approval #: 009059
    Transaction #: 283
    AID: A0000000980840    Chip
    AL: US DEBIT
    PIN: Not Required
------------------------------------------

*****************************************
USPS is experiencing unprecedented volume
    increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
    Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest
```

# EXHIBIT 4

# NOTICE OF INTENT - FEE SCHEDULE

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, Richard Louis Sposato, Authorized Representative on behalf of RICHARD SPOSATO, RICHARD L SPOSATO, Richard L. Sposato and RICHARD LOUIS SPOSATO, Ens Legis. I, Richard Louis Sposato, do hereby set forth fees to be instated in any business dealing with RICHARD SPOSATO, RICHARD L. SPOSATO, Richard L Sposato and RICHARD LOUIS SPOSATO, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Richard Louis Sposato, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Richard Louis Sposato ©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

*Richard-Louis: Sposato, beneficiary*

Richard-Louis: Sposato, beneficiary, suis juris
Secured Party Lien Creditor, Authorized Representative for
RICHARD LOUIS SPOSATO, Ens Legis
**Without Prejudice**

## Witness and Acknowledgement

New York State
Onondaga County

A living man affirmed before me, a Recording Secretary/Notary, on this __12__ day of October, 2022, that Richard Louis Sposato, personally appeared and known to me to be the woman whose name is referenced within the instrument and acknowledged to be the same.

Signed: _____

Printed Name: _Gregory C. Virginia_

Date: _10/12/22_

My Commission Expires: _3/19/2023_

GREGORY C VIRGINIA
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01VI6162774
COMM. EXP. Mar. 19, 2023

## Private Easements Schedule
     Penalty for Private Use                                 $250,000

## Public Easements Schedule
Penalty for Public Use                                $250,000
These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials**:

| | |
|---|---|
| a. Name | $50,000 |
| b. Drivers License Number | $50,000 |
| c. Social Security Number | $100,000 |
| d. Retinal Scans | $5,000,000 |
| e. Fingerprinting | $200,000 |
| f. Photographing | $ 200,000 |
| g. DNA | $ 5,000,000 |
|     1. Mouth swab | $ 5,000,000 |
|     2. Blood samples | $ 5,000,000 |
|     3. Urine samples | $ 5,000,000 |
|     4. Breathalyzer testing | $ 5,000,000 |
|     5. Hair samples | $ 5,000,000 |
|     6. Skin samples | $ 5,000,000 |
|     7. Clothing samples | $ 5,000,000 |
|     8. Forced giving of fluids/samples | $ 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | |
|---|---|
| a. Citations | $60,000 |
| b. Warning issued on Paper Ticket | $25,000 |

**Appearance in court because of traffic citations:**

| | |
|---|---|
| a. Time in court | $75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | |
|---|---|
| a. Agency by Estoppel | $50,000 |
| b. Color of Law | $150,000 |
| c. Implied Color of Law | $ 150,000. |
| d. Criminal Coercion | $500,000 |
| e. Criminal Contempt of court | $ 500,000 |
| f. Estoppel by Election | $ 350,000 |
| g. Estoppel by Laches | $ 350,000 |
| h. Equitable Estoppel | $ 500,000 |
| i. Fraud | $ 1,000,000 |
| j. Fraud upon the court | $ 2,000,000 |
| k. Larceny | $ 250,000 |
| l. Grand Larceny | $ 250,000 |
| m. Larceny by Extortion | $ 1,000,000 |
| n. Larceny by Trick | $ 1,000,000 |
| o. Obstruction of Justice | $ 100,000 |
| p. Obtaining Property by False Pretenses | $ 1,000,000 |

| q. Simulating Legal Process | $ 1,000,000 |
| r. Vexatious Litigation | $5,000,000 |
| s. Trespass upon Motor Conveyance | $100,000 |
| t. Unauthorized Relocation of Motor Conveyance | $100,000 |
| u. Seizure of Motor Conveyance | $ 100,000 |
| v. Theft of License Plate | $ 10,000 |
| w. Unlawful Lien on Motor Conveyance | $ 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| a. | Name written by the informant | $250,000 |
| b. | Drivers License written by informant | $ 150,000 |
| c. | Social Security Number written by informant | $ 150,000 |
| d. | Miscellaneous Material written by informant | $ 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| a. | Financial Information | $ 100,000 |
| b. | Property inside of motor vehicle | $ 150,000 |

**Time Usage for traffic stops:**

| a. | 30 minutes | $ 5,000/30 minutes min |
| b. | 60 minutes | $ 10,000 |
| c. | 90 minutes | $ 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

| 1. | My Appearance | | |
| | a. | under protest and duress: | $ 75,000/hour |
| | b. | Voluntarily | $ 10,000/hour |

**Use of trade name material**

| 1. | Name | | |
| | a. | under protest and duress: | $25,000 |
| | b. | Voluntarily | $ 10,000 |
| 2. | Drivers License | | |
| | a. | under protest and duress: | $ 25,000 |
| | b. | Voluntarily | $10,000 |
| 3. | Social Security Number | | |
| | a. | under protest and duress: | $25,000 |
| | b. | Voluntarily | $ 10,000 |
| | c. | Miscellaneous Material | $ 25,000 |
| 4. | Produce any personal information for any kind of business interaction: | | |
| | a. | Financial Information | $ 10,000 |
| | b. | Drivers License | $ 10,000 |
| | c. | Social Security Number | $ 250,000 |
| | d. | Any documents produced by me | $ 10,000 per document |

**Time usage for court appearances:**

1. 30 minutes
   a.      Under Protest and Duress       $ 33,500
   b.      Voluntarily       $ 10,000
2. 60 minutes
   a.      Under Protest and Duress       $ 75,000
   d.      Voluntarily       $ 20,000
3. 90 minutes or more
   a.      Under Protest and Duress       $ 100,500
   b.      Voluntarily       $ 30,000

## Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a. | Failure to honor God Given Rights | $20,000 |
| b. | Failure to honor Oath of Office | $50,000 |
| c. | Failure to honor Constitutional Oath | $50,000 |
| d. | Failure to honor Written and/or Oral Word | $5,000 |
| e. | Silence/Dishonor/Default | $ 5,000 |
| f. | Failure to honor /No Bond | $ 5,000 |
| g. | Phone call to telephone number used by Secured Party including from alleged debt collectors | $5,000each |
| h. | Telephone message left on Secured Party phone Service or equipment | $ 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| j. | Time Waiting for Scheduled Service | $ 1,000 Minimum or per hour |
| k. | Detention from Free Movement and/or cuffed | $75,000 Minimum or per hour |
| l. | Incarceration | $ 75,000 Minimum or per hour |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $25,0000 |
| o. | Failure to Present a Living Injured Party | $100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $100,000* |
| r. | Default By Non Response or Incomplete Response | $100,000* |
| s. | Fraud | $1,000,000* |
| t. | Racketeering | $1,000,000* |
| u. | Theft of Public Funds | $1,000,000* |
| v. | Dishonor in Commerce | $1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $1,000,000** |
| x. | Perverting of Justice Judgment | $ 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $50,000 Each |
| z. | Forcing psychiatric evaluations | $ 500,000 per day |
| aa. | Refusal to provide adequate and proper nutrition while incarcerated | $ 50,000 per day |

| | | |
|---|---|---|
| bb. | Refusal to provide proper exercise while Incarcerated | $50,000 per day |
| cc. | Refusal to provide proper dental care while Incarcerated | $50,000 per day |
| dd. | Forced giving of body fluids | $ 5,000,000 per day |
| ee. | Forced injections/inoculations, vaccines | $ 5,000,000 per day |
| ff. | Forced separation from marriage contract | $ 160,000 per day |
| gg. | Confiscation/kidnapping of a body not a US Citizen | $ 1,600,000 per day |
| hh. | Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ 1,600,000 per day |
| ii. | Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and/or Forgery by any agent, entity or corporation | $ 6,000,000 per count or charge |
| jj. | Attempted extortion of signature | $ 6,000,000 per count or charge |
| kk. | Attempted forgery of signature | $ 6,000,000 per count or charge |

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

## Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping) $50,0000

## Services to others and/or Corporation(s):
| | | |
|---|---|---|
| a. | Studying | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| b. | Analyzing | $500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| c. | Research | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| d. | Preparing Documents | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| e. | Answering Questions | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| f. | Providing Information | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |

**If invoiced, payment is due 15 days after receipt date.**
**Make all payments to: Richard Louis Sposato, c/o 510 N. Orchard Rd., Solvay, New York [13209]**

# EXHIBIT 30.20

# NOTICE OF DEFAULT

STATE OF NEW YORK     )

COUNTY OF ONONDAGA  )

Salina Town Court
c/o Paul G. Carey
201 School Rd.
Liverpool, NY 13088

Jed,

I, Richard-Louis: Sposato, beneficiary,  of the Cestui que Trust RICHARD L SPOSATO and/or
RICHARD LOUIS SPOSATO, a man, having presented to you, sent 10/13/2022 via USPS
Priority Mail, tracking #9505510845132286513027, received at the stated address of your
workplace at 10:22 am on October 14, 2022, an Affidavit of Truth - Demand For Lawful
Authority and Jurisdiction. In good faith and accordance with Lawful due process, you had an
opportunity to respond within (10) ten days as lawfully accepted, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it)
ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever,
can abrogate anyone's affidavit of truth; and

 b) Only a party affected by an affidavit can speak and act for himself and is solely responsible
for responding with his/her own affidavit of truth, which no one else can do for him/her.

Your willful failure to respond within the reasonable, lawful time offered, constitutes a waiver of
your opportunity to rebut and contest the statements within said document. Furthermore, your
failure to rebut, constitutes authorization for the courts to find the facts to be as claimed.

As a result of your acquiescence, for failure to rebut my Notice of Demand For Your Lawful
Authority, your consent is given to me for pursuance of a default judgment against you, for
damages you have caused me, outlined in my Fee Schedule listed as EXHIBIT 4 in the
aforementioned Affidavit of Truth received by you, as notice to agent is notice to principle and
notice to principal is notice to agent, as well as punitive damages, criminal charges and/or issue a

lien against you personally, for me to collect monies owed to me, pursuant to the amount stated in the Fee Schedule.

I, Richard-Louis: Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.

DATED: 10/27/2022

Respectfully yours, all rights reserved.

Richard-Louis: Sposato, beneficiary
Sui juris, in propria persona
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
315-412-1776

Signed: _Sandra L Hallihan_
Printed Name: _Sandra J Hallihan_
Date: _10/27/2022_
My Commission Expires: _May 27, 2026_

SANDRA J HALLIHAN
Lic. #4660169
Notary Public-State of New York
Qualified in Onondaga County
My Commission Expires MAY 27, 20 26

2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Syracuse                                    0402
                                            22
Certified Mail Fee    $4.00
$                          $3.25
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00      Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage           $0.60                    DeRault
$                                          10/27/2022
Total Postage and Fees                     NB
$                    $7.85
Sent To      Jed Hudson
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 1970 0000 5596 7449

```
Tracking #:
     70211970000055967449          $3.25
   Return Receipt
      Tracking #:
        9590 9402 6438 0346 0518 88
                                      $7.85
Total
-----------------------------------------
                                      $7.85
Grand Total:
-----------------------------------------
                                      $7.85
Credit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXX7514
    Approval #: 044087
    Transaction #: 610
    ATD: A0000000980840          Chip
```

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ONONDAGA County DA Office
Jed Hudson
505 S. State St. 4TH Floor
Syracuse, NY 13202

9590 9402 6438 0346 0518 88

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Melissa Lilley          ☐ Agent
                          ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT 31.10

## OCTOBER 28, 2022

## NOTICE BENCH TRIAL SET FOR 11/18/2022

31.10 PAUL G. CAREY

# EXHIBIT 31.10

# Salina Town Court
## 201 School Road #116
## Liverpool, NY  13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

October 28, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

*People of the State of New York versus:*

| | |
|---|---|
| Richard L. Sposato | Case No: 21100113 |
| 510 N. Orchard Road | DOB: ███/1961 |
| Solvay, NY 13209 | REF: NYSP-D |

| TicketNo. | Officer | Statute/Section | Charge Text |
|---|---|---|---|
| | WATSON, MARK | PL 195.05 | OBS GOVT ADMN 2 |
| P162D6GQTH | WATSON, MARK | VTL 1198 9D | INTERLOCK VIOL |
| P162D6GQKP | WATSON, MARK | VTL 0511 01A | AGG UNLIC OPER3 |
| P162D6GT83 | WATSON, MARK | VTL 0319 01U | INSURANCE VIOL |
| P162D6GQRP | WATSON, MARK | VTL 0509 01 | UNLIC DRIVER |
| P162D6GQFX | WATSON, MARK | VTL 0401 01A | REGISTRATN VIO |
| P162D6GNSG | WATSON, MARK | VTL 1172 0A | STOP SIGN VIOL |
| P162D6GQX3 | WATSON, MARK | VTL 1229-C 03 | SEAT BELT VIO |

**Next Date: 11/18/2022    Time: 09:00AM**

Re:  BENCH TRIAL NOTICE

The above referenced case is scheduled for a Bench Trial at the
above date and time.

The District Attorney has been notified.

Very truly yours,

*Paul G Carey*

Hon. Paul G. Carey
Town Justice

CC:

# Salina Town Court
# 201 School Road #116
# Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

October 28, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

*People of the State of New York versus:*

| Richard L. Sposato | Case No: 21100126 |
| 510 N. Orchard Road | DOB: ████1961 |
| Solvay, NY 13209 | REF: 21349466 |

| TicketNo. | Officer | Statute/Section | Charge Text |
|---|---|---|---|
| | Ryan, Matt | PL 195.05 | OBS GOVT ADMN 2 |
| | Ryan, Matt | PL 205.30 | RESIST ARREST |
| SV12D8QX53 | Ryan, Matt | VTL 0511 2AA | UNLIC OPERATION |
| SV12D8QXDG | Ryan, Matt | VTL 1198 9D | INTERLOCK VIOL |
| SV12D8QXP9 | Ryan, Matt | VTL 1120 0A | FAIL KEEP RIGHT |
| SV12D8QXGT | Ryan, Matt | VTL 0319 01U | INSURANCE VIOL |
| SV12D8QXZL | Ryan, Matt | VTL 1102 | FAIL COMP ORDER |
| SV12D8QXK7 | Ryan, Matt | VTL 1180 0D | Speeding 40/30 |
| SV12D8QXFV | Ryan, Matt | VTL 0401 01A | REGISTRATN VIO |
| SV12D8QXM3 | Ryan, Matt | VTL 1163 0B | TURN SIGNAL VIO |
| SV12D8QXJ6 | Ryan, Matt | VTL 0306 B | NO INSP CERT |
| SV12D8QXSJ | Ryan, Matt | VTL 0375 2A1 | VIOL-LIGHTS |

**Next Date: 11/18/2022        Time: 09:00AM**

Re:   BENCH TRIAL NOTICE

The above referenced case is scheduled for a Bench Trial at the
above date and time.

The District Attorney has been notified.

Very truly yours,

Hon. Paul G. Carey
Town Justice

# Salina Town Court
## 201 School Road #116
## Liverpool, NY  13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

October 28, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

*People of the State of New York versus:*

Richard L. Sposato           Case No: 22050031
510 N. Orchard Road          DOB: ████/1961
Solvay, NY 13209

| TicketNo. | Officer | Statute/Section | Charge Text |
|-----------|---------|-----------------|-------------|
| 3552F7TFSH | Lynch, B | VTL 0511 02A2 | UNLIC OPERATION |
| 3552F7TGBT | Lynch, B | VTL 1163 0D | TURN SIGNAL VIO |
| 3552F7TGLS | Lynch, B | VTL 1163 0A | TURN SIGNAL VIO |
| 3552F7TG8G | Lynch, B | VTL 0401 01A | REGISTRATN VIO |
| 3552F7TG69 | Lynch, B | VTL 0306 B | NO INSP CERT |
| 3552F7TGPF | Lynch, B | VTL 1172 0A | STOP SIGN VIOL |
| 3552F7TGGN | Lynch, B | VTL 1163 0D | TURN SIGNAL VIO |

**Next Date: 11/18/2022     Time: 09:00AM**

Re:  BENCH TRIAL NOTICE

The above referenced case is scheduled for a Bench Trial at the
above date and time.

The District Attorney has been notified.

Very truly yours,

*Paul G Carey*

Hon. Paul G. Carey
Town Justice

CC: al : 2022

# EXHIBITS 32.10 & 32.20

## OCTOBER 31, 2022 & NOVEMBER 14, 2022

AFFIDAVIT BENCH TRIAL NOT ACCEPTED, NOTICE
ALL CHARGES VOID, NOTICE OF FEE SCHEDULE,

NOTICE OF DEFAULT

32.10 PAUL G. CAREY & JED HUDSON ADA

30.20 PAUL G. CAREY & JED HUDSON ADA

# EXHIBIT 32.10

# NOTICE: AFFIDAVIT OF TRUTH
## BENCH TRIAL OFFER NOT ACCEPTED
## ALL CHARGES VOID FOR LACK OF JURISDICTION
## NOTICE OF FEE SCHEDULE

Paul G. Carey
201 School Rd.
Liverpool, NY 13088

OCT 3 1 2022

ADA Jed Hudson
505 S. State St.
Syracuse, NY 13202

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dear Paul & Jed,

I Richard-Louis: Sposato, a man, of competent mind, beneficiary and Grantor, of the Cestui que Trust, not the trust, number 058627925, titled RICHARD L SPOSATO and/or RICHARD LOUIS SPOSATO, do hereby proclaim;

That, I did not waive my rights to a trial by jury, I do not authorize a bench trial, your offer is vehemently rejected. (see Attachment 1)

2) That, as stated previously in court, which is now on the record, if a trial is deemed proper, a trial by jury is demanded.

That, no proof of jurisdiction has been put upon the record, establishing jurisdiction of this court to proceed with regards to me, a man.

That, based on the FACTS of these frivolous cases, enumerated in your BENCH TRIAL NOTICE's, ALL charges are necessarily VOID, ab initio.

That, you, Paul G. Carey, have no jurisdiction with regards to me, Richard-Louis: Sposato, a.k.a. Richard L. Sposato.

6) That, you Paul G. Carey have violated me, including, but not limited to my Right to Due Process, Conspiracy, Extortion, Mail Fraud, Securities Fraud, etc..., thus have damaged me.

7) That, this gives notice of my FEE SCHEDULE, which is subject to change without notice. (see Attachment 2)

That, due to this courts lack of jurisdiction, all charges are VOID, by law, thus, I am not required, by law, to show up to your unlawful BENCH TRIAL, supposedly set for November 18, 2022 at 9:00 am.

**Failure for the above named to respond and rebut these claims**, within three (3) days receipt of this Notice, unless notified of needing more time, which will be reasonably granted, having the opportunity to rebut the stated claims herein, by acquiescence, will allow for the above claims of facts to be, as stated.

I, Richard-Louis: Sposato, a man, of competent mind, beneficiary of the aforementioned Cestui que Trust, Sui Juris, does declare that I have scribed and read the foregoing facts, and in accordance with the best of my firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God and everybody who reads this document as witnesses, pursuant to your rules of evidence.

Dated: 10/31/2022

OCT 3 1 2022

Respectfully yours, All Rights Reserved

Richard-Louis: Sposato, beneficiary and sui juris
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
315-412-1776

Signed: _Bradley Whipple_
Printed Name: _Bradley Whipple_
Date: _10/31/2022_
My Commission Expires: _01/22/2023_

BRADLEY WHIPPLE
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01WH6386008
COMM. EXP. 01/22/ 2023

# ATTACHMENT 1



OCT 3 1 2022

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

October 28, 2022

OCT 3 1 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

*People of the State of New York versus:*
Richard L. Sposato     Case No: 21100113
510 N. Orchard Road     DOB: ████/1961
Solvay, NY 13209     REF: NYSP-D

| TicketNo. | Officer | Statute/Section | Charge Text |
|---|---|---|---|
| | WATSON, MARK | PL 195.05 | OBS GOVT ADMN 2 |
| P162D6GQTH | WATSON, MARK | VTL 1198 9D | INTERLOCK VIOL |
| P162D6GQKF | WATSON, MARK | VTL 0511 01A | AGG UNLIC OPER3 |
| P162D6GT83 | WATSON, MARK | VTL 0319 01U | INSURANCE VIOL |
| P162D6GQRP | WATSON, MARK | VTL 0509 01 | UNLIC DRIVER |
| P162D6GQFX | WATSON, MARK | VTL 0401 01A | REGISTRATN VIO |
| P162D6GNSG | WATSON, MARK | VTL 1172 0A | STOP SIGN VIOL |
| P162D6GQX3 | WATSON, MARK | VTL 1229-C 03 | SEAT BELT VIO |

**Next Date: 11/18/2022     Time: 09:00AM**

Re: BENCH TRIAL NOTICE

The above referenced case is scheduled for a Bench Trial at the above date and time.

The District Attorney has been notified.

Very truly yours,

*Paul G. Carey*

Hon. Paul G. Carey
Town Justice

CC:

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

October 28, 2022

OCT 31 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

*People of the State of New York versus:*
Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

Case No. 21100126
DOB: /1961
REF# 01349466

| TicketNo. | Officer | Statute/Section | Charge Text |
|-----------|---------|-----------------|-------------|
| | Ryan, Matt | PL 195.05 | OBS GOVT ADMN 2 |
| | Ryan, Matt | PL 205.30 | RESIST ARREST |
| SV12D8QX53 | Ryan, Matt | VTL 0511 2AA | UNLIC OPERATION |
| SV12D8QXDG | Ryan, Matt | VTL 1198 9D | INTERLOCK VIOL |
| SV12D8QXP9 | Ryan, Matt | VTL 1120 0A | FAIL KEEP RIGHT |
| SV12D8QXGT | Ryan, Matt | VTL 0319 01 | INSURANCE VIOL |
| SV12D8QXZL | Ryan, Matt | VTL 1102 | FAIL COMP ORDER |
| SV12D8QXK7 | Ryan, Matt | VTL 1180 0D | Speeding 40/30 |
| SV12D8QXFV | Ryan, Matt | VTL 0401 01A | REGISTRATN VIO |
| SV12D8QXM3 | Ryan, Matt | VTL 1163 0B | TURN SIGNAL VIO |
| SV12D8QXJ6 | Ryan, Matt | VTL 0306 B | NO INSP CERT |
| SV12D8QXSJ | Ryan, Matt | VTL 0375 2A | VIOL-LIGHTS |

**Next Date:** 11/18/2022   **Time: 09:00AM**

Re:   BENCH TRIAL NOTICE

The above referenced case is scheduled for a Bench Trial at the above date and time.

The District Attorney has been notified.

Very truly yours,

*Carey*

Hon. Paul G. Carey
Town Justice

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

OCT 31 2022

October 28, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

*People of the State of New York versus*
Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

Case No: 22050031
DOB: ███████/1961

| TicketNo. | Officer | Statute/Section | Charge Text |
|-----------|---------|-----------------|-------------|
| 3552F7TFSH | Lynch, B | VTL 0511 02A2 | UNLIC OPERATION |
| 3552F7TGBT | Lynch, B | VTL 1163 0D | TURN SIGNAL VIO |
| 3552F7TGLS | Lynch, B | VTL 1163 0A | TURN SIGNAL VIO |
| 3552F7TG8G | Lynch, B | VTL 0401 01A | REGISTRATN VIO |
| 3552F7TG69 | Lynch, B | VTL 0306 B | NO INSP CERT |
| 3552F7TGPF | Lynch, B | VTL 1172 0A | STOP SIGN VIOL |
| 3552F7TGGN | Lynch, B | VTL 1163 0D | TURN SIGNAL VIO |

**Next Date: 11/18/2022  Time: 09:00AM**

Re: BENCH TRIAL NOTICE

The above referenced case is scheduled for a Bench Trial at the above date and time.

The District Attorney has been notified.

Very truly yours,

*Paul G Carey*

Hon. Paul G. Carey
Town Justice

# ATTACHMENT 2



OCT 3 1 2022

# NOTICE OF INTENT - FEE SCHEDULE



OCT 3 1 2022

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, Richard Louis Sposato, Authorized Representative on behalf of RICHARD SPOSATO, RICHARD L SPOSATO, Richard L. Sposato and RICHARD LOUIS SPOSATO, Ens Legis. I, Richard Louis Sposato, do hereby set forth fees to be instated in any business dealing with RICHARD SPOSATO, RICHARD L. SPOSATO, Richard L Sposato and RICHARD LOUIS SPOSATO, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Richard Louis Sposato, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Richard Louis Sposato ©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

Richard-Louis: Sposato, beneficiary, suis juris
Secured Party Lien Creditor, Authorized Representative for
RICHARD LOUIS SPOSATO, Ens Legis
**Without Prejudice**

### Witness and Acknowledgement

New York State
Onondaga County

A living man affirmed before me, a Recording Secretary/Notary, on this ____12____ day of October, 2022, that Richard Louis Sposato, personally appeared and known to me to be the woman whose name is referenced within the instrument and acknowledged to be the same.

Signed: _____

Printed Name: Gregory C. Virginia

Date: 10/12/22

My Commission Expires: 3/19/2023

GREGORY C VIRGINIA
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01VI6162774
COMM. EXP. Mar. 19, 2023

Page 1/5

## Private Easements Schedule
Penalty for Private Use                                      $250,000   OCT 3 1 2022

## Public Easements Schedule
Penalty for Public Use                                       $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**
|   |   |   |
|---|---|---|
| a. | Name | $50,000 |
| b. | Drivers License Number | $50,000 |
| c. | Social Security Number | $100,000 |
| d. | Retinal Scans | $5,000,000 |
| e. | Fingerprinting | $200,000 |
| f. | Photographing | $200,000 |
| g. | DNA | $5,000,000 |
|   | 1. Mouth swab | $5,000,000 |
|   | 2. Blood samples | $5,000,000 |
|   | 3. Urine samples | $5,000,000 |
|   | 4. Breathalyzer testing | $5,000,000 |
|   | 5. Hair samples | $5,000,000 |
|   | 6. Skin samples | $5,000,000 |
|   | 7. Clothing samples | $5,000,000 |
|   | 8. Forced giving of fluids/samples | $5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**
|   |   |   |
|---|---|---|
| a. | Citations | $60,000 |
| b. | Warning issued on Paper Ticket | $25,000 |

**Appearance in court because of traffic citations:**
|   |   |   |
|---|---|---|
| a. | Time in court | $75,000/hr with 1 hour min. |
| b. | If Fine is imposed | $500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**
|   |   |
|---|---|
| a. Agency by Estoppel | $50,000 |
| b. Color of Law | $150,000 |
| c. Implied Color of Law | $150,000. |
| d. Criminal Coercion | $500,000 |
| e. Criminal Contempt of court | $500,000 |
| f. Estoppel by Election | $350,000 |
| g. Estoppel by Laches | $350,000 |
| h. Equitable Estoppel | $500,000 |
| i. Fraud | $1,000,000 |
| j. Fraud upon the court | $2,000,000 |
| k. Larceny | $250,000 |
| l. Grand Larceny | $250,000 |
| m. Larceny by Extortion | $1,000,000 |
| n. Larceny by Trick | $1,000,000 |
| o. Obstruction of Justice | $100,000 |
| p. Obtaining Property by False Pretenses | $1,000,000 |

| | | |
|---|---|---|
| q. Simulating Legal Process | $ 1,000,000 | |
| r. Vexatious Litigation | $5,000,000 | |
| s. Trespass upon Motor Conveyance | $100,000 | |
| t. Unauthorized Relocation of Motor Conveyance | $100,000 | |
| u. Seizure of Motor Conveyance | $ 100,000 | |
| v. Theft of License Plate | $ 10,000 | |
| w. Unlawful Lien on Motor Conveyance | $ 50,000 | |



OCT 3 1 2022

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| a. | Name written by the informant | $250,000 |
| b. | Drivers License written by informant | $ 150,000 |
| c. | Social Security Number written by informant | $ 150,000 |
| d. | Miscellaneous Material written by informant | $ 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | |
|---|---|---|
| a. | Financial Information | $ 100,000 |
| b. | Property inside of motor vehicle | $ 150,000 |

**Time Usage for traffic stops:**

| | | |
|---|---|---|
| a. | 30 minutes | $ 5,000/30 minutes min |
| b. | 60 minutes | $ 10,000 |
| c. | 90 minutes | $ 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

| | | | |
|---|---|---|---|
| 1. | My Appearance | | |
| | a. | under protest and duress: | $ 75,000/hour |
| | b. | Voluntarily | $ 10,000/hour |

**Use of trade name material**

| | | | |
|---|---|---|---|
| 1. | Name | | |
| | a. | under protest and duress: | $25,000 |
| | b. | Voluntarily | $ 10,000 |
| 2. | Drivers License | | |
| | a. | under protest and duress: | $ 25,000 |
| | b. | Voluntarily | $10,000 |
| 3. | Social Security Number | | |
| | a. | under protest and duress: | $25,000 |
| | b. | Voluntarily | $ 10,000 |
| | c. | Miscellaneous Material | $ 25,000 |
| 4. | Produce any personal information for any kind of business interaction: | | |
| | a. | Financial Information | $ 10,000 |
| | b. | Drivers License | $ 10,000 |
| | c. | Social Security Number | $ 250,000 |
| | d. | Any documents produced by me | $ 10,000 per document |

**Time usage for court appearances:**

1. 30 minutes
   a.     Under Protest and Duress      $ 33,500
   b.     Voluntarily      $ 10,000
2. 60 minutes
   a.     Under Protest and Duress      $ 75,000
   d.     Voluntarily      $ 20,000
3. 90 minutes or more
   a.     Under Protest and Duress      $ 100,500
   b.     Voluntarily      $ 30,000

 OCT 3 1 2022

## Trespass-Fee Schedule

Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s) and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a. | Failure to honor God Given Rights | $20,000 |
| b. | Failure to honor Oath of Office | $50,000 |
| c. | Failure to honor Constitutional Oath | $50,000 |
| d. | Failure to honor Written and/or Oral Word | $5,000 |
| e. | Silence/Dishonor/Default | $ 5,000 |
| f. | Failure to honor /No Bond | $ 5,000 |
| g. | Phone call to telephone number used by Secured Party including from alleged debt collectors | $5,000 each |
| h. | Telephone message left on Secured Party phone Service or equipment | $ 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| j. | Time Waiting for Scheduled Service | $ 1,000 Minimum or per hour |
| k. | Detention from Free Movement and/or cuffed | $75,000 Minimum or per hour |
| l. | Incarceration | $ 75,000 Minimum or per hour |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $25,0000 |
| o. | Failure to Present a Living Injured Party | $100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $100,000* |
| r. | Default By Non Response or Incomplete Response | $100,000* |
| s. | Fraud | $1,000,000* |
| t. | Racketeering | $1,000,000* |
| u. | Theft of Public Funds | $1,000,000* |
| v. | Dishonor in Commerce | $1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $1,000,000** |
| x. | Perverting of Justice Judgment | $ 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $50,000 Each |
| z. | Forcing psychiatric evaluations | $ 500,000 per day |
| aa. | Refusal to provide adequate and proper nutrition while incarcerated | $ 50,000 per day |

| bb. | Refusal to provide proper exercise while Incarcerated | $50,000 per day |
| cc. | Refusal to provide proper dental care while Incarcerated | $50,000 per day |
| dd. | Forced giving of body fluids | $ 5,000,000 per day |
| ee. | Forced injections/inoculations, vaccines | $ 5,000,000 per day |
| ff. | Forced separation from marriage contract | $ 160,000 per day |
| gg. | Confiscation/kidnapping of a body not a US Citizen | $ 1,600,000 per day |
| hh. | Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ 1,600,000 per day |
| ii. | Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and/or Forgery by any agent, entity or corporation | $ 6,000,000 per count or charge |
| jj. | Attempted extortion of signature | $ 6,000,000 per count or charge |
| kk. | Attempted forgery of signature | $ 6,000,000 per count or charge |

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

## Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping) $50,0000

## Services to others and/or Corporation(s):
| a. | Studying | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| b. | Analyzing | $500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| c. | Research | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| d. | Preparing Documents | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| e. | Answering Questions | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| f. | Providing Information | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |

**If invoiced, payment is due 15 days after receipt date.**
**Make all payments to: Richard Louis Sposato, c/o 510 N. Orchard Rd., Solvay, New York [13209]**

OCT 3 1 2022

# EXHIBIT 32.20

# NOTICE OF DEFAULT

STATE OF NEW YORK        )

RECEIVED
HON. PAUL G. CAREY

NOV. 1 4 2022

COUNTY OF ONONDAGA   )

Salina Town Court
c/o Paul G. Carey
201 School Rd.
Liverpool, NY 13088

Onondaga County District Attorney
ADA Jed Hudson
505 S. State St.
Syracuse, NY 13202

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Paul G. Carey & Jed Hudson,

I, Richard-Louis: Sposato, beneficiary, of the Cestui que Trust RICHARD L SPOSATO and/or RICHARD LOUIS SPOSATO, a man, having properly presented to you, filed with the court clerk on 10/31/22 an Affidavit of Truth - Bench Trial Offer Not Accepted - All Charges Void For Lack Of Jurisdiction - Notice Of Fee Schedule, in good faith and accordance with Lawful due process, you had an opportunity to respond within (3) three days as lawfully accepted, which you are now in default.

**Notice - Commercial processes (including said Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:**

a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his/her own affidavit of truth, which no one else can do for him/her.

c) "Truth is expressed in the form of an affidavit", "An unrebutted affidavit stands as truth in commerce", "An unrebutted affidavit becomes the Judgment in commerce", "Nihil possumus contra veritatem: We can do nothing against the truth, Doct. & Stu. Dial. 2, c. 6".

1



Your willful failure to respond within a reasonable, accepted lawful time, constitutes a waiver of your opportunity to rebut and contest the statements within said document. Furthermore, your failure to rebut, constitutes authorization for the courts to find the facts to be as presented.

Further, as a result of your acquiescence, for failure to rebut my Affidavit of Truth - Bench Trial Offer Not Accepted - All Charges Void For Lack Of Jurisdiction - Notice Of Fee Schedule, your consent is given to me for pursuance of a default judgment against you, for civil damages you have caused me, as well as punitive damages, criminal charges and/or issue a lien against you personally, for me to collect monies owed to me, pursuant to the amount stated in the Notice Of Liability filed with the Town of Salina and/or any other Notices of Claim, or Liability For Damages, subject to change without notice.

I, Richard-Louis: Sposato, have personal knowledge of the above facts, I am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.


All Rights Reserved.

DATED: 11/14/2022


Respectfully yours, without prejudice

Richard: Louis: Sposato, beneficiary
Sui juris, in propria persona
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
315-412-1776

Signed: _Bradley Whipple_
Printed Name: _Brad Whipple_
Date: _11/14/2022_
My Commission Expires: _01/22/2023_

BRADLEY WHIPPLE
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA
LIC. #01WH6386008
COMM. EXP. 01/22/ 2023

# EXHIBITS 34.10 - 34.11

## DECEMBER 10 & DECEMBER 16, 2022

SOLVAY POLICE DA HOLD ON PROPERTY SHEET

ONONDAGA COUNTY DA PROPERTY RELEASE FORM

34.10 SOLVAY POLICE DEPARTMENT

34.11 JEFFREY D. ALBERT

# EXHIBIT 34.10



# SOLVAY POLICE DEPARTMENT

*INVENTORY REPORT - VEHICLE IMPOUND / STORAGE*

ORI - NY0332600

LOCATION CODE - 3426

Release Status: **HOLD FOR POLICE / DA RELEASE \*\***

| DATE | TIME | LOCATION | DR# |
|---|---|---|---|
| 12/10/2022 | 18:45 Hrs. | 100 BLK MYRTLE | 22-600830 |

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| 2008 | HONDA | ACCORD | 4DSD | MAROON |

| STATE | PLATE # | VIN # | EXPIRATION |
|---|---|---|---|
| NY | | 1HGCP36808A012521 | / /20 |

## REGISTERED OWNER

NAME: SPOSATO, RICHARD

ADDRESS: 510 N. ORCHARD ROAD

SOLVAY, NY 13209

R/O NOTIFIED: ☐ YES ☐ NO

## TOW COMPANY

Advanced Recovery of NY  (315) 478-7376

## INVENTORY CHECK LIST

| YES | NO | | YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | WRECKED | ☒ | ☐ | BATTERY | ☐ | ☐ | AM/FM RADIO | ☐ | ☐ | MIRRORS # |
| ☐ | ☒ | BURNED | ☒ | ☐ | HEAD/TAIL LIGHTS | ☐ | ☐ | CD PLAYER | ☐ | ☐ | SPARE TIRE |
| ☒ | ☐ | ENGINE | ☐ | ☒ | ENG PTS MISSING | ☐ | ☐ | AUX SND SYS | ☐ | ☐ | CAR JACK |
| ☒ | ☐ | TRANSMISSION | ☐ | ☒ | BDY PTS MISSING | ☐ | ☐ | TAPES/CD's | ☒ | ☐ | WINDSHIELD |
| ☐ | ☒ | MANUAL | ☒ | ☐ | FRONT BUMPER | ☐ | ☐ | WHEELS # 4 | ☐ | ☒ | BKN WINDOWS |
| ☒ | ☐ | AUTOMATIC | ☒ | ☐ | REAR BUMPER | ☐ | ☐ | TIRES # 4 | ☐ | ☒ | CHILD SEAT # |
| ☒ | ☐ | KEYS W/VEH | ☐ | ☒ | TOOLS | ☐ | ☐ | HUB CAP # | | | |

**OTHER PROPERTY/ITEMS:**

Documents on passenger seat.

**NARRATIVE:**

Driver arrested for forged affixed plates. (PR1V4T3). Vehicle unregisted/insured/inspected. Driver AUO2nd and has no interlook device in vehicle per requirements.

| REPORTING OFFICER | SHIELD | SUPERVISOR SIGNATURE | DATE |
|---|---|---|---|
| | 0020 | | |

COPIES TO: VEH OPERATOR / TOW OPERATOR / CASE FOLDER

\* - OK to release - The tow company may release the vehicle to the registered owner listed above provided they have a valid drivers license or bring a third party to operate the vehicle that has a valid drivers license. The vehicle must also have a valid registration and insurance to be released OR it must be towed from the lot.

\*\* - Hold for Police/DA release - The vehicle is being HELD for investigative purposes or was used in a crime and the tow company MUST hold the vehicle until it's release is approved by the Solvay Police Department and/or the Onondaga County District Attorney's Office. Tow company must obtain approval from the Solvay Police Department prior to releasing the vehicle.

# EXHIBIT 34.11

LASE



## APPLICATION FOR RELEASE OF PROPERTY

Section I: IF YOU ARE THE PROPERTY OWNER YOU MUST COMPLETE SECTION I AND SIGN BELOW UNDER "AFFIRMED UNDER PENALTY OF PERJURY"

Name of Person Seeking Release of Property: *Richard-Louis: Sposato*

Address: *c/o 510 N. Orchard Rd., Solvay, New York [13209]*

Home/Cell Phone #: *315-412-1776*  Case DR#: *22-600830*  Person(s) Associated with Case DR#: *SAME*

Incident/Offense: *CPF1.2. VTS*  Date of Incident/Offense: *12/10/2022*  Police Agency Holding Property: *Solvay*

PROPERTY TO BE RELEASED: *a 2008 Honda Accord EX-L MAROON in color, Along with All Associated property & Contents*

ARE YOU THE OWNER OF THIS PROPERTY? (Check one) ___X___ YES  _____ NO (Continue to Section II)

Section II:
NOTE: IF YOU ARE NOT THE OWNER BUT HAVE BEEN CHOSEN BY THE PROPERTY OWNER TO RECOVER HIS/HER PROPERTY, YOU MUST OBTAIN THE SIGNATURE OF THE PROPERTY OWNER IN THE SPACE BELOW AND YOU MUST SIGN BELOW UNDER "AFFIRM UNDER PENALTY OF PERJURY" THAT YOU, IN FACT, HAVE BEEN CHOSEN TO RECOVER THE PROPERTY BY THE OWNER.

AUTHORIZATION OF PROPERTY OWNER AUTHORIZING DESIGNEE TO RECOVER PROPERTY
I AM THE OWNER OF THE PROPERTY SOUGHT TO BE RELEASED. I HEREBY REQUEST THE RETURN OF THE ABOVE PROPERTY. PLEASE RELEASE THE ABOVE PROPERTY TO MY AUTHORIZED DESIGNEE:
Name of Property Owner:
Name of Authorized Designee:
Relationship of Designee to Property Owner:
*** Signature of Property Owner:

AFFIRMATION OF PROPERTY OWNER OR DESIGNEE
I AM THE OWNER OF THE PROPERTY SOUGHT TO BE RELEASED OR HIS/HER AUTHORIZED DESIGNATED REPRESENTATIVE AUTHORIZED BY THE OWNER TO RECOVER HIS/HER PROPERTY.

*All Rights Reserved*
AFFIRMED UNDER PENALTY OF PERJURY,
THIS *18* DAY OF *December*, 20*22*
*Richard Louis Sposato*
(Signature)

False Statements made herein are punishable as a Class A Misdemeanor pursuant to New York State Penal Law Section 210.43.

*** FOR DISTRICT ATTORNEY'S OFFICE USE ONLY ***
ASSISTANT DISTRICT ATTORNEY MUST COMPLETE SECTION III OF THIS APPLICATION

Section III:
CASE DR#: *22-600830*  PERSON(S) ASSOCIATED: *Richard Sposato*

RELEASED CLEARED BY LAW & APPEALS BUREAU: _X___  RELEASED APPROVED _X___  RELEASE NOT APPROVED _____
COMMENTS: *Defendant may only get vehicle back with proof of registration, insurance, & ID*

Special Instructions to Police Agency Prior to Release:
( ) Photograph Property  ( ) List Serial # of Property (if any)  ( ) Other _____

Date: _____  ASSISTANT DISTRICT ATTORNEY (Print Name): *Jeff Albert*

ASSISTANT DISTRICT ATTORNEY (Signature): _____

*** DISTRICT ATTORNEY'S OFFICE OFFICIAL STAMP MUST APPEAR BELOW ***

*DWI*
BUREAU

APPROVED BY

Rev. 12/20

# EXHIBITS 33.10

# DECEMBER 1, 2022

## CONTINUED UNLAWFUL COURT DATE APPEARANCE, WITH ALL UNLALWFUL CHARGES BUNDLED

33.10 PAUL G. CAREY

# EXHIBIT 33.10

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. | Case No. | Statute/Section | Description: | Ticket No. |
|-----|----------|-----------------|--------------|------------|
| | 21100113.01 | PL 195.05 | OBS GOVT ADMN 2 | |
| | 21100113.02 | VTL 1198 9D | INTERLOCK VIOL | P162D6GQTH |
| | 21100113.03 | VTL 0511 01A | AGG UNLIC OPER3 | P162D6GQKP |
| | 21100113.04 | VTL 0319 01U | INSURANCE VIOL | P162D6GT83 |
| | 21100113.05 | VTL 0509 01 | UNLIC DRIVER | P162D6GQRP |
| | 21100113.06 | VTL 0401 01A | REGISTRATN VIO | P162D6GQFX |
| | 21100113.07 | VTL 1172 0A | STOP SIGN VIOL | P162D6GNSG |
| | 21100113.08 | VTL 1229-C 03 | SEAT BELT VIO | P162D6GQX3 |

**Next Date: 12/01/2022    Time: 05:00PM**

Please note the above captioned matter is scheduled for Court
action on the above date and time shown.

Requests for adjournments will NOT be considered the day of
Court unless approved by the Judge.

Very truly yours,

Paul G. Carey
Town Judge

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. | Case No. | Statute/Section | Description: | Ticket No. |
|-----|----------|-----------------|--------------|------------|
| | 21100126.01 | PL 195.05 | OBS GOVT ADMN 2 | |
| | 21100126.02 | PL 205.30 | RESIST ARREST | |
| | 21100126.03 | VTL 0511 2AA | UNLIC OPERATION | SV12D8QX53 |
| | 21100126.04 | VTL 1198 9D | INTERLOCK VIOL | SV12D8QXDG |
| | 21100126.05 | VTL 1120 0A | FAIL KEEP RIGHT | SV12D8QXP9 |
| | 21100126.06 | VTL 0319 01U | INSURANCE VIOL | SV12D8QXGT |
| | 21100126.07 | VTL 1102 | FAIL COMP ORDER | SV12D8QXZL |
| | 21100126.08 | VTL 1180 0D | Speeding 40/30 | SV12D8QXK7 |
| | 21100126.09 | VTL 0401 01A | REGISTRATN VIO | SV12D8QXFV |
| | 21100126.10 | VTL 1163 0B | TURN SIGNAL VIO | SV12D8QXM3 |
| | 21100126.11 | VTL 0306 B | NO INSP CERT | SV12D8QXJ6 |
| | 21100126.12 | VTL 0375 2A1 | VIOL-LIGHTS | SV12D8QXSJ |

**Next Date: 12/01/2022     Time: 05:00PM**

Please note the above captioned matter is scheduled for Court
action on the above date and time shown.

Requests for adjournments will NOT be considered the day of
Court unless approved by the Judge.

Very truly yours,

Paul G. Carey
Town Judge

**Salina Town Court**
**201 School Road #116**
**Liverpool, NY  13088**

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. | Case No. | Statute/Section | Description: | Ticket No. |
|---|---|---|---|---|
| | 22050031.01 | VTL 0511 02A2 | UNLIC OPERATION | 3552F7TFSH |
| | 22050031.02 | VTL 1163 0D | TURN SIGNAL VIO | 3552F7TGBT |
| | 22050031.03 | VTL 1163 0A | TURN SIGNAL VIO | 3552F7TGLS |
| | 22050031.04 | VTL 0401 01A | REGISTRATN VIO | 3552F7TG8G |
| | 22050031.05 | VTL 0306 B | NO INSP CERT | 3552F7TG69 |
| | 22050031.06 | VTL 1172 0A | STOP SIGN VIOL | 3552F7TGPF |
| | 22050031.07 | VTL 1163 0D | TURN SIGNAL VIO | 3552F7TGGN |

**Next Date: 12/01/2022     Time: 05:00PM**

Please note the above captioned matter is scheduled for Court action on the above date and time shown.

Requests for adjournments will NOT be considered the day of Court unless approved by the Judge.

Very truly yours,

Paul G. Carey

Paul G. Carey
Town Judge

# Salina Town Court
# 201 School Road #116
# Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. | Case No. | Statute/Section | Description: | Ticket No. |
|---|---|---|---|---|
| | 21100033.01 | PL 195.05 | OBS GOVT ADMN 2 | |
| | 21100033.02 | PL 140.05 | TRESPASS | |

**Next Date: 12/01/2022     Time: 05:00PM**

Please note the above captioned matter is scheduled for Court action on the above date and time shown.

Requests for adjournments will NOT be considered the day of Court unless approved by the Judge.

Very truly yours,

Paul G. Carey
Town Judge

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. | Case No. | Statute/Section | Description: | Ticket No. |
|-----|----------|-----------------|--------------|------------|
|     | 22060131.01 | PL 170.20 | POS FORG INST-3 | |

**Next Date: 12/01/2022      Time: 05:00PM**

Please note the above captioned matter is scheduled for Court action on the above date and time shown.

Requests for adjournments will NOT be considered the day of Court unless approved by the Judge.

Very truly yours,

Paul G. Carey
Town Judge

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. | Case No. | Statute/Section | Description: | Ticket No. |
|-----|----------|-----------------|--------------|------------|
|     | 22060132.01 | PL 215.50 03 | CRIM CONTEMPT-2 | |

**Next Date: 12/01/2022     Time: 05:00PM**

Please note the above captioned matter is scheduled for Court action on the above date and time shown.

Requests for adjournments will NOT be considered the day of Court unless approved by the Judge.

Very truly yours,

Paul G. Carey
Town Judge

# Salina Town Court
## 201 School Road #116
## Liverpool, NY 13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. Case No. | Statute/Section | Description: | Ticket No. |
|---|---|---|---|
| 22060133.01 | PL 215.50 03 | CRIM CONTEMPT-2 | |

**Next Date: 12/01/2022     Time: 05:00PM**

Please note the above captioned matter is scheduled for Court action on the above date and time shown.

Requests for adjournments will NOT be considered the day of Court unless approved by the Judge.

Very truly yours,

Paul G. Carey
Town Judge

# Salina Town Court
## 201 School Road #116
## Liverpool, NY  13088

Paul G. Carey
Town Judge

P: 315-457-4252
F: 315-266-4609

November 30, 2022

Richard L. Sposato
510 N. Orchard Road
Solvay, NY 13209

| Re. | Case No. | Statute/Section | Description: | Ticket No. |
|-----|----------|-----------------|--------------|------------|
|     | 22060134.01 | PL 215.50 03 | CRIM CONTEMPT-2 |  |

**Next Date: 12/01/2022      Time: 05:00PM**

Please note the above captioned matter is scheduled for Court
action on the above date and time shown.

Requests for adjournments will NOT be considered the day of
Court unless approved by the Judge.

Very truly yours,

Paul G. Carey
Town Judge