UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Richard Sposato, )
                                    )    Civil Case No.: 5:23-cv-364
    Plaintiff,                 )    (Judges Initials) TJM / ATB
                                    )
      v.                          )
                                    )    NOTICE OF MOTION for
Paul G. Carey, et al,        )    RECUSAL
                                    )
                                    )
           Defendant(s).     )

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
APR 25 2023
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

---

        PLEASE TAKE NOTICE, that upon the Affidavit in support of motion to recuse, a motion pursuant to 28 U.S. Code, § 455, will be made to recuse Magistrate Judge Andrew T. Baxter, due to his impartially being reasonably in question, with regards to my amended Complaint.

Dated: April 25, 2023

 

                                                          Sincerely,

                                                          */s/ Richard Sposato*

                                                          Richard Sposato, Plaintiff
                                                          c/o 510 N. Orchard Rd.
                                                          Solvay, New York [13209]
                                                          E-mail: richie@nusoundmusic.com
                                                          315-412-1776

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato, | Civil Case No.: 5:23cv-364 |
| Plaintiff, | (Judges Initials) TJM / ATB |
| v. | MOTION for RECUSAL |
| Paul G. Carey, et al, | |
| Defendant(s). | |

NOW COMES the above-named Richard Sposato, Petitioner herein, and moves to recuse Magistrate Judge Andrew T. Baxter from the above titled matter.

## MEMORANDUM OF LAW

1. 28 U.S. Code, § 455 states:

    a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

2. *Marshall v. Jerico Inc.*, 446 US 2238, 242, 100 S.Ct. 1610, 64 L. Ed. 2d 182 (1980)

    "The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law. See *Mathews v. Eldridge*, 424 U.S. 319, 344 (1976)..., by ensuring that no person will be deprived of his interests in the absence of a proceeding in which he may present his case with assurance that the arbiter is not predisposed to find against him."

1

The above is applicable to this court by application of Article VI of the United States Constitution and *Stone v. Powell*, 428 US 465, 483 n. 35, 96 S. Ct.

Dated: April 25, 2023

Sincerely,

*[signature: Richard Sposato]*

Richard Sposato, Plaintiff
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
E-mail: richie@nusoundmusic.com
315-412-1776

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Paul G. Carey, et al,  )<br>  )<br>                Defendant(s).  ) | Civil Case No.: 5:23cv-364<br>(Judges Initials) TJM / ATB<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION for RECUSAL |

I, Richard L. Sposato, Plaintiff in the above action, make this affidavit in support of my motion to recuse Magistrate Judge Andrew T. Baxter, and do hereby state:

1. That, I, Richard Sposato, of sound mind and soul, plaintiff in Civil Case No.: 5:23-cv-364, do hereby claim magistrate judge Andrew T. Baxter, will have bias towards me, regarding my amended complaint and hereby question his impartiality with regards to any further proceeding of my case.

2. That, due to magistrate judge Baxter's presumptions of my supposed "Sovereign Citizen" allegations, whatever a Sovereign Citizen is, but if anyone is a Sovereign Citizen, it's most certainly the people with actual, implied, absolute and/or quazi immunity from prosecution, which are Judges, Police and/or Law Enforcement Officers, District Attorney's and their assistants, or Clerks of the Judge and certainly not me, and as such, thus by Baxter's presumptions, I reasonably question his impartiality.

1

3. That, judge Baxter mischaracterized much of what I stated in my complaint, i.e. his stating I admitted I was "driving", in violation of vehicle and traffic laws, that I stated I was "driving" a "motor vehicle", are both patently false, along with my claims being frivolous, and misstated actions and dates throughout. For these reasons, I again reasonably question Magistrate judge Baxter's thoughts in his response/report, giving the appearance of impartiality.

4. That, magistrate judge Baxter presumes I don't have any recourse with an amended complaint, and believes the Defendant judges, policemen and/or Law Enforcement Officers, ADA's and Court Clerks in my complaint have absolute and/or quazi immunity, but that is furthest from the truth, as seen in my amended complaint, now with EXHIBITS of fact, showing these defendants acted "outside" their judicial capacity, with action taken "in absence of jurisdiction", and thus, lose their actual, or perceived immunity. For these reasons, I again reasonably question Magistrate judge Baxter's impartiality.

Having said all that, with the totality of the situation and Magistrate Baxter's impartiality towards me irrevocably, reasonably questioned, Baxter's recusal is authorized pursuant to 28 U.S. Code, § 455, and as such, Baxter's recusal on all further actions of this Court regarding this Plaintiff's matter, RE: Civil Case No.: 5:23-cv-364, is proper, as I wish to have a "neutral and detached judge" looking at my amended complaint.

2

I certify that the foregoing, to the best of my ability is true, correct, and not misleading.

April 25, 2023

All Rights Reserved,

by: *[signature]*

Richard Sposato
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
E-mail: richie@nusoundmusic.com
315-412-1776

Signed: *Beatriz L Doyle*
Printed Name: Beatriz L Doyle
Date: 4/25/23
My Commission Expires: 2/21/27

BEATRIZ DOYLE
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA COUNTY
LIC. #01DO0001837
COMM. EXP. 2/21/27

3