# EXHIBIT 35.00

## SEPTEMBER 26, 2023

## CERTIFICATES OF DISPOSITION

35.00 SALINA TOWN COURT CLERK MELINDA PECARA



# EXHIBIT 35.00

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO; Defendant

CASE NO: 21100113

Date of Birth: [redacted]
Date of Arrest: 05/28/2021
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no: 69646259M
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 195.05 | PL 195.05 | OBS GOVT ADMN 2 | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1198 9D | VTL 1198 9D | P162D6GQTH INTERLOCK VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0511 01A | VTL 0511 01A | P162D6GQKP AGG UNLIC OPER3 | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0319 01U | VTL 0319 01U | P162D6GT83 INSURANCE VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0509 01 | VTL 0509 01 | P162D6GQRP UNLIC DRIVER | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0401 01A | VTL 0401 01A | P162D6GQFX REGISTRATN VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1172 0A | VTL 1172 0A | P162D6GNSG STOP SIGN VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1229-C 03 | VTL 1229-C 03 | P162D6GQX3 SEAT BELT VIO | DISM | 0.00 | 0.00 | 0.00 |

DR# NYSP-D

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO; Defendant

CASE NO: 21100126

Date of Birth: [redacted]
Date of Arrest: 06/19/2021
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no: 69665104N
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 195.05 | PL 195.05 | OBS GOVT ADMN 2 | DISM | 0.00 | 0.00 | 0.00 |
| PL 205.30 | PL 205.30 | RESIST ARREST | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0511 2AA | VTL 0511 2AA | SV12D8QX53 UNLIC OPERATION | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1198 9D | VTL 1198 9D | SV12D8QXDG INTERLOCK VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1120 0A | VTL 1120 0A | SV12D8QXP9 FAIL KEEP RIGHT | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0319 01U | VTL 0319 01U | SV12D8QXGT INSURANCE VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1102 | VTL 1102 | SV12D8QXZL FAIL COMP ORDER | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1180 0D | VTL 1180 0D | SV12D8QXK7 Speeding 40/30 | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0401 01A | VTL 0401 01A | SV12D8QXFV REGISTRATN VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1163 0B | VTL 1163 0B | SV12D8QXM3 TURN SIGNAL VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0306 B | VTL 0306 B | SV12D8QXJ6 NO INSP CERT | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0375 2A1 | VTL 0375 2A1 | SV12D8QXSJ VIOL-LIGHTS | DISM | 0.00 | 0.00 | 0.00 |

DR# 21349466

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO, Defendant

CASE NO: 22050031

Date of Birth: [redacted]
Date of Arrest: 05/09/2022
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| VTL 0511 02A2 | VTL 0511 02A2 | 3552F7TFSH UNLIC OPERATION | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1163 0D | VTL 1163 0D | 3552F7TGBT TURN SIGNAL VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1163 0A | VTL 1163 0A | 3552F7TGLS TURN SIGNAL VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0401 01A | VTL 0401 01A | 3552F7TG8G REGISTRATN VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0306 B | VTL 0306 B | 3552F7TG69 NO INSP CERT | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1172 0A | VTL 1172 0A | 3552F7TGPF STOP SIGN VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1163 0D | VTL 1163 0D | 3552F7TGGN TURN SIGNAL VIO | DISM | 0.00 | 0.00 | 0.00 |

DR#

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO, Defendant

CASE NO: 23040253

Date of Birth: [redacted]
Date of Arrest: 12/10/2022
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no: 70150262P
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 170.25 | PL 170.25 | POS FORG INST-2 | DISM | 0.00 | 0.00 | 0.00 F |
| VTL 1198 9D | VTL 1198 9D | SV12G69S0L INTERLOCK VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0511 02A2 | VTL 0511 02A2 | D303H69NK9 UNLIC OPERATION | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0511 01A | VTL 0511 01A | S303G69NM& AGG UNLIC OPER3 | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0375 40A | VTL 0375 40A | S303G69N17 NO STOP LAMPS | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0375 40A | VTL 0375 40A | S303G69MNJ NO STOP LAMPS | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0401 01A | VTL 0401 01A | S303G9N47 REGISTRATN VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0306 B | VTL 0306 B | S303G69N5P NO INSP CERT | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0319 01U | VTL 0319 01U | S303G69N78 INSURANCE VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1102 | VTL 1102 | S303G69N8R FAIL COMP ORDER | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0509 01 | VTL 0509 01 | S303G69NB6 UNLIC DRIVER | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0402 01 | VTL 0402 01 | D303G69NG3 NUM PLATE VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 0402 04 | VTL 0402 04 | S303G69NCR NUM PLATE VIOL | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1163 0D | VTL 1163 0D | D303H69NP4 TURN SIGNAL VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1163 0D | VTL 1163 0D | S303G69NRP TURN SIGNAL VIO | DISM | 0.00 | 0.00 | 0.00 |
| VTL 1229-C 03 | VTL 1229-C 03 | S303G69P08 SEAT BELT VIO | DISM | 0.00 | 0.00 | 0.00 |

DR#

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

[signature]

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO; Defendant

CASE NO: 22060131

Date of Birth: [redacted]
Date of Arrest: 03/08/2022
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no: 69974411Y
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 170.20 | PL 170.20 | POS FORG INST-3 | DISM | 0.00 | 0.00 | 0.00 |

DR# 22192400

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO; Defendant

CASE NO: 21100033

Date of Birth: [redacted]
Date of Arrest: 09/22/2021
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no:
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 195.05 | PL 195.05 | OBS GOVT ADMN 2 | DISM | 0.00 | 0.00 | 0.00 |
| PL 140.05 | PL 140.05 | TRESPASS | DISM | 0.00 | 0.00 | 0.00 |

DR#

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO; Defendant

CASE NO: 22060132

Date of Birth: [redacted]
Date of Arrest: 06/09/2022
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no: 69974419J
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 215.50 03 | PL 215.50 03 | CRIM CONTEMPT-2 | Acquitted (trial) | 0.00 | 0.00 | 0.00 |

DR# 22277157

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO; Defendant

CASE NO: 22060133

Date of Birth: [redacted]
Date of Arrest: 06/09/2022
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no: 69974426L
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 215.50 03 | PL 215.50 03 | CRIM CONTEMPT-2 | Acquitted (trial) | 0.00 | 0.00 | 0.00 |

DR# 22202087

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ONONDAGA COUNTY

SALINA TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

VS.

RICHARD L. SPOSATO; Defendant

CASE NO: 22060134

Date of Birth: [redacted]
Date of Arrest: 06/09/2022
Adjudication Date: 08/28/2023
Sentence Date: / /
Disposition Date: 08/28/2023

JC501 no: 69974432P
NYSID no: 09133767Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 215.50 03 | PL 215.50 03 | CRIM CONTEMPT-2 | Acquitted (trial) | 0.00 | 0.00 | 0.00 |

DR# 22253530

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 26th day of September 2023

Clerk for Hon. Paul G. Carey

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA