UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato, a.k.a. Richard-Louis: Sposato and Richard L. Sposato | Civil Case No.: 5:23-cv-364 (Judges Initials) GTS / MJK |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| Paul G. Carey, et al | |
| Defendant(s). | |

***PLEASE TAKE NOTICE,*** that plaintiff, Richard Sposato, a.k.a. Richard-Louis: Sposato, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order dated February 15, 2024, by U.S. Northern District judge Glenn T. Suddaby, which found in favor of defendants on each of Plaintiff's claims and dismissed all causes of action, except one against Matthew Ryan.

March 11, 2024

Respectfully submitted,

By: _/s/ Richard Sposato_

Richard Sposato, sui juris
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
E-mail: richie@nusoundmusic.com
Telephone: 315-412-1776

TO:   Clerk of the Court

1