UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on March 11, 2024 the court received a notice of interlocutory appeal (Dkt. No. 25) as to the Decision and Order issued on February 15, 2024 by the Honorable Glenn T. Suddaby. Dkt. No. 19. On March 4, 2024, the plaintiff filed a motion for reconsideration of the Decision and Order issued on March 4, 2024. Dkt. No. 23. Plaintiff's motion for reconsideration has been denied on May 14, 2024 by the Honorable Glenn T. Suddaby. Dkt. No. 32.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s):   N/A

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 14th day of May, 2024.


Clerk of Court

By:   Shelly Muller
      Courtroom Deputy Clerk

### Case Information

Case Name & Case No.   Richard Sposato v. Paul G. Carey, Esq.   5:23-cv-364
Docket No. of Appeal:   25
Document Appealed:   19

Fee Status:   Waived (IFP/CJA)

Counsel:   Pro Se

Time Status:   Timely

Certificate of Appealability:   Denied - See Dkt. No. 32