U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 24 2024
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Richard Sposato,                      )
                                      )    Civil Case No.: 5:23cv-364
        Plaintiff,           )    (Judges Initials) GTS / MJK
                                      )
v.                                    )
                                      )    NOTICE OF MOTION
                                      )    FOR RECUSAL
Paul G. Carey, et al,                 )
                                      )
        Defendant(s).        )

---

PLEASE TAKE NOTICE, that upon the Affidavit in Support of Motion to recuse, a motion pursuant to 28 U.S. Code, § 455, will be made to recuse Trial judge Glenn T. Suddaby, due to his abuse of discretion, lack of knowledge of the Law, and violation of Plaintiff's Rights, with regards to Suddaby's Decision & Order Plaintiff's Claim [amended], Dkt. #19 dated 2/15/2024, Baxter's 7/27/2023 ORR Dkt. #10, and Motion for Reconsideration-Reargument Decision & Order, Dkt. #32 dated 5/14/2024.

Dated: June 24, 2024

Respectfully submitted,

By: /s/ Richard Sposato
Richard Sposato, Plaintiff
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
richie@nusoundmusic.com
315-412-1776

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 2 4 2024
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

| | |
|---|---|
| Richard Sposato, ) | |
| ) | Civil Case No.: 5:23cv-364 |
| Plaintiff, ) | (Judges Initials) GTS / MJK |
| ) | |
| v. ) | |
| ) | MOTION for RECUSAL |
| Paul G. Carey, et al, ) | |
| ) | |
| Defendant(s). ) | |

NOW COMES the above-named Richard Sposato, Petitioner herein, and moves to recuse Trial judge Glenn T. Suddaby from the above titled matter.

## MEMORANDUM OF LAW

1. 18 U.S. Code, PART 1, CHAPTER 2, § 31(6) Motor Vehicle: The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power AND USED FOR COMMERCIAL PURPOSES [emphasis added] on the highways in the transportation of passengers, passengers and property, or property or cargo.

2. Supremacy Clause U.S. Constitution Article VI, Clause 2: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Lane; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

1

3. Owen v. Independence, 100 S.C.T. 398, 445 US 662, " A municipality [or officer of the court] has no immunity from liability under § 1983 flowing from its constitutional violations, and may not assert the good faith of its officers as a defense to such liability."

4. 18 U.S. Code, § 242 states: "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, shall be fined under this title or imprisoned not more than one year, or both."

5. 28 U.S. Code, § 455 states:

    a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

The above Motion for Recusal is applicable to this court by application of Article VI of the United States Constitution.

Dated: June 24, 2024

Respectfully submitted,

By: /s/ Richard Sposato
Richard Sposato, Plaintiff
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
E-mail: richie@nusoundmusic.com
315-412-1776

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 24 2024
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

| | |
|---|---|
| Richard Sposato,  )  <br>                                            )  <br>            Plaintiff,       )  <br>                                            )  <br>      v.                               )  <br>                                            )  <br> Paul G. Carey, et al,       )  <br>                                            )  <br>           Defendant(s).   ) | Civil Case No.: 5:23cv-364 <br> (Judges Initials) GTS / MJK <br><br> AFFIDAVIT IN SUPPORT OF <br> MOTION for RECUSAL |

I, Richard Sposato, Plaintiff in the above action, make this affidavit in support of my motion to recuse Trial judge Glenn T. Suddaby, and do hereby state:

1. That, I, Richard Sposato, of sound mind and soul, plaintiff in Civil Case No.: 5:23-cv-364, do hereby claim Glenn T. Suddaby, has bias towards me, does not know the Law and/or is abusing his discretion, and has violated my Right(s) to Due Process [to appeal] and to a Trial by Jury, regarding my amended complaint and hereby duly question his impartiality with regards to any further proceeding of my case.

2. That, due to Glenn T. Suddaby's agreement with magistrate judge Baxter's ORR and presumptions of my supposed "Sovereign Citizen" allegations, whatever a Sovereign Citizen is, but if anyone is a Sovereign Citizen, it's most certainly the people with actual, implied, absolute, judicial and/or quazi immunity from prosecution, which are Judges, Police and/or Law Enforcement

1

Officers, District Attorney's and their assistants, or Clerks of the Judge, but certainly not me, and as such, thus by Baxter's presumptions and Suddaby's agreement, I reasonably question Suddaby's impartiality moving forward.

3. That, in magistrate judge Baxter's ORR he mischaracterized and Suddaby agreed with, much of what I stated in my complaint, i.e. his stating I admitted I was "driving' and/or "operating" a "motor vehicle" in violation of NYS VAT laws, that I stated I was "driving" a "motor vehicle", are both patently false, along with my claims being frivolous, and misstated actions and dates throughout.

For these reasons, I again reasonably question Suddaby's thoughts in his Decision and Order's, giving the appearance of impartiality.

4. That, Suddaby does not know what the definition and/or controlling definition of a "motor vehicle" is, found here 18, U.S. Code 31(6) and controlling pursuant to the Supremacy Clause, whereas both Suddaby and Baxter used the State definition of a "motor vehicle", which is CONTRARY to the Federal definition, which stands as the controlling definition and is an ABUSE OF DISCRETION and a CLEAR ERROR OF LAW.

5. That, Suddaby is violating my Right to Due Process of an appeal, acting like a tyrant King, which is the exact reason this

2

Country was founded and has no place in this great land of America.

**Wherefore**, with the totality of the situation and Glenn T. Suddaby's lack of knowledge and hierarchy of the Laws of this Country, i.e. U.S. Constitution being the Supreme Law of the Land and implementation of the correct definitions pursuant to the Law, which because of this lack of knowledge and/or abuse of discretion, Suddaby is now in clear violation of my Rights, his Oath of Office, his competency, impartiality and honorability now explicitly and reasonably questioned, Glenn T. Suddaby's recusal is authorized pursuant to 28 U.S. Code, § 455, and as such, Suddaby's recusal on all further actions of this Court regarding this Plaintiff's matter, RE: Civil Case No.: 5:23-cv-364, is fair, just, PROPER, and by law, a MUST.

I affirm this 24th day of June, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Respectfully submitted,

By: *Richard Sposato*

Richard Sposato
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
E-mail: richie@nusoundmusic.com
315-412-1776

3



# AFFIRMATION OF SERVICE

STATE OF NEW YORK   )

ss.

COUNTY OF ONONDAGA )

I, Richard-Louis: Sposato, a man, being duly sworn, deposes and affirms that I served a **Notice of Motion To Recuse, Motion For Recusal, Affidavit is Support of Motion,** and this **Affirmation of Service** on defendant Matthew W. Ryan's counsel, Paul V. Mullin, Esq., located at:

> **Sugarman Law Firm, LLP**
> ATTN: Paul V. Mullin, Esq.
> 211 West Jefferson St.
> Syracuse, NY 13202

via a certified Return receipt, with the forgoing in a manila wrapper, deposited with the USPS on June 24, 2024, via Certified Return Receipt, number 9589 0710 5270 1341 0238 92.

I affirm this 24th day of June, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

All rights Reserved,

By: *[signature]*
Richard-Louis: Sposato
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
E-mail: richie@nusoundmusic.com
315-412-1776

1