UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



# SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on March 11, 2024 the court received a notice of interlocutory appeal (Dkt. No. 25) as to the Decision and Order issued on February 15, 2024 by the Honorable Glenn T. Suddaby. Dkt. No. 19. On March 4, 2024, the plaintiff filed a motion for reconsideration of the Decision and Order issued on March 4, 2024. Dkt. No. 23. Plaintiff's motion for reconsideration has been denied on May 14, 2024 by the Honorable Glenn T. Suddaby. Dkt. No. 32. This notice serves to inform you that Pursuant to 28 U.S.C. 1915(a)(3), IFP Revoked as to Plaintiff's Appeal and no payment of the $605 appeal fee has been received.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): <u>NA</u>

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 7th day of October, 2024.

*Clerk of Court*

By:   Matthew Gerace
      Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | Richard Sposato v. Paul G. Carey, Esq. et al  5:23-cv-364 |
| Docket No. of Appeal: | 25 |
| Document Appealed: | 19 |

Fee Status:   IFP revoked  X

Counsel:   Pro Se  X

Time Status:   Timely  X     Untimely __

Certificate of Appealability:     Denied  X

**\*\*\* PURSUANT TO 28 U.S.C. 1915(a)(3), IFP Revoked as to Plaintiff's Appeal.**