UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato, | Civil Case No.: 5:23cv-364 |
| Plaintiff, | (Judges Initials) GTS / MJK |
| v. | |
| Paul G. Carey, et al, | MOTION TO REFRAIN USE OF SOVEREIGN CITIZEN |
| Defendant(s). | FRCP Rule 7(b)(1) |

NOW COMES the above-named Richard Sposato, Petitioner herein, and moves for the stoppage of use of the term "Sovereign Citizen", as follows:

## CLAIMS OF FACT

1. That, the term "Sovereign Citizen" used by Government Agencies and/or employees such as judges, is not understood by this Plaintiff, as one cannot be both Sovereign and a Citizen in United States Law.

2. That, the term "Sovereign Citizen" has already been used by all Judges and Magistrates in this case to characterize Plaintiff's actions and/or legal theories, to which Plaintiff vehemently objects to.

3. That, the term "Sovereign Citizen" is defamatory in nature towards Plaintiff, and has a negative connotation, with regards to United States and/or American Jurisprudence.

4. That, referencing the term "Sovereign Citizen" as a characterization of Plaintiff's legal theories, argument, and/or actions, severely prejudices his ability to have a positive outcome pertaining to his Complaint.

1

5. That, Plaintiff's legal argument in his Complaint and Motions is fully substantiated by the Supreme Law of the Land and its Codes.

The above Motion for Refrain of Use is applicable to this court by application of FRCP Rule 7(b)(1).

## RELIEF

a) Plaintiff seeks to refrain Trial judge Glenn T. Suddaby and all other Judges, Magistrates, Attorney's, and persons appearing in this case from using the term "Sovereign Citizen" in all spoken language during hearings, conferences or Court appearances, as well as in all further documents filed into this case.

I, Richard Sposato affirm this October 31, 2024, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true to the best of my belief, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: October 31, 2024

Respectfully submitted, Without Recourse,
All Rights Reserved

By: _____
Richard Sposato, pro se, Plaintiff
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
United States of America
E-mail: richie@nusoundmusic.com
315-412-1776

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato, </br></br> Plaintiff, </br></br> v. </br></br> Paul G. Carey, et al, </br></br> Defendant(s). | Civil Case No.: 5:23cv-364 </br> (Judges Initials) GTS / MJK </br></br> ORDER TO REFRAIN FROM </br> USING SOVEREIGN CITIZEN </br> CONNOTATION |

Upon reviewing the Plaintiff's Motion to Refrain From Using Sovereign Citizen Connotation, Defendant's opposition, and Plaintiff's reply, this Court finds the following:

1. The Defendant has failed to object to the requested non-use of the term "Sovereign Citizen".

2. Based on this agreement, it is settled.

Accordingly, it is hereby:

**ORDERED,** that Plaintiff's Motion be **GRANTED;**

**ORDERED,** that in all further documents, no reference to the term "Sovereign Citizen" shall be made by this Court.

**SO ORDERED.**

Dated: November _____, 2024
Syracuse, New York

_____
Glenn T. Suddaby
U.S. District Judge

1

# AFFIRMATION OF SERVICE

STATE OF NEW YORK )
                          ss.
COUNTY OF ONONDAGA )



I, Richard-Louis: Sposato, a man, deposes and affirms, that I served these (3) three documents, **Motion To Refrain Use Of Sovereign Citizen, Order To Refrain From Use Sovereign Citizen Connotation, and Affirmation Of Service** on defendant Matthew W. Ryan's counsel, Paul V. Mullin, Esq., located at:

**Sugarman Law Firm, LLP**
ATTN: Paul V. Mullin
211 West Jefferson St.
Syracuse, NY 13202

via a certified Return receipt, with the forgoing in a manila wrapper, deposited with the USPS on October 31, 2024, via Certified Return Receipt, number 9589 0710 5270 2108 6488 60.

I affirm the 31st day of October, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                          All rights Reserved,

                                                          By: *[signature]*
                                                          Richard-Louis: Sposato
                                                          c/o 510 N. Orchard Rd.
                                                          Solvay, New York [13209]
                                                          E-mail: richie@nusoundmusic.com
                                                          315-412-1776