# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### PRO BONO FUND VOUCHER
### AND REQUEST FOR REIMBURSEMENT

I, __Kirstin E. Tiffany__, duly appointed as counsel pro bono to represent __Richard Sposato__ in the matter of

__Sposato__ v. __Caret, et al.__

Civil Action No. __5:23__-CV-__364__, hereby request reimbursement pursuant to Local Rule 83.2 for expenses incurred in the representation of my pro bono client in the amount of $__$ 81.16__.

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable and necessary. I further understand that absent prior approval of the court, cumulative expenses in this matter will not exceed $2,000.00.

Dated: __January 14, 2025__.

Counsel Pro Bono (Signature): _____

The above application of counsel pro bono is fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund.

Dated: __1/14/25__.

Presiding Judge (Signature): __Mitchell J Katz__

**IT IS SO ORDERED.**

Dated: __1/16/2025__.

_Brenda K. Sannes_
Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Authorization Request

**Attorney(s) Name:** Kirstin E. Tiffany

**Case Number/Party Represented:** Richard Sposato; 52-CV-364

☐ **Authorization Request for expenses in excess of $500.00**

Explanation:

☐ **Authorization Request for voucher in excess of $2,000.00**

Explanation:

☑ **Travel Authorization Request**

Provide justification for travel and a list of estimated travel expenses:

My office is located at 115 W Green St., Ithaca, NY 14850. The mediation took place at Bond, Shoeneck & King located at 115 W Fayette St., Syracuse, NY 13202. Estimated expenses for travel and parking is $81.16.

The above Authorization Request for travel expenses, expenses in excess of $500.00 or voucher in excess of $2,000.00 is hereby APPROVED.

Presiding Judge (Signature): _Mitchell J. Katz_

Dated: 1/16/2025

*Please email Authorization Request to the "Courtroom Deputy" of presiding Judge
*A copy of the approved authorization must be attached to your pro bono voucher.

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Kirstin E. Tiffany

**Law Firm Name:** Crossmore & Tiffany Law Office, PLLC

**Mailing Address of Law Firm:** 115 West Green Street

**City/State/Zip:** Ithaca, New York 14850

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 523-CV-364

**Party Represented:** Richard Sposato

**Dates of Service:** From: 9/16/2024   To: 11/20/2024

*Rates Effective October 2023 through September 2024*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $116 | $64 |
| Albany | $114 | $69 |
| Utica | $107 | $59 |
| Binghamton | $113 | $64 |
| Plattsburgh | $107 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT:** $ 81.16

**Finance Audit** MC   **Date:** 1/15/2025

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** [signature]   **Date:** 1/14/2025

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.
*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.
*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

## Pro Bono Travel Expenses

*Receipts required for lodging, airfare, rental cars and any meal $50.00 and over*

*Reimbursement for meals and lodging expenses may be claimed only on an actual expense (itemized) basis, up to the applicable GSA per diem allowance for the date and location of travel. (See Rates table on page 1)

**Attorney(s):** Kirstin E. Tiffany

| DATE | EXPENSE TYPE | TO/FROM | OTHER EXPENSE AMOUNT | MILEAGE | MILEAGE RATE .67 (EFFECTIVE 1/1/24) | TOTAL |
|---|---|---|---|---|---|---|
| 11/18/24 | Parking | | $ 8.00 | | | $ 8.00 |
| 11/18/24 | Privately Owned Vehicle | Ithaca to Syracuse | | 54.6 | 0.67 | $ 36.58 ✓ |
| 11/18/24 | Privately Owned Vehicle | Syracuse to Ithaca | | 54.6 | 0.67 | $ 36.58 ✓ |
| | | | | | TOTAL: | $ 81.16 ✓ |

*Any expense other than privately owned vehicle, please enter in OTHER EXPENSE AMOUNT.

3