UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato, | Civil Case No.: 5:23cv-364 |
| Plaintiff, | (Judges Initials) GTS / MJK |
| v. | |
| MATTHEW W. RYAN, individually and in his, official capacity, | NOTICE OF MOTION FOR SUMMARY JUDGMENT (FRCP 56) |
| Defendant(s). | |

**PLEASE TAKE NOTICE** that Plaintiff Richard Sposato, proceeding pro se, will move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order granting summary judgment in his favor. This motion will be made before the Honorable Glenn T. Suddaby, United States District Judge, at the United States District Court for the Northern District of New York, located at 100 South Clinton Street, Syracuse, New York 13261, at a date and time to be determined by the Court.

Plaintiff moves for summary judgment on the grounds that there is no genuine dispute of material fact and that Plaintiff is entitled to judgment as a matter of law, based on the following:

1. Defendant's responses to Plaintiff's Requests for Admission were not properly verified, and under Federal Rule of Civil Procedure 36(a)(3), they must be deemed admitted.

2. Undisputed photographic evidence confirms that the Taser probe made direct contact with Plaintiff's back, disproving any claim that the Taser deployment was ineffective.

3. Defendant unlawfully entered private property without a warrant, violating the Fourth Amendment, see (*Florida v. Jardines*, 569 U.S. 1 (2013)).

4. All criminal charges against Plaintiff were dismissed with prejudice, confirming that there was no legal basis for Defendant's use of force or subsequent arrest.

1

5. Because no genuine dispute of material fact exists, summary judgment should be granted in Plaintiff's favor.

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court enter an order:

1. Granting summary judgment in Plaintiff's favor pursuant to FRCP 56, as there is no genuine dispute of material fact and Plaintiff is entitled to judgment as a matter of law.

2. Deeming all of Plaintiff's Requests for Admission admitted pursuant to FRCP 36(a)(3) due to Defendant's failure to verify his responses.

3. Declaring that Defendant's warrantless entry onto private property was unconstitutional, in violation of the Fourth Amendment.

4. Finding that Defendant's use of force was excessive and unlawful, in violation of the Fourth Amendment under *Graham v. Connor*, 490 U.S. 386 (1989).

5. Awarding compensatory and punitive damages to Plaintiff as requested.

6. Reimbursing Plaintiff for all court costs, fee's, postage and travel and other related expenses.

7. Award customary and usual legal defense fee's for this size case to Plaintiff.

8. Granting such other and further relief as the Court deems just and proper.

This motion is based upon the following documents, which are filed concurrently herewith:

i. The Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment;

ii. The Statement of Material Facts Pursuant to Local Rule 7.1(b)(3);

iii. The Affidavit of Plaintiff Richard Sposato in Support of the Motion;

iv. All exhibits and evidence attached thereto; and

v. The record in this case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7.1(a)(1) of the Northern District of New York, Defendant's opposition papers must be filed in accordance with the deadlines set by the Federal Rules of Civil Procedure, the Local Rules, and any scheduling order issued by the Court.

Dated: March 5, 2025

Respectfully submitted,

By: *[signature]* Richard Sposato

Richard Sposato, Plaintiff Pro Se
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
richie@nusoundmusic.com
315-412-1776

3