# AFFIRMATION OF SERVICE



STATE OF NEW YORK )
                  ) ss.
COUNTY OF ONONDAGA )

CASE # 5:23-CV-364

I, Richard-Louis: Sposato, a man, deposes and affirms, that I served these (5) five documents, **Notice Of Motion For Summary Judgment, Motion For Summary Judgment, Affidavit In Support Of Motion, Statement Of Material Facts and Memorandum Of Law,** on defendant Matthew W. Ryan's counsel, Paul V. Mullin, Esq., located at:

> **Sugarman Law Firm, LLP**
> ATTN: Paul V. Mullin
> 211 West Jefferson St.
> Syracuse, NY 13202

via hand delivery at the front desk of the above listed address.

I affirm the 5th day of March, 2025, under the penalties of perjury under the laws of the United States of America which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: March 5, 2025

By: _____
Richard-Louis: Sposato

1