

211 West Jefferson Street, Suite 20
Syracuse, NY 13202-2680
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

March 18, 2025

**VIA ELECTRONIC FILING**

Hon. Glenn T. Suddaby, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      RE:    Sposato v. Matthew W. Ryan
               Civil Case No. 5:23-cv-364 (GTS-MJK)
               Our File Z04012

Dear Judge Suddaby:

      This office represents defendant Matthew Ryan in the above-referenced action.

      On March 5, 2025, *pro se* plaintiff Richard Sposato filed a motion for summary judgment. Opposition papers are currently due by March 26, 2025. See Doc. No. 81. In addition, the scheduling order in effect in this case requires dispositive motions to be filed by April 1, 2025. See Doc. No. 44. The purpose of this letter is to respectfully request a 30-day extension for Officer Ryan to oppose the plaintiff's motion for summary judgment and to make any cross-motion for summary judgment.

      An extension is being requested because the time for the *pro se* plaintiff to review his deposition transcript has not yet elapsed. The plaintiff was deposed on February 5, 2025. This office received the transcript from the stenographer on March 3, 2025. On March 6, 2025, this office sent a copy of the transcript to the plaintiff for his review pursuant to Fed. R. Civ. P. 30(e). The plaintiff's 30-day period to review his transcript will not run until after Officer Ryan's deadline for opposing the plaintiff's motion and for making any dispositive motion of his own.

      As such, Office Ryan respectfully requests a 30-day extension, to **April 25, 2025**, to file his opposition to the plaintiff's motion for summary judgment and any cross-motion for summary judgment.

      I thank the Court for its courtesies and attention to this matter.

                                            Respectfully,

                                            Paul V. Mullin, Esq.
                                            315-362-8932
                                            pmullin@sugarmanlaw.com

PVM/lrg

cc:   (via regular mail)

      Richard Sposato
      c/o 510 N. Orchard Road
      Solvay, NY  13209

SERVICE BY FAX NOT ACCEPTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD SPOSATO,

                          Plaintiff,      **CERTIFICATE OF SERVICE**

   vs.

                                             **Case No:**    **5:23-cv-364**

MATTHEW W. RYAN, individually and in his                         **(GTS/MJK)**
official capacity

                         Defendant.

---

      I hereby certify that on March 18, 2025, I electronically filed correspondence to the Hon. Glenn T. Suddaby, dated March 18, 2025, with the Clerk of the District Court using the CM/ECF system;

      And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participant:

                      Richard Sposato
                      c/o 510 N. Orchard Road
                      Solvay, NY  13209

                      *s/Paul V. Mullin*
                      Paul V. Mullin, Esq.
                      Bar Roll No.: 501346
                      United States District Court
                      Northern District of New York