# LETTER/CORRESPONDENCE TO JUDGE
# RE: March 18, 2025 Extension Of Time Letter

March 20, 2025

To:    US District Court Northern District
Attn: Judge Suddaby
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
       MAR 2 0 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse
```

        RE:    Sposato v. Matthew W. Ryan
                 Civil Case No. 5:23-cv-364 (GTS-MJK)

Dear Judge Suddaby:

I write in response to defendant Matthew Ryan's request for a 30-day extension to oppose my motion for summary judgment and to make any cross-motion (Dkt. No. 82).

The defendant's request is predicated on awaiting the conclusion of my 30-day review period for the deposition transcript. However, upon receiving the extension request, I expedited my review and returned the signed transcript the next day on March 20, 2025. Therefore, the defendant's stated basis for the extension is now moot.

Accordingly, I respectfully request that the Court deny the extension request and maintain the current briefing schedule.

Thank you for your time and consideration.

Respectfully submitted,



Richard Sposato, Plaintiff
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
United States of America
richie@nusoundmusic.com
315-412-1776

# AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                    ss.
COUNTY OF ONONDAGA )

I, Richard-Louis: Sposato, a man, deposes and affirms, that I served these (2) two documents, **Response To Letter Requesting Extension Of Time To Respond To Motion For Summary Judgment** and **Signed Deposition Transcript,** on defendant Matthew W. Ryan's counsel, Paul V. Mullin, Esq., located at:

**Sugarman Law Firm, LLP**
ATTN: Paul V. Mullin
211 West Jefferson St.
Syracuse, NY 13202

via hand delivery at the front desk of the above listed address.

I affirm the 20th day of March, 2025, under the penalties of perjury under the laws of the United States of America which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: March 20, 2025

By: _____
Richard-Louis: Sposato

1