

211 West Jefferson Street, Suite 20
Syracuse, NY 13202-2680
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

April 18, 2025

**VIA ELECTRONIC FILING**

Hon. Glenn T. Suddaby, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      RE:    Sposato v. Matthew W. Ryan
             Civil Case No. 5:23-cv-364 (GTS-MJK)
             Our File Z04012

Dear Judge Suddaby:

      Please accept this letter in opposition to pro se plaintiff Richard Sposato's motion to recuse this Court. This is the plaintiff's third recusal motion in this action. The plaintiff's motion is utterly lacking in merit, and should be denied just like his prior two recusal motions were. See Doc. Nos. 10, 19, 54.

      I thank the Court for its courtesies and attention to this matter.

                                        Respectfully,

                                        Paul V. Mullin, Esq.
                                        315-362-8932
                                        pmullin@sugarmanlaw.com

PVM/lrg
cc:    (via regular mail)

      Richard Sposato
      c/o 510 N. Orchard Road
      Solvay, NY  13209

SERVICE BY FAX NOT ACCEPTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD SPOSATO,

         Plaintiff,  **CERTIFICATE OF SERVICE**

 vs.

                **Case No: 5:23-cv-364**
MATTHEW W. RYAN, individually and in his      **(GTS/MJK)**
official capacity

         Defendant.

---

  I hereby certify that on April 18, 2025, I electronically filed correspondence to the Hon. Glenn T. Suddaby, dated April 18, 2025, with the Clerk of the District Court using the CM/ECF system;

  And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participant:

      Richard Sposato
      c/o 510 N. Orchard Road
      Solvay, NY  13209


      *s/Paul V. Mullin*
      Paul V. Mullin, Esq.
      Bar Roll No.: 501346
      United States District Court
      Northern District of New York