UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD SPOSATO,

                Plaintiff,

  v.

MATTHEW W. RYAN, Individually and in his Official Capacity,

                Defendant.

---

**NOTICE OF CROSS-MOTION**

Case No.: 5:23-cv-364 (GTS/MJK)

| | |
|---|---|
| Motion By: | Sugarman Law Firm, LLP, attorneys for defendant Matthew W. Ryan, Individually and in his Official Capacity ("Officer Ryan"). |
| Motion Returnable: | Date:<br>Time:<br>Place: |
| Supporting Papers: | Declaration of Paul V. Mullin, Esq., dated April 25, 2025, with attached exhibits; Declaration of Matthew W. Ryan, dated April 24, 2025, with attached exhibits; Response to Plaintiff's Statement of Material Facts, dated April 25, 2025; Statement of Material Facts, dated April 25, 2025; Memorandum of Law, dated April 25, 2025; and all the pleadings previously served. |
| Relief Demanded: | An Order denying *pro se* plaintiff Richard Sposato's motion for summary judgment, granting Officer Ryan's cross-motion for summary judgment pursuant to Fed. R. Civ. P. 56, and dismissing the plaintiff's Amended Complaint, in its entirety and with prejudice. |
| Grounds for Relief Demanded: | Fed. R. Civ. P. 56 |

1

Dated: April 25, 2025

                                                              *S/Paul V. Mullin*
                                                              Paul V. Mullin, Esq.
                                                              Bar Roll. No. 501346
                                                              **SUGARMAN LAW FIRM, LLP**
                                                              Attorneys for Officer Ryan
                                                              Office and Post Office Address
                                                              211 West Jefferson Street
                                                              Syracuse, New York 13202
                                                              Telephone: (315) 474-2943
                                                              Facsimile:  (315) 474-0235
                                                              pmullin@sugarmanlaw.com

TO:

Richard Sposato
*Plaintiff pro se*
c/o 510 N. Orchard Road
Solvay, New York  13209