https://www.google.com/maps/@43.0523152,-76.2062536,3a,75y,261.04h,90t/data=!3m7!...

510 N Orchard Rd - Google Maps

Solvay, New York

Google Street View    See more dates

Jul 2023

2/4/2025, 5:06 PM

Exhibit
1
2/5/25    RS

2 of 3