6/19/2021  ~ (1125×2436)  #4



Printed by GRIFFO3614 on 05/19/23 at 11:29:28

https://mail.villageofsolvay.com/service/home/~/?auth=co&loc=en_US&id=32491&part=2

Exhibit 4
2/5/25  RS