## CNYLEADS Report Cover Page

Agency Name
**Solvay Police Department**

Incident Complaint Number
**21-349466**

Related DR Number
-

Incident Type
**STOP**

Officer Name
**Matthew Ryan**

Printed by GRIFFO3614 on 05/19/23 at 11:29:28

| Select Page(s) to use & go to page | Select Page(s) |
|---|---|
| ☒ INCIDENT PAGE | |
| ☐ INVOLVED PERSONS 3-5 | ☐ |
| ☐ INVOLVED PERSONS 6-8 | ☐ |
| ☐ INVOLVED PERSONS 9-11 | ☐ |
| ☐ INVOLVED PERSONS 12-14 | ☐ |
| ☐ VEHICLE PAGE | ☐ |
| ☒ PROPERTY PAGE 1 | ☒ |
| ☐ PROPERTY PAGE 2 | ☐ |
| ☐ MISSING PERSON PAGE | ☐ |
| ☒ OFFENSE PAGE | ☒ |
| ☒ NARRATIVE PAGE 1 | ☒ |
| ☐ NARRATIVE PAGE 2 | ☐ |
| ☐ NARRATIVE PAGE 3 | ☐ |
| ☐ NARRATIVE PAGE 4 | ☐ |
| ☐ NARRATIVE PAGE 5 | ☐ |
| ☐ NARRATIVE PAGE 6 | ☐ |

Page [ 1 ] of [ 5 ]

**CNYLEADS Incident Report** Form 3.6 (Rev. 2007)

| Agency Name | | | | | | | ORI: NY0332600 | | Location Code 3426 | | Beat | 1. DR Number 21-349466 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Solvay Police Department** | | | | | | | | | | | | |

| 2. Incd. Address Num | Prefix | Street Name | | Street Type | Suffix | Bldg. | API # | 3. City | | | 4. State | 9. Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 510 | N | Orchard | | RD | | | | Syracuse | | | NY | 13209 |

| 6. Incident Type | 7. Premise Name | | 8. Alarm # | 9. Occurred Date/Time 06/19/2021  02:15 | 10. To Date/Time /  /    : |
|---|---|---|---|---|---|
| STOP | | | | | |

| 11. Disc. Address Num | Prefix | Street Name | | Street Type | Suffix | Bldg. | API# | 12. City | 13. Dispatched Date/Time 06/19/2021  02:15 |
|---|---|---|---|---|---|---|---|---|---|
| 510 | N | Orchard | | RD | | | | Syracuse | |

| INCIDENT | Weapon 1 A 77 | Weapon 2 B 77 | Weapon 3 C 77 | Incident Location Type 0 47 | Larceny Type E 77 | Bias Crime F 77 | Burglary Force G 77 | Burglary Entry H 77 | Significant Event (Clery only) I |
|---|---|---|---|---|---|---|---|---|---|

| 1. Person Type | 2. Victim Type | 3. Last | First | Middle | 4. Suffix | 5. Business Name |
|---|---|---|---|---|---|---|
| VI | Society | | | | | NY State |

| 6. Alias/Nickname/Maiden Name | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB /  / | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|

| 16. Address Num | Prefix | Street Name | | Street Type | Suffix | Bldg. | API # | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|---|

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone (  )  - | 22. Cell Phone (  )  - | 23. Soc. Sec. # -  - | 23A. Student ID # (Clery only) | 24. Scars / Marks / Tattoos |
|---|---|---|---|---|---|---|

| 25. Describe: | | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|---|

| 29. Work Phone (  )  - | 30. Occupation | 31. Address Num | Prefix | Street Name | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|
| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Ill / Inj | 38. Med. Treatment |

39. Subject description, actions, etc

| 1. Person Type | 2. Victim Type | 3. Last | First | Middle | 4. Suffix | 5. Business Name |
|---|---|---|---|---|---|---|
| SU | | Sposato | Richard | | | |

| 6. Alias/Nickname/Maiden Name | | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Height | 13. Weight | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|---|
| | | W | N | M | 1961 | 59 | 6' 00" | 250 | BLK | |

| 16. Address Num | Prefix | Street Name | | Street Type | Suffix | Bldg. | API# | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|---|
| 510 | N | Orchard | | RD | | | | Syracuse | NY |

| 19. Zip | 20. Resident Status (Clery only) | 21. Home Phone (  )  - | 22. Cell Phone (315) 412-1776 | 23. Soc. Sec. # -  - | 23A. Student ID # (Clery only) | 24. Scars / Marks / Tattoos |
|---|---|---|---|---|---|---|
| 13209 | | | | | | |

| 25. Describe: | | 26. Skin | 27. Eyewear | 28. Employer |
|---|---|---|---|---|

| 29. Work Phone (  )  - | 30. Occupation | 31. Address Num | Prefix | Street Name | | Street Type | Suffix |
|---|---|---|---|---|---|---|---|
| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Ill / Inj | 38. Med. Treatment |

39. Subject description, actions, etc
Failed to yield then ran into residence from vehicle

| 1. Owner Person 2 | 2. Status 06 | 3. Desc. Code 49 | 4. Quantity 1 | 5. Measure | 6. Item Novelty license plate "PR1V4T3" |
|---|---|---|---|---|---|

| 7. Type Metal | 8. Drug Type | 9. Model License plate | 10. Serial Number | 11. Tool Type | 12. Gun Caliber | 13. Value $    1 |
|---|---|---|---|---|---|---|

| 1. Code 11 | 2. Plate # | 3. State | 4. Expiration /  / | 5. Reg Type | 6. Imp. Plate N | 7. VIN/HULL # 1HGCP36808A012521 | 8. # Occ 1 |
|---|---|---|---|---|---|---|---|

| 9. Year 2008 | 10. Make Honda | | 11. Model Accord | 12. Style SD | 13. Color Maroon | 14. Vehicle Value | 15. Damage Est | 16. Weapon in veh N | 17. NCIC Ca Neg |
|---|---|---|---|---|---|---|---|---|---|

| 18. Vehicle Description / Damage | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vehicle towed due to vehicle refusal. Unregistered, uninsured, uninspected | | | | | | | | |

| 19. Towed Y | 20. Owner Notif Y | 21. Hold Yes | 22. Reason Crim Invest | 23. Tariff Tow Company Garcia's Auto | 24. Truck # / Tow Operator Garcia's Auto |
|---|---|---|---|---|---|

| 1. CASE STATUS: Closed | 2. CLOSED BY: Arrest | DISPOSITION (Clery only) | 3. NYSPIN MSG | 4. DATE /  / | 5. TIME    : | Records Use Only |
|---|---|---|---|---|---|---|
| 6. NOTIFIED UNIT: | 7. PERSON NOTIFIED: Lt D.Osbeck | 8. NOTIFIED DATE/TIME 06/19/2021  07:00 | 9. CASE RESPONSIBILITY/TOT: | | Lab Submission Request N | |

False statements made here on and pursuant to and unsworn A Misdemeanor pursuant to 210.45 NYS/PL AFFIRMED UNDER PENALTY OF PERJURY

| 10. PRINT NAME Matthew Ryan | 11. ID# 0021 | 12. SIGNATURE Electronically Signed | Administrative Use Only | | | |
|---|---|---|---|---|---|---|
| | | | 13. SUPERVISOR NAME (PRINT) Sgt Robert Cross | 14. ID# 9047 | APPROVED DATE 06/21/2021 | 15. APPROVED BY SIGNATURE Approved Electronically |

Printed by GRIFFO3614 on 05/19/23 at 11:29:28

**CNYLEADS Property Supplement 2-14**    DR # **21-349466**    Total  $    **2.00**

| | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Prop 1 | | **06** | **49** | **1** | | **Taser X26 deployed cartridge** | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| | **Taser** | | **Cartridge** | | | | | | **1** | |
| Prop 2 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 3 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 4 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 5 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 6 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 7 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 8 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 9 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 10 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 11 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 12 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 13 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |
| Prop 14 | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE | |

False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYS'PL AFFIRMED UNDER PENALTY OF PERJURY

| PRINT NAME | ID# | SIGNATURE |
|---|---|---|
| **Matthew Ryan** | **0021** | **Electronically Signed** |

Administrative Use Only

| SUPERVISOR NAME (PRINT) | ID# | APPROVED DATE | APPROVED BY SIGNATURE |
|---|---|---|---|
| **Sgt Robert Cross** | **9047** | **06/21/2021** | **Approved Electronically** |

Page **3** of **5**

Form 3 5P (Rev 207)

Printed by GRIFF036 14 on 05/19/23 at 11:29:28

**CNYLEADS**
**Offense Page**

DR # | 21-349466

Printed by GRIFFO3614 on 05/19/23 at 11:29:28

| | | 1. Law Type | 2. Section | 3. Sub | 4. Class | 5. Cat. | 6. Degree | 7. Attempt | 8. Offense Name | 9. Count |
|---|---|---|---|---|---|---|---|---|---|---|
| O F F E N S E | 1 | PL - Penal Law | 20530 | 00 | A | M | | N | Resisting Arrest | 1 |
| | 2 | PL - Penal Law | 19505 | 00 | A | M | 2 | N | Obstructing Gov't Admin 2nd | 1 |
| | 3 | VTL - Vehicle & Traffic | 5112 | A2 | A | M | 2 | N | AUO 2nd | 1 |
| | 4 | VTL - Vehicle & Traffic | 1198 | 9D | U | M | | N | Interlock Restriction | 1 |
| | 5 | VTL - Vehicle & Traffic | 306 | 0B | | I | | N | Uninspected MV | 1 |
| | 6 | VTL - Vehicle & Traffic | 1180 | 0D | | I | | N | Speed in Zone | 1 |
| | 7 | VTL - Vehicle & Traffic | 1163 | 0B | | I | | N | Insufficient Turn Signal | 1 |
| | 8 | VTL - Vehicle & Traffic | 1120 | 0A | | I | | N | Failed to Keep Right | 1 |
| | 9 | VTL - Vehicle & Traffic | 3752 | A1 | | I | | N | No/Inadequate Lights | 1 |
| | 10 | VTL - Vehicle & Traffic | 1102 | 00 | | I | | N | Failed to Comply w/ Lawful Order | 1 |
| | 11 | VTL - Vehicle & Traffic | 401 | 1A | | I | | N | Unregistered MV | 1 |
| | 12 | VTL - Vehicle & Traffic | 319 | 1U | | I | | N | Operating w/o Insurance | 1 |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |

False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY

| PRINT NAME | ID# | SIGNATURE |
|---|---|---|
| Matthew Ryan | 0021 | Electronically Signed |

Administrative Use Only

| SUPERVISOR NAME (PRINT) | ID# | APPROVED DATE | APPROVED BY SIGNATURE |
|---|---|---|---|
| Sgt Robert Cross | 9047 | 06/21/2021 | Approved Electronically |

Page 4 of 5

Form 3 SR (Rev 2/07)

**CNYLEADS Narrative Supplement 1**

| AGENCY | | | | | DR # |
|---|---|---|---|---|---|
| Solvay Police Department | | | | | 21-349466 |

| Person Type | Last Name | First | Middle | Suffix | Business Name |
|---|---|---|---|---|---|
| VI | | | | | NY State |

Printed by GRIFFO3614 on 05/19/23 at 11:29:28

On June 19, 2021 at about 0215hrs. while working unit 4301A, I was parked in the 2200 block of W. Genesee St. conducting vehicle and traffic enforcement when I observed a maroon Honda Accord traveling west bound on W. Genesee St. and stop at the red light at the intersection of Fay Rd. My attention was drawn to the vehicle because I noticed that it did not have it's lights on. When the light turned green, the vehicle accelerated quickly and was traveling in excess of 40mph, confirmed by the HR Falcon RADAR unit assigned to Solvay PD vehicle 302, in a clearly posted 30mph zone.

I pulled behind the vehicle as it approached N. Orchard Rd., in which it made an abrupt right turn onto N. Orchard Rd. without signaling the turn. I then activated my emergency lights to conduct a vehicle and traffic stop of the vehicle, however the vehicle continued traveling north while maintaining its speed. As I followed the vehicle with my emergency lights and siren activated, the vehicle was traveling down the center of the roadway and still failed to yield. The vehicle then made an abrupt left turn into the driveway of 510 N. Orchard Rd. advised dispatch of my stop location and requested another unit to start.

The operator of the vehicle quickly exited the driver side door and ran into the side door of the garage. I recognized this male as Richard Sposato DOB ___/61. I chased him into the garage while giving him commands to stop and to show me his hands, I then deployed my department issued Taser X26 while he was fleeing, however Mr. Sposato was able to shut the interior door, causing at least one of the Taser probes to miss. I advised dispatch of the missed Taser deployment as multiple units arrived from OCSO, Camillus PD, and Geddes PD.

Efforts to make contact with Mr. Sposato through the doors and windows were negative as he refused to come outside. I made contact with Mr. Sposato via cell phone and requested that he come outside to resolve the issue and allow me to conduct my investigation however he refused. Mr. Sposato claimed that he was a sovereign citizen and that he does not have to obey by the laws of the state. I asked Mr. Sposato if he needed medical attention for any reason and confirmed with him that he was not struck by the Taser deployment. Mr. Sposato was advised that his vehicle would be towed due to being involved in a vehicle refusal if he did not cooperate with the investigation, he continued to refuse to cooperate. Throughout my interaction with Mr. Sposato over the phone, he was very belligerent and verbally abusive towards myself and law enforcement in general.

Garcia's Auto arrived on scene and towed the vehicle, which was a maroon 2008 Honda Accord bearing VIN: 1HGCP36808A012521, that was unregistered, uninsured, and uninspected. The vehicle had a white novelty license plate with black writing "PR1V4T3", which was secured by patrol and entered into BEAST. Upon conducting a DMV check of Mr. Sposato's license, it showed to be revoked due to DWI and also showed to have an Interlock restriction, which the vehicle he was operating did not have.

Mr. Sposato was aware of the vehicle being towed and was advised that patrol would follow up with him to issue related UTT's and appearance tickets. It was later learned via a Facebook post made by Mr. Sposato, that he was in fact struck by one of the Taser probes in his lower back which he removed himself. The deployed Taser cartridge and novelty license plate secured into BEAST. Subject Management Report was completed and Lt. Osbeck was notified of the incident and use of force.

On 6/20/21 at about 2100hrs. Mr. Sposato met with me at the Solvay PD to be processed and issued related tickets returnable to Solvay Court on 7/8/21 at 1600hrs.

Case closed by arrest.

| False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY | | | Administrative Use Only | | | | Page 5 |
|---|---|---|---|---|---|---|---|
| PRINT NAME | ID# | SIGNATURE | SUPERVISOR NAME (PRINT) | ID# | APPROVED DATE | APPROVED BY SIGNATURE | of |
| Matthew Ryan | 0021 | Electronically Signed | Sgt Robert Cross | 9047 | 06/21/2021 | Approved Electronically | 5 |

Form 35N (Rev. 2/07)