# New York State ARREST REPORT

| | | |
|---|---|---|
| 1. NYSID No. 09133767Q | 2. OBTS No. | 3. Case No. 21-349466 |
| 4. Ref. No. 06359347 | | 4b. |
| 5. FBI No. 34005KB2 | 6. Arrest No. 21840-43 | 7. Agency 08 - SOLVAY |
| 8. Division/Precinct Patrol | | 4c. |

## Defendant Information

- **9. Name (Last, First, Middle):** Sposato, Richard L.
- **10. Alias / Nickname / Maiden Name:**
- **11. Phone Number:** 315-412-1776
- **12. Street Number and Name, Building No., Apt. No.:** 510 N. Orchard Rd.
- **13. City, State, Zip (V):** Solvay, NY 13209
- **14. Residence Status:** [X] Resident
- **15. Place of Birth:** Syracuse, NY
- **16. Date of Birth:** 1961
- **17. Age:** 59
- **18. Sex:** [X] M
- **19. Race:** [X] White
- **20. Ethnic:** [X] Non Hispanic
- **21. Skin:** [X] Medium
- **22. Height:** 6'0"
- **23. Weight:** 250
- **24. Hair:** Black
- **25. Eyes:** Bro
- **26. Glasses:** [X] No
- **27. Build:** [X] Large
- **28. Marital Status:** [X] Single
- **29. U.S. Citizen:** [X] Yes
- **30. Citizen of:** USA
- **31. Social Security No.:** -7925
- **32. Education:** 13
- **33. Religion:** Catholic
- **34. Occupation:** Self-employed
- **35. Employed:** [X] Yes
- **36. Scars / Marks / Tattoos:**

## Arrest Information

- **37. Arresting Officer:** Ryan
- **38. ID No.:** 0021
- **41. Arrest Date:** 06/20/2021
- **42. Time:** 2100hrs
- **43. Location of Arrest (V):** 507 Charles Ave. Solvay, NY
- **44. Juvenile:** [X] No
- **45. Condition of Defendant At Arrest:** [X] App Normal
- **48. Miranda:** [X] No
- **52. Statements:** [X] None
- **54. Search Warrant:** [X] No
- **55. ID Procedure:** [X] None
- **56. Arraignment Court:** Solvay Court
- **57. Arraignment Judge:** Presiding
- **58. Date:** 07/08/2021
- **59. Time:** 1600hrs
- **60. Property:** [X] No
- **61. Evidence:** [X] Yes
- **61a. Processed By:** Ryan
- **61b. Disposition:** BEAST
- **62. Incident No.:** 21-349466
- **63. Arrestee Status:** [X] App Tkt
- **66. Photo No.:** 218000
- **67. Arrest Type:** [X] OIF
- **69. Arrest FOA:** [X] No
- **71. F/P Taken:** [X] Yes
- **72. Location of Offense (V):** Solvay/Onondaga, NY
- **73. Offense Date:** 06/19/2021
- **74. No. Offenders:** 1
- **75. No. Victims:** 1
- **76. Return Court:** Solvay
- **77. Return Judge:** Presiding
- **78. Return Date:** 07/08/2021
- **79. Time:** 1600

## Charge Information

| 83. Law | Article & Section | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | ASSOC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| PL | 195.05 | -- | A | M | 2 | N | Obstructing Gov't Administration 2nd | 1 | 72971 |
| PL | 205.30 | -- | A | M | -- | N | Resisting Arrest | 1 | 72973 |
| VTL | 511 | 2a2 | A | M | 2 | N | AUO 2nd | 1 | SV12D8QX53 |
| VTL | 1198 | 9D | U | M | -- | N | Interlock Restriction | 1 | SV12D8QXDG |
| VTL | 401 | 1A | -- | I | -- | N | Unregistered Motor Vehicle | 1 | SV12D8QXFV |
| VTL | 319 | 1U | -- | I | -- | N | Operating w/o Insurance | 1 | SV12D8QXGT |

## Narrative

85. On 6/20/21 a 2100hrs. the defendant was arrested at Solvay PD for the above listed charges. Defendant was issued and released on related UTT's and appearance tickets returnable to Solvay Court on 7/8/21 at 1600hrs.

Additional Charges as follows:

| | |
|---|---|
| VTL 1163-B | Insufficient Turn Signal |
| VTL 1120-A | Failed to Keep Right |
| VTL 375-2a1 | No/Inadequate Lights |
| VTL 1102 | Failed to Comply with a Lawful Order |
| VTL 306-B | Uninspected Motor Vehicle |
| VTL 1180-D | Speed in Zone |

- **86. Arresting Officer's Signature:** [signature]
- **87. ID No.:** 0021
- **88. Supervisor's Signature:** Sgt. [signature]
- **89. ID No.:** 
- **90. Arrest Made As A Result Of a SAFIS Latent Print Identification?** [X] No
- **94. Page 1 of 1**

Printed by GRIFFO3614 on 05/19/23 at 11:29:28

DCJS 3203 (4/94) False statements made herein, are punishable as a Class A misdemeanor pursuant to the NYS Penal Law. Copyright © 1993 by NYS Div of Criminal Justice Services