

# SOLVAY POLICE DEPARTMENT
## SUBJECT MANAGEMENT REPORT

| Subject's Last Name | First Name | Middle | Date of Birth | Age | DR# |
|---|---|---|---|---|---|
| Sposato | Richard | L | /1961 | 59 | 21-349466 |

| Sex | Race | Ethnicity | Height | Weight(es) | Impairment? | Condition of Subject | Subject Hospitalized? |
|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 6' 00" | 250 | None | Injured | No |

| Subject's Address | City, State, Zip | Phone Number |
|---|---|---|
| 510 N. Orchard Rd. | Solvay, NY 13209 | (315) 412-1776 |

| Officer's Last Name | First Name | Middle | Age | Sex | Race |
|---|---|---|---|---|---|
| Ryan | Matt | W | 32 | Male | White |

| Ethnicity | Height | Weight(es) | Condition of Officer | Officer Hospitalized? | Officer Ambushed? | Did Officer Approach? | Years of Service? | Sr. Officer Present? |
|---|---|---|---|---|---|---|---|---|
| Non-Hispanic | 5' 09" | 205 | Not Injured | No | No | Yes | 11 | Yes |

| Location of Incident (address, city, zip code) | Location Type | Nature of Incident | Date | Time |
|---|---|---|---|---|
| 510 N. Orchard Rd. Solvay, 13209 | Residence | Traffic Stop | 06/19/2021 | 0215 |

| Other Agencies Involved/Present | Directed Threat Towards? | Subject Armed? | Subject Arrested on Criminal Charges? | |
|---|---|---|---|---|
| OCSO, Geddes PD, Camillus PD | Police | Unkn | Yes | |

**Description of Injuries:**
One Taser probe puncture to lower right side of back which the defendant removed himself.

### Type of Force Used

| | | | | | |
|---|---|---|---|---|---|
| Verbal Commands | ☒ | Empty Hand Control | ☐ | Pain Compliance | ☐ |
| Carotid Control Hold | ☐ | Baton (Leverage) | ☐ | Baton (Impact) | ☐ |
| Chemical Aerosol | ☐ | Firearm (Handgun/Rifle) | ☐ | Taser (Go to page 2) | ☒ |
| Canine | ☐ | Vehicle | ☐ | Other (See narrative) | ☐ |

**Narrative:** Describe the subject's actions that prompted the police officer to use necessary reactive force. Include the subject's verbal threats, demeanor, level of resistive tension, size, age, skill level, additional suspects, special knowledge or training, weapons used and previous contacts with the subject, etc.

Defendant failed to yield for an emergency vehicle attempting to conduct a vehicle and traffic stop and then fled the vehicle into his residence, ignoring verbal commands to stop. Defendant is known to police to be resistant from previous encounters.

**Was the use of force effective?** ☐ Yes ☒ No
If no, what factors caused the use of force to be ineffective? (wind, intoxication, drug use, etc.)

Defendant was only contacted by one probe.

**Civilian Witnesses at scene:**

| Name: | Address: | Phone #: ( ) - |
|---|---|---|
| Name: | Address: | Phone #: ( ) - |

Date of Report: 06/19/2021    Time of Report: 0500    Officer's Name: Ryan    Unit #: 4301

Officer's Signature/Shield: _M.W. Ryan #4301_

Supervisor's Signature/Rank/Shield: _Sgt R__ __ #5047_    Copies to Lieutenant ☒

Duty Chief Notified: _Lt. D. Osbeck_    Date/Time: _19 Jun 21/0070_    Page _1_ of _4_

## SOLVAY POLICE DEPARTMENT

### SUBJECT MANAGEMENT REPORT
### TASER USE SUPPLEMENT

| Subject's Last Name: Sposato | First Name: Richard | Middle: L | Birth: /1961 | DR#: 21-349466 |
|---|---|---|---|---|

| Type of Subject: ☒ Human ☐ Animal | TASER Serial Number: X13004338 | TASER Cartridge Type: 25-Ft XP | Cartridge Serial Number: |
|---|---|---|---|

**Location of Incident:** ☒ Indoor ☐ Outdoor ☐ Jail ☐ Hospital

**Suspect Under the Influence:** ☐ Alcohol ☐ Drugs  Specify:

**Reason for Deployment:** ☐ Violent Suspect ☐ Barricaded ☐ Suicidal ☐ Warrant ☐ Suicide by Cop ☐ Civil Disturbance ☒ Other (explain)

**TASER Use (Check one):** ☐ Success ☒ Failure    Suspect wearing heaving or loose clothes: ☐ Yes ☒ No

If the TASER deployment was unsuccessful was a Drive Stun followup used? ☐ Yes ☒ No

Number of Air Cartridges fired: 1    Number of cycles applied: 1    Photographs Taken? ☐ Yes ☒ No

**Usage (check one):** ☐ Arc Display ☐ Laser Display ☒ TASER Application

Is this a dart probe contact? ☒ Yes ☐ No    Is this a drive stun contact? ☐ Yes ☒ No

Approximate target distance at the time of the dart launch: 20 Feet

Did dart contacts penetrate the subject's skin? ☒ Yes ☐ No | Probes removed on scene? ☐ Yes ☒ No

Did TASER application cause injury? ☒ Yes ☐ No | If yes, was the subject treated for the injury? ☐ Yes ☒ No

### APPLICATION AREAS - Points of contact
(Check all that apply)

**Front:** Face ☐, Neck ☐, RS ☐, LS ☐, R Arm ☐, L Arm ☐, Chest ☐, Adom ☐, RH ☐, LH ☐, Groin ☐, R Thi ☐, L Thi ☐, R Leg ☐, L Leg ☐, RF ☐, LF ☐

**Back:** Head ☐, Neck ☐, LS ☐, RS ☐, L Arm ☐, R Arm ☐, Up Back ☐, Low Back ☒, LH ☐, RH ☐, Buttocks ☐, L Thi ☐, R Thi ☐, L Leg ☐, R Leg ☐, LF ☐, RF ☐

Officer's Signature/Shield: _[signature]_ #0024

Supervisor's Signature/Rank/Shield: _Sgt [signature]_ #9.57

Duty Chief Notified: _Lt D. Osbeck_    Date/Time: _29 Jun 21 @ 072_    Page 2 of 4

## SOLVAY POLICE DEPARTMENT

### SUBJECT MANAGEMENT REPORT
### SUPPLEMENTAL NARRATIVE

| Subject's Last Name | First Name | Middle | Date of Birth | DR# |
|---|---|---|---|---|
| Sposato | Richard | L | /1961 | 21-349466 |

On 6/19/21 at about 0215hrs. while working a marked patrol unit, I attempted to conduct a V&T stop on the defendant, Richard Sposato, for several infractions. I activated my emergency lights and sirens, however the defendant failed to pull over. The defendant then abruptly pulled into a driveway at 510 N. Orchard Rd. and immediately exited his vehicle and ran into the garage via a side entry door. I am familiar with Mr. Sposato due to previous encounters with him in which he is typically resistant to police.

I pursued the defendant into the garage giving him verbal commands to stop and to show me his hands however he continued to flee and attempted to enter the residence through the interior door. I deployed my department issued Taser X26 at the defendants back as he slammed the door closed. Upon gathering the spent Taser cartridge, one probe was still connected to the wire, while the other was missing. Mr. Sposato refused to exit the residence and cooperate with the investigation.

I was able to make contact with him via cell phone in which he continued to be uncooperative and verbally abusive towards patrol. I asked Mr. Sposato if he needed medical attention for anything and he advised that he did not. I asked Mr. Sposato if he was struck by one of the Taser probes and he advised that he was not.

It was later learned via a Facebook post by Mr. Sposato that he was in fact struck by one Taser probe in the lower right back and removed it himself.

Officer's Signature/Shield: _____

Supervisor's Signature/Rank/Shield: _____

Duty Chief Notified: _____   Date/Time: _____   Page 3 of 4

## SOLVAY POLICE DEPARTMENT

### SUBJECT MANAGEMENT REPORT
### SUPPLEMENTAL NARRATIVE

| Subject's Last Name | First Name | Middle | Date of Birth | DR# |
|---|---|---|---|---|
| Sposato | Richard | L | ▇▇▇/1961 | 21-349466 |

Officer's Signature/Shield: _[signature]_ #CX121

Supervisor's Signature/Rank/Shield: _Sgt [signature] #9247_

Duty Chief Notified: _Lt D Crook_   Date/Time: _29 June 21 @ 0700_   Page _1_ of _4_