UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD SPOSATO,

                              Plaintiff,    **CERTIFICATE OF SERVICE**

   vs.

                                                        **Case No:**    **5:23-cv-364**

MATTHEW W. RYAN, individually and in his                            **(GTS/MJK)**
official capacity

                              Defendant.

---

       I hereby certify that on April 25th, 2025, I electronically filed a Notice of Motion, dated April 25, 2025; Declaration of Paul V. Mullin, Esq., dated April 25, 2025, with attached exhibits A to Q; Declaration of Matthew W. Ryan, dated April 24, 2025, with attached exhibits A to E; Response to Plaintiff's Statement of Material Facts, dated April 25, 2025; Statement of Material Facts, dated April 25, 2025; and Memorandum of Law, dated April 25, 2025, with the Clerk of the District Court using the CM/ECF system;

       And I hereby certify that on April 25, 2025, I have mailed by the United States Postal Service the above-referenced documents, along with the Notification of Consequences of Failing to Respond to Summary Judgment Motion, and hard copies of caselaw available on electronic databases, to the following non-CM/ECF Participant:

                              Richard Sposato
                              c/o 510 N. Orchard Road
                              Solvay, NY  13209

                              *s/Paul V. Mullin*
                              Paul V. Mullin, Esq.
                              Bar Roll No.: 501346
                              United States District Court
                              Northern District of New York