UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATTHEW W. RYAN, individually and in his, official capacity,<br>　　　　Defendant(s). | Civil Case No.: 5:23cv-364<br>(Judges Initials) GTS / MJK<br><br>**DECLARATION OF PLAINTIFF**<br>**IN SUPPORT OF FILING**<br>**MSJ EXHIBIT 7**<br>(USB Flash Drive with Video and Picture Evidence) |

I, Richard-Louis: Sposato, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Plaintiff in the above-captioned matter, proceeding pro se.

2. On or about March 6, 2025, I served on Defendant's counsel, Paul V. Mullin, Esq., of Sugarman Law Firm, LLP, one (1) blue-colored Memorex USB flash drive containing photographs and video footage related to the incident that occurred on June 19, 2021, as part of discovery. (see ATTACHMENT A)

3. That flash drive contains multiple video recordings and photographs captured in or near my driveway at 510 North Orchard Road, Solvay, NY, on the night of June 19, 2021.

4. These materials document critical aspects of the incident at issue in this case.

5. Included footage clearly shows Officer Ryan's police cruiser in my driveway without any audible siren, directly contradicting his assertion that a siren was activated during his approach and attempted stop.

6. I hereby respectfully submit the contents of that flash drive, including both video and photographic evidence, herein as MSJ Exhibit 7, on the included orange and black

1

ScanDisk flash drive, in support of my opposition to Defendant's motion for summary judgment and in further support of my own motion for summary judgment.

7. A Notice of Filing and Affirmation of Service regarding this video evidence has also been submitted to the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 15, 2025

Respectfully submitted,

By: *[signature]*
Richard Sposato, Plaintiff Pro Se
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
richie@nusoundmusic.com
315-412-1776

# ATTACHMENT A

# AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                                    ss.
COUNTY OF ONONDAGA )

I, Richard-Louis: Sposato, a man, deposes and affirms, that I served this (1) discovery item on a USB Memorex, blue colored flash drive, **with pictures and videos of the June 19, 2021 incident,** on defendant Matthew W. Ryan's counsel, Paul V. Mullin, Esq., located at:

**Sugarman Law Firm, LLP**
ATTN: Paul V. Mullin
211 West Jefferson St.
Syracuse, NY 13202

via hand delivery at the front desk of the above listed address.

I affirm the 6th day of March, 2025, under the penalties of perjury under the laws of the United States of America which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: March 6, 2025

By: _____
Richard-Louis: Sposato

1