# AFFIRMATION OF SERVICE

STATE OF NEW YORK )
           ss.
COUNTY OF ONONDAGA )

I, Richard-Louis: Sposato, a man, deposes and affirms, that I served these (6) six documents, (1) **Notice Of Motion To Strike Defendant's Cross Motion For Summary Judgment**, (2) **Motion To Strike Defendant's Cross Motion For Summary Judgment**, (3) **Affidavit In Support Of Motion To Strike Defendant's Cross Motion For Summary Judgment**, (4) **Memorandum Of Law In Support Of Motion To Strike Defendant's Cross Motion For Summary Judgment**, (5) **Declaration Of Plaintiff In Support Of Filing MSJ Exhibit 7**, and (6) **Plaintiff's Response To Defendant's Statement Of Material Facts**, on defendant Matthew W. Ryan's counsel, Paul V. Mullin, Esq., located at:

  **Sugarman Law Firm, LLP**
  ATTN: Paul V. Mullin
  211 West Jefferson St.
  Syracuse, NY 13202

via hand delivery at the front desk of the above listed address.

I affirm the 15th day of May, 2025, under the penalties of perjury under the laws of the United States of America which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: May 15, 2025

                 By: _____
                    Richard-Louis: Sposato