UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD SPOSATO,

                                             Plaintiff,      **CERTIFICATE OF SERVICE**

    vs.

                                                             Case No:      5:23-cv-364
MATTHEW W. RYAN, individually and in his                           (GTS/MJK)
official capacity

                                            Defendant.

---

      I hereby certify that on April 25th, 2025, I electronically filed a Notice of Motion, dated April 25, 2025; Declaration of Paul V. Mullin, Esq., dated April 25, 2025, with attached exhibits A to Q; Declaration of Matthew W. Ryan, dated April 24, 2025, with attached exhibits A to E; Response to Plaintiff's Statement of Material Facts, dated April 25, 2025; Statement of Material Facts, dated April 25, 2025; and Memorandum of Law, dated April 25, 2025, with the Clerk of the District Court using the CM/ECF system;

      And I hereby certify that on April 25, 2025, I have mailed by the United States Postal Service the above-referenced documents, along with the Notification of Consequences of Failing to Respond to Summary Judgment Motion, and hard copies of caselaw available on electronic databases, to the following non-CM/ECF Participant:

                                    Richard Sposato
                                    c/o 510 N. Orchard Road
                                    Solvay, NY  13209

                                    *s/Paul V. Mullin*
                                    Paul V. Mullin, Esq.
                                    Bar Roll No.: 501346
                                    United States District Court
                                    Northern District of New York

      Sugarman Law Firm, LLP • 211 West Jefferson Street • Syracuse, New York 13202