UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RICHARD SPOSATO,

                               Plaintiff,        **DECLARATION OF DANA M.**
                                                            **HENSHAW**

   v.                                                              Case No.: 5:23-cv-364
                                                                  (GTS/MJK)

MATTHEW W. RYAN, Individually and in his Official
Capacity,

                                 Defendant.
_____

      I, Dana M. Henshaw, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury:

      1.     I am a paralegal employed by the Sugarman Law Firm, LLP. I was also employed in that capacity on April 25, 2025.

      2.     This office represents Matthew W. Ryan, Individually and in his Office Capacity ("Officer Ryan") in this action brought by *pro se* plaintiff Richard Sposato.

      3.     On April 25, 2025, this office, on behalf of Officer Ryan, electronically filed papers in opposition to the plaintiff's motion for summary judgment and in support of a cross-motion for summary judgment seeking dismissal of the plaintiff's Amended Complaint.

      4.     Because the plaintiff is *pro se* and not a participant in CM/ECF, this office also served a hard copy of Officer Ryan's opposition/cross-motion papers on the plaintiff by regular mail on April 25, 2025.

      5.     I was the individual who packaged the opposition/cross-motion papers that were mailed to the plaintiff on April 25, 2025. That package included a document entitled "Notification of the Consequences of Failing to Respond to a Summary Judgment Motion," a copy of which is attached as **Exhibit A**. This document was also listed on the Certificate of Service that was filed

2

with this Court as "Notification of Consequences of Failing to Respond to Summary Judgment Motion." See Doc. No. 94-28. After I placed this and the other documents listed on the Certificate of Service into the box addressed to the plaintiff, I sealed the box.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2025

*Dana M. Henshaw*
Dana M. Henshaw