UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD SPOSATO,

                      Plaintiff,      **CERTIFICATE OF SERVICE**

  vs.

                                        Case No:     5:23-cv-364
MATTHEW W. RYAN, individually and in his                           (GTS/MJK)
official capacity

                      Defendant.

---

      I hereby certify that on June 5th, 2025, I electronically filed the Declaration of Paul V. Mullin, Esq., dated June 5, 2025, with attached exhibits A to C; Declaration of Dana M. Henshaw, dated June 5, 2025, with attached exhibit A; and Memorandum of Law, dated June 5, 2025, with the Clerk of the District Court using the CM/ECF system;

      And I hereby certify that on June 5, 2025, I have mailed by the United States Postal Service the above-referenced documents, along with hard copies of caselaw available on electronic databases, to the following non-CM/ECF Participant:

                                          Richard Sposato
                                          c/o 510 N. Orchard Road
                                          Solvay, NY  13209


                                          *s/Paul V. Mullin*
                                          Paul V. Mullin, Esq.
                                          Bar Roll No.: 501346
                                          United States District Court
                                          Northern District of New York


        Sugarman Law Firm, LLP • 211 West Jefferson Street • Syracuse, New York 13202