UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Sposato, ) | |
| ) | Civil Case No.: 5:23cv-364 |
| Plaintiff, ) | (Judges Initials) GTS / MJK |
| ) | |
| v. ) | |
| ) | **NOTICE OF WITHDRAWL** |
| MATTHEW W. RYAN, individually and in his, ) | **MOTION TO STRIKE DEFENDANT'S** |
| official capacity, ) | **CROSS MOTION FOR** |
| Defendant(s). ) | **SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that Plaintiff, Richard Sposato, *pro se*, hereby withdraws his Motion to Strike or Deny Defendant's Motion for Summary Judgment [Dkt. No. 98], filed on or about May 15, 2025.

This withdrawal is made voluntarily, in good faith, and without prejudice to any future motions or filings.

Dated: June 16, 2025

Respectfully submitted,

By: _____
Richard Sposato, Plaintiff Pro Se
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
richie@nusoundmusic.com
315-412-1776

1

## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                                    ss.
COUNTY OF ONONDAGA )



I, Richard-Louis: Sposato, a man, deposes and affirms, that I served a **Withdrawl Of Motion To Strike Defendant's Cross Motion For Summary Judgment,** on defendant Matthew W. Ryan's counsel, Paul V. Mullin, Esq., located at:

**Sugarman Law Firm, LLP**
ATTN: Paul V. Mullin
211 West Jefferson St.
Syracuse, NY 13202

via hand delivery at the front desk of the above listed address.

I affirm the 16th day of June, 2025, under the penalties of perjury under the laws of the United States of America which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: June 16, 2025

By: _____
Richard-Louis: Sposato

1