# LETTER/MOTION
## For Leave to File Late Opposition Paper

June 18, 2025

To: US District Court Northern District
Attn: Judge Suddaby
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 18 2025
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse
```

RE: Sposato v. Matthew W. Ryan
Civil Case No. 5:23-cv-364 (GTS-MJK)

**TO THE HONORABLE COURT:**

    I respectfully submit this letter motion as a pro se plaintiff in the above-captioned matter to request leave to file my memorandum of law in opposition to Defendant's cross-motion for summary judgment and in further support of my own motion for summary judgment, which I acknowledge was filed after the Court's deadline.

    The delay resulted from my good faith filing of a Motion to Strike Defendant's summary judgment motion, which I believed, at the time, impacted the need to file an immediate response. Once that motion was withdrawn, I acted promptly to finalize and file my opposition and reply papers. The delay was not willful, and Defendant has not been prejudiced by the short extension.

    Accordingly, I respectfully request that the Court grant this request in the interest of justice and permit the late submission of my memorandum.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Richard Sposato

Richard Sposato, Plaintiff
c/o 510 N. Orchard Rd.
Solvay, New York [13209]
United States of America
richie@nusoundmusic.com
315-412-1776

1

cc: Sugarman Law Firm
Paul V. Mullin
211 W. Jefferson St.
Syracuse, NY 13202